```
 1                   UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
 2                         MIAMI DIVISION
 3                     CASE 14-20769-CR-PCH
 4
     THE UNITED STATES OF AMERICA,
 5
                           Plaintiff,
 6
     vs.                                    MIAMI, FLORIDA
 7                                          FEBRUARY 23, 2015
     JOHNNY JEAN,                           MONDAY - 9:00 A.M.
 8
                           Defendant.       [Pages 1 - 84]
 9   ----------------------------------------------------------
10          TRANSCRIPT OF BENCH TRIAL PROCEEDINGS
             BEFORE THE HONORABLE PAUL C. HUCK
11          SENIOR UNITED STATES DISTRICT JUDGE
     ----------------------------------------------------------
12
     APPEARANCES:
13
     FOR THE GOVERNMENT:
14                       ROBERT J. EMERY, A.U.S.A.
                         TONYA R. LONG, A.U.S.A.
15                       United States Attorney's Office
                         99 N.E. 4th Street
16                       Miami, FL  33132 - 305.961.9421
                         Email:  Robert.emery2@usdoj.gov
17                               Tonya.long@usdoj.gov
18   FOR THE DEFENDANT:
                         DARYL ELLIOT WILCOX, A.F.P.D.
19                       Federal Public Defender's Office
                         1 E. Broward Boulevard, Ste. 1100
20                       Fort Lauderdale, FL  33301 - 954.356.7436
                         Email:  Daryl_wilcox@fd.org
21
     REPORTED BY:
22                       ROBIN MARIE DISPENZIERI, RPR
                         Official Federal Court Reporter
23                       United States District Court
                         Wilkie D. Ferguson Federal Courthouse
24                       400 N. Miami Avenue, Ste. 8S67
                         Miami, FL  33128 - 305.523.5659
25                       Email:  Rdispenzieri@gmail.com
```

TABLE OF CONTENTS

Page

ALLEN DAISE ........................................... 13

    Direct Examination By Ms. Long ....................... 13

    Cross-Examination By Mr. Wilcox ...................... 33

    Redirect Examination By Ms. Long .................... 36

LAVETTE STEVENS ....................................... 38

    Direct Examination By Mr. Emery ..................... 38

    Cross-Examination By Mr. Wilcox ..................... 41

GEORGE FESTA .......................................... 42

    Direct Examination By Ms. Long ...................... 42

    Cross-Examination By Mr. Wilcox ..................... 51

CRAIG CATLIN .......................................... 53

    Direct Examination By Mr. Emery ..................... 53

    Cross-Examination By Mr. Wilcox ..................... 64

JAVIER RIBAS .......................................... 66

    Direct Examination By Ms. Long ...................... 66

    Cross-Examination By Mr. Wilcox ..................... 74

Reporter's Certificate ................................ 85

INDEX TO EXHIBITS

| Exhibits | Marked for Identification | | Received in Evidence | |
|---|---|---|---|---|
| Description | Page | Line | Page | Line |
| Government Exhibits 2A, 2B, 2C, and 2D ........... 19 | | 12 | | |

INDEX TO EXHIBITS CONT'D

| Exhibits | Marked for Identification | | Received in Evidence | |
|---|---|---|---|---|
| Description | Page | Line | Page | Line |
| Government Exhibit 4 ............................ | | | 27 | 23 |
| Government Exhibit 14 ........................... | | | 30 | 10 |
| Government Exhibit 15B .......................... | | | 32 | 14 |
| Government Exhibit 16 ........................... | | | 31 | 5 |
| Government Exhibits 1A, 1B, and 1C .............. | | | 40 | 5 |
| Government Exhibit 3 ............................ | | | 45 | 9 |
| Government Exhibits 5A, 5B, 5C, and 6A - 6E ...... | | | 49 | 21 |
| Government Exhibits 7A and 7B ................... | | | 51 | 2 |
| Government Exhibit 19 ........................... | | | 53 | 8 |
| Government Exhibits 9 and 10 .................... | | | 60 | 19 |
| Government Exhibit 8 ............................ | | | 61 | 24 |
| Government Exhibits 11A and 11B ................. | | | 63 | 19 |

| | | |
|---|---|---|
| 09:01:48 | 1 | MR. WILCOX:  Your Honor, I thought we were on the |
| 09:01:51 | 2 | record, Judge. |
| 09:01:53 | 3 | THE COURT:  No, I need him to state it on the record. |
| 09:01:58 | 4 | Just one second. |
| 09:02:16 | 5 | After discussion with counsel -- why don't you have a |
| 09:02:19 | 6 | minute to discuss it with Mr. Jean first.  We will have |
| 09:02:24 | 7 | Mr. Jean also put on the record his decision with that. |
| 09:02:28 | 8 | MR. WILCOX:  I will do that, Your Honor. |
| 09:02:34 | 9 | THE COURT:  Time out.  Turn off the microphone. |
| 09:03:48 | 10 | [A short recess was taken]. |
| 09:03:50 | 11 | THE COURT:  Mr. Wilcox, do you have something to tell |
| 09:03:53 | 12 | the Judge? |
| 09:03:57 | 13 | MR. WILCOX:  Yes, Your Honor.  I spoke to Mr. Jean.  I |
| 09:03:59 | 14 | told him he has a Sixth Amendment right to a trial by jury.  He |
| 09:04:04 | 15 | wants to proceed with a bench trial.  He wants to be able to |
| 09:04:09 | 16 | appeal his motion to suppress, both issues on his motion to |
| 09:04:13 | 17 | suppress with no limitations. |
| 09:04:16 | 18 | THE COURT:  Well, he has that right. |
| 09:04:20 | 19 | MR. WILCOX:  The statements came in.  He made two |
| 09:04:24 | 20 | confessions.  He won't be able to appeal those.  He wants to |
| 09:04:31 | 21 | appeal on the suppression of the firearm and any sentence that |
| 09:04:35 | 22 | the Court may impose. |
| 09:04:37 | 23 | THE COURT:  Of course.  I did not handle the motion to |
| 09:04:40 | 24 | suppress.  Judge Bloom handled those.  I had the assistance of |
| 09:04:45 | 25 | a Magistrate Judge. Mr. Jean. |

| | | |
|---|---|---|
| 09:04:49 | 1 | THE DEFENDANT:  Yes, sir. |
| 09:04:49 | 2 | THE COURT:  Mr. Wilcox indicated that he discussed |
| 09:04:52 | 3 | with you that you have a right to a trial by jury. |
| 09:04:55 | 4 | Do you understand that? |
| 09:04:57 | 5 | MR. WILCOX:  Yes, sir. |
| 09:04:58 | 6 | THE COURT:  He has indicated that you want to waive |
| 09:05:01 | 7 | that right to a trial by jury and have the Court alone rule on |
| 09:05:05 | 8 | the evidence and rule on your guilt or innocence. |
| 09:05:09 | 9 | THE DEFENDANT:  That's what I wanted you to decide. |
| 09:05:11 | 10 | THE COURT:  You want to make sure that, by doing that, |
| 09:05:14 | 11 | you preserve your appellate rights to appeal the decisions made |
| 09:05:18 | 12 | previously with regard to a motion to suppress. |
| 09:05:21 | 13 | THE DEFENDANT:  Yes, with no limitations. |
| 09:05:23 | 14 | THE COURT:  That is your desire at this point?  You |
| 09:05:26 | 15 | give up your constitutional right to a trial by jury? |
| 09:05:32 | 16 | THE DEFENDANT:  Yes, sir. |
| 09:05:33 | 17 | THE COURT:  Under those circumstances that you can |
| 09:05:36 | 18 | appeal those adverse decisions with regard to the motion to |
| 09:05:39 | 19 | suppress? |
| 09:05:40 | 20 | THE DEFENDANT:  Yes, sir, I can appeal my motion to |
| 09:05:45 | 21 | suppress with no limitations and my sentence. |
| 09:05:48 | 22 | THE COURT:  The waiving of the jury will not affect |
| 09:05:51 | 23 | your right to appeal the sentence or the motions. |
| 09:05:55 | 24 | THE DEFENDANT:  I appreciate it, Your Honor. |
| 09:05:56 | 25 | THE COURT:  The government agrees? |

| | | |
|---|---|---|
| 09:06:12 | 1 | MS. LONG:  Your Honor, yes. |
| 09:06:17 | 2 | THE COURT:  Do you understand that you are waiving a |
| 09:06:19 | 3 | trial by jury, you are no longer having a jury decide the case, |
| 09:06:23 | 4 | and I am going to decide it? |
| 09:06:25 | 5 | Do you understand? |
| 09:06:26 | 6 | THE DEFENDANT:  Yes, sir, I don't want no jury.  I |
| 09:06:28 | 7 | want you to decide. |
| 09:06:30 | 8 | THE COURT:  You have been incarcerated for the last |
| 09:06:33 | 9 | several weeks, correct? |
| 09:06:34 | 10 | THE DEFENDANT:  Yes, sir. |
| 09:06:35 | 11 | THE COURT:  Have you taken any drugs or any alcohol in |
| 09:06:38 | 12 | the last 48 hours? |
| 09:06:42 | 13 | THE DEFENDANT:  No, sir. |
| 09:06:43 | 14 | THE COURT:  Any mental conditions that would affect |
| 09:06:45 | 15 | your understanding? |
| 09:06:47 | 16 | THE DEFENDANT:  No, sir. |
| 09:06:48 | 17 | THE COURT:  Do you have any questions that you want to |
| 09:06:50 | 18 | ask, Ms. Long? |
| 09:06:53 | 19 | MS. LONG:  No, Your Honor, that's sufficient.  The |
| 09:06:56 | 20 | government has no objection to a bench trial. |
| 09:06:59 | 21 | THE COURT:  It is the Court's finding that Mr. Jean |
| 09:07:02 | 22 | has a right to trial by jury.  The main issue being whether he |
| 09:07:09 | 23 | can preserve his right to appeal the decisions made on motions |
| 09:07:13 | 24 | to suppress, also any appeal of the sentence, and he would like |
| 09:07:20 | 25 | a bench trial. |

| | | |
|---|---|---|
| 09:07:22 | 1 | We will proceed with a bench trial. |
| 09:07:24 | 2 | We can have our panel go back downstairs and they can |
| 09:07:30 | 3 | sit on another jury trial. |
| 09:07:33 | 4 | MS. LONG:  Your Honor, I apologize.  As we were |
| 09:07:36 | 5 | prepared for voir dire, our witnesses are not here yet.  They |
| 09:07:40 | 6 | are on their way. |
| 09:07:43 | 7 | THE COURT:  Okay.  Do you want to have an opening or |
| 09:07:47 | 8 | not?  I'm not sure it's necessary.  Do you want to take five |
| 09:07:53 | 9 | minutes for opening and hopefully we can get a witness here |
| 09:07:58 | 10 | quickly? |
| 09:08:07 | 11 | MS. LONG:  We can get a witness here within 25 |
| 09:08:11 | 12 | minutes. |
| 09:08:40 | 13 | May I proceed? |
| 09:08:42 | 14 | THE COURT:  You may. |
| 09:08:43 | 15 | MS. LONG:  The defendant is a convicted felon.  He is |
| 09:08:45 | 16 | not allowed to possess a gun.  We are here because, on |
| 09:08:49 | 17 | September 30th of last year, 2014, the defendant was stopped by |
| 09:08:54 | 18 | police and he had in his backpack a loaded firearm, a loaded |
| 09:08:59 | 19 | nine-millimeter Hi-Point semi-automatic pistol loaded with |
| 09:09:05 | 20 | seven rounds of Winchester WCC nine-millimeter ammunition.  Six |
| 09:09:10 | 21 | bullets in the magazine, one in the chamber. |
| 09:09:13 | 22 | Let's talk about the events that led up to the |
| 09:09:17 | 23 | defendant breaking the law with the possession of guns. |
| 09:09:20 | 24 | Between the night of September 29th and the morning of |
| 09:09:23 | 25 | September 30th of last year, the defendant was stalking his |

09:09:28   1   girlfriend.

09:09:29   2          During that time, he left her at least 30 voicemails

09:09:34   3   saying things like, "I'm right around your house.  I ain't

09:09:38   4   going nowhere.  You're going to have to come out of the house

09:09:44   5   one day.  Better bring your pus ass outside.  Better start

09:09:51   6   coming outside before I start shooting.  I'm going to go ahead

09:09:56   7   and kill you tonight.  I'm going to show you that I ain't

09:10:00   8   nothing to play with."

09:10:01   9          When the victim is not answering the phone at this

09:10:04   10  time, he began with the text messages, saying things like, "Are

09:10:09   11  you going to come outside?  I'm going to shoot you right in

09:10:14   12  your f'ing face."

09:10:14   13          THE COURT:  Are you going to play these tapes?

09:10:18   14          MS. LONG:  Yes, Your Honor.

09:10:19   15          THE COURT:  You can skip through this.

09:10:21   16          MS. LONG:  During this time, the victim and her family

09:10:24   17  called 911 twice.  They told the operators that Johnny Jean was

09:10:29   18  outside, named him by name, and was trying to climb the gate.

09:10:34   19          On the second call, the victim herself called saying

09:10:38   20  that her boyfriend was threatening to shoot up the place and

09:10:44   21  they just heard a gunshot.

09:10:45   22          The victim went to the police on September 30th.

09:10:48   23  While she was there, she got more calls and more text messages.

09:10:53   24  The officer meeting with her told her to answer the phone.

09:10:57   25          He listened.  He heard the defendant's voice on that

09:11:00  1  call.  They went out to look for Johnny Jean.  They sent some
09:11:04  2  officers to his house, and they sent some officers to the
09:11:09  3  victim's house.
09:11:10  4       The officers found him 15 minutes after they went out.
09:11:15  5  The officers went to the victim's house, found the defendant,
09:11:19  6  Johnny Jean, about a block from her house at a bus stop.
09:11:24  7  Before they could do a takedown of him, he got on the bus.
09:11:29  8       The officers followed the bus down to 62nd Street
09:11:33  9  where the defendant got off the bus and started to walk through
09:11:37  10  a church parking lot.  There, the officers were able to arrest
09:11:41  11  him.
09:11:42  12       When the defendant got on the bus, the officers saw
09:11:44  13  him with a black backpack.  When they arrested him and searched
09:11:49  14  him, in that backpack was that gun that I talked about earlier,
09:11:54  15  a loaded nine-millimeter Hi-Point semi-automatic pistol loaded
09:12:01  16  with seven rounds of Winchester ammunition.
09:12:05  17       After the arrest, the defendant was interviewed
09:12:09  18  post-Miranda.  He gave two statements.  In those statements, he
09:12:13  19  admitted to sending those texts and those voicemails, and he
09:12:17  20  had admitted that he had been carrying that gun.
09:12:20  21       He actually told the officers where he had gotten the
09:12:23  22  gun.  The gun was his brother's that he had left at his house
09:12:28  23  and was carrying around that day.
09:12:30  24       The indictment charges the defendant with a single
09:12:33  25  count, being a convicted felon in knowing possession of a

| | | |
|---|---|---|
| 09:12:35 | 1 | firearm on September 30th, 2014. |
| 09:12:38 | 2 | Throughout the course of this trial, you're going to |
| 09:12:41 | 3 | hear the 911 calls.  You're going to hear the voicemails and |
| 09:12:45 | 4 | see the text messages that were sent, to hear from the officers |
| 09:12:49 | 5 | who arrested Johnny Jean and who found that firearm in his |
| 09:12:53 | 6 | backpack. |
| 09:12:53 | 7 | You will also get to hear and see the defendant's own |
| 09:12:57 | 8 | videotaped statement where he admits that he was in possession |
| 09:13:00 | 9 | of that gun. |
| 09:13:02 | 10 | At the end of this trial, Your Honor, we will ask that |
| 09:13:02 | 11 | you find the defendant guilty of the single-count indictment. |
| 09:13:07 | 12 | THE COURT:  Thank you, Ms. Long. |
| 09:13:09 | 13 | Mr. Wilcox, do you care to make an opening statement |
| 09:13:12 | 14 | at this time? |
| 09:13:13 | 15 | MR. WILCOX:  Yes, Your Honor. |
| 09:13:14 | 16 | Mr. Jean is proceeding to trial because he believes |
| 09:13:19 | 17 | that the search to produce the gun on September 30th, 2014 was |
| 09:13:24 | 18 | illegal.  The officers were ordered to arrest him for |
| 09:13:28 | 19 | aggravated stalking, but we believe there was no probable cause |
| 09:13:35 | 20 | to arrest him for aggravated stalking. |
| 09:13:38 | 21 | At best, the police had a reasonable suspicion which |
| 09:13:41 | 22 | would allow them to do a pat-down search, but would not allow |
| 09:13:47 | 23 | them to search his bag. |
| 09:13:49 | 24 | We believe that Judge Bloom erred and should have |
| 09:13:52 | 25 | granted the motion to suppress.  We want to appeal that issue |

| | | |
|---|---|---|
| 09:13:56 | 1 | to the Eleventh Circuit. |
| 09:13:58 | 2 | As a back-up issue, I will argue that the statute |
| 09:14:05 | 3 | which would make this a Federal crime simply because a firearm, |
| 09:14:09 | 4 | at some point in its history, crossed over state lines, we |
| 09:14:15 | 5 | would argue that that interstate nexus is insufficient to make |
| 09:14:22 | 6 | Mr. Jean subject to Federal jurisdiction. |
| 09:14:26 | 7 | I understand that is a highly technical area of law, |
| 09:14:28 | 8 | but I know there are a couple of Judges on the Supreme Court |
| 09:14:32 | 9 | which agree with me on that issue. |
| 09:14:35 | 10 | THE COURT:  Thank you, Mr. Wilcox. |
| 09:14:35 | 11 | We will be in recess until 10:00.  That should give |
| 09:14:39 | 12 | you more than enough time.  Just, in the normal course, get |
| 09:14:45 | 13 | somebody down there. |
| 09:14:50 | 14 | MS. LONG:  Yes, Your Honor, thank you. |
| 09:14:51 | 15 | THE COURT:  We will see you back at 10:00.  Thank you. |
| 10:00:23 | 16 | [A short recess was taken]. |
| 10:00:25 | 17 | THE COURT:  Are you ready to proceed? |
| 10:00:27 | 18 | MS. LONG:  Yes, Your Honor. |
| 10:00:28 | 19 | THE COURT:  Call your first witness. |
| 10:00:55 | 20 | MS. LONG:  We call Detective Allen Daise. |
| | 21 | COURT REPORTER:  Please raise your right hand.  Do you |
| | 22 | solemnly swear the testimony you shall give will be the truth, |
| | 23 | the whole truth and nothing but the truth so help you God? |
| | 24 | THE WITNESS:  I do. |
| | 25 | COURT REPORTER:  Please state your full name and spell |

DAISE - Direct

12

|            |    |                                                              |
|------------|----|--------------------------------------------------------------|
|            | 1  | it.                                                          |
| 10:01:01   | 2  | THE WITNESS:  Allen, A-L-L-E-N.  Daise, D-A-I-S-E.          |
|            | 3  | ALLEN DAISE, GOVERNMENT'S WITNESS, SWORN                    |
|            | 4  | DIRECT EXAMINATION                                           |
| 10:01:19   | 5  | BY MS. LONG:                                                 |
| 10:01:20   | 6  | Q.  Where do you work?                                       |
| 10:01:22   | 7  | A.  City of North Miami Beach Police Department.             |
| 10:01:24   | 8  | Q.  What is your current title at North Miami Beach Police   |
| 10:01:26   | 9  | Department?                                                  |
| 10:01:28   | 10 | A.  I'm currently assigned to Special Victims Investigations as |
| 10:01:31   | 11 | a detective.                                                 |
| 10:01:32   | 12 | Q.  How long have you worked there?                          |
| 10:01:35   | 13 | A.  For approximately 15 years.                              |
| 10:01:39   | 14 | Q.  What are your primary duties and responsibilities in your |
| 10:01:43   | 15 | unit?                                                        |
| 10:01:44   | 16 | A.  My current unit is primarily special victims, domestic  |
| 10:01:50   | 17 | battery, domestic violence.                                  |
| 10:01:53   | 18 | Q.  Do you have any previous law enforcement experience?     |
| 10:01:55   | 19 | A.  I did six years with the Broward Sheriff's Office and    |
| 10:02:00   | 20 | Corrections.                                                 |
| 10:02:02   | 21 | Q.  Were you working on September 30th, 2014?                |
| 10:02:07   | 22 | A.  Yes.                                                     |
| 10:02:08   | 23 | Q.  That day, were you involved in an investigation into Johnny |
| 10:02:11   | 24 | Jean?                                                        |
| 10:02:13   | 25 | A.  Yes, I was.                                               |

DAISE - Direct

| | | |
|---|---|---|
| 10:02:14 | 1 | Q.  How did you first become involved? |
| 10:02:18 | 2 | A.  I was contacted by our victim witness coordinator, |
| 10:02:26 | 3 | Mrs. Dardon [phonetic]. |
| 10:02:28 | 4 | MR. WILCOX:  Your Honor, given the fact that it's a |
| 10:02:31 | 5 | bench trial, might I suggest that we go right to the arrest. |
| 10:02:39 | 6 | THE COURT:  I think that's a good suggestion.  I don't |
| 10:02:43 | 7 | need any background.  It will save everybody some time. |
| 10:02:49 | 8 | MS. LONG:  Mr. Daise will not be testifying about the |
| 10:02:54 | 9 | actual arrest -- |
| 10:02:55 | 10 | THE COURT:  Do what you want, do want you want.  Keep |
| 10:03:01 | 11 | Mr. Wilcox's suggestion in mind. |
| 10:03:04 | 12 | MS. LONG:  I will, Your Honor. |
| 10:03:04 | 13 | BY MS. LONG: |
| 10:03:06 | 14 | Q.  You said that you met with a coordinator. |
| 10:03:10 | 15 | Did you actually meet with the victim that day? |
| 10:03:12 | 16 | A.  Yes, I did. |
| 10:03:13 | 17 | Q.  What was the subject of your conversation with that victim? |
| 10:03:16 | 18 | A.  I was advised by the victim, along with the coordinator -- |
| 10:03:21 | 19 | they both spoke to me initially.  It was in reference to the |
| 10:03:25 | 20 | victim having some issues with her boyfriend. |
| 10:03:29 | 21 | Q.  What was that victim's name? |
| 10:03:32 | 22 | A.  Jasmine Theophil. |
| 10:03:36 | 23 | Q.  Did she name her boyfriend? |
| 10:03:38 | 24 | A.  Yes, she did. |
| 10:03:40 | 25 | Q.  What was his name? |

DAISE - Direct

14

| 10:03:42 | 1 | A.  Johnny Jean. |
| 10:03:44 | 2 | THE COURT:  What was her name? |
| 10:03:52 | 3 | THE WITNESS:  Jasmine T-H-E-O-P-H-I-L. |
| 10:04:02 | 4 | THE COURT:  Thank you. |
| 10:04:02 | 5 | BY MS. LONG: |
| 10:04:03 | 6 | Q.  Did the victim show you anything in reference to this issue |
| 10:04:07 | 7 | with her boyfriend? |
| 10:04:09 | 8 | A.  Yes, she did. |
| 10:04:10 | 9 | Q.  What did she show you? |
| 10:04:12 | 10 | A.  I was shown text messages from her cell phone.  I was also |
| 10:04:17 | 11 | allowed to listen to voice messages that are on her cell phone. |
| 10:04:27 | 12 | Q.  During the time you were meeting with Ms. Theophil, did you |
| 10:04:32 | 13 | see her receive any calls? |
| 10:04:34 | 14 | A.  Yes, I did. |
| 10:04:35 | 15 | Q.  How often, how many? |
| 10:04:36 | 16 | A.  They were coming in two minutes apart.  It was quite often |
| 10:04:41 | 17 | during the time we were having our conversation. |
| 10:04:44 | 18 | Q.  About how long was your conversation with her? |
| 10:04:47 | 19 | A.  Probably less than an hour, 45 minutes that we spoke. |
| 10:04:52 | 20 | Q.  She received several of these phone calls during that time |
| 10:04:55 | 21 | period? |
| 10:04:56 | 22 | A.  Yes, she did. |
| 10:04:57 | 23 | Q.  Did you also see her receive any voicemails or text |
| 10:05:01 | 24 | messages? |
| 10:05:01 | 25 | A.  Yes. |

DAISE - Direct

| | | |
|---|---|---|
| 10:05:02 | 1 | Q.  Were you able to see the phone that these came in on? |
| 10:05:05 | 2 | A.  Yes. |
| 10:05:06 | 3 | Q.  Did the phone indicate in any way who was calling or |
| 10:05:10 | 4 | sending these text messages? |
| 10:05:12 | 5 | A.  Yes, it did. |
| 10:05:13 | 6 | Q.  What did it say? |
| 10:05:15 | 7 | A.  It was under her contacts under "Johnny." |
| 10:05:19 | 8 | Q.  At any time while the victim was there with you, did she |
| 10:05:23 | 9 | actually answer the phone? |
| 10:05:24 | 10 | A.  Yes, she did. |
| 10:05:26 | 11 | Q.  Tell us about that. |
| 10:05:27 | 12 | A.  Due to the fact that the calls were still coming in, based |
| 10:05:31 | 13 | on my instructions, I asked her to answer the call coming in |
| 10:05:35 | 14 | and place it on voicemail so that I can listen. |
| 10:05:38 | 15 | Q.  Do you mean voicemail, or do you mean speaker phone? |
| 10:05:42 | 16 | A.  Speaker phone, I'm sorry. |
| 10:05:43 | 17 | Q.  What did you hear when she placed a call on speaker phone? |
| 10:05:51 | 18 | A.  I could hear someone saying, "Pick up the phone.  I know |
| 10:05:55 | 19 | you see me calling.  Pick up the phone," things of that nature. |
| 10:06:01 | 20 | Q.  During the time that you met with the victim, did she |
| 10:06:05 | 21 | provide with you a copy of those text messages and voicemails |
| 10:06:09 | 22 | that you talked about? |
| 10:06:09 | 23 | A.  Yes, she did. |
| 10:06:10 | 24 | Q.  How did she do that? |
| 10:06:12 | 25 | A.  She was able to send them to me via email. |

DAISE - Direct

| | | |
|---|---|---|
| 10:06:16 | 1 | Q. Did she do that at a later time or while she was in your |
| 10:06:20 | 2 | office? |
| 10:06:20 | 3 | A. At that time I was in the office with her, she was sending |
| 10:06:24 | 4 | them to me. |
| 10:06:25 | 5 | Q. Did you actually see her send them to you? |
| 10:06:28 | 6 | A. Yes, I did. |
| 10:06:29 | 7 | Q. Did you actually see them with your own eyes? |
| 10:06:34 | 8 | A. Yes, I did. |
| 10:06:35 | 9 | MS. LONG:  May I approach the witness? |
| 10:06:36 | 10 | THE COURT:  You may. |
| 10:06:37 | 11 | BY MS. LONG: |
| 10:06:53 | 12 | Q. I have just handed you Government's Exhibits 2A, 2B, 2C, |
| 10:06:59 | 13 | and 2D for identification. |
| 10:07:00 | 14 | Let's start with 2A.  Do you recognize that? |
| 10:07:02 | 15 | A. Yes, I do. |
| 10:07:04 | 16 | Q. What is it? |
| 10:07:05 | 17 | A. It's a list that I initialed with the voicemails on them. |
| 10:07:09 | 18 | Q. Are those the same voicemails that the victim sent to you |
| 10:07:13 | 19 | on September 30th? |
| 10:07:14 | 20 | A. Yes. |
| 10:07:15 | 21 | Q. Have you had an opportunity to review that CD? |
| 10:07:17 | 22 | A. Yes. |
| 10:07:18 | 23 | Q. Are the voicemails the same as you remember them being on |
| 10:07:23 | 24 | September 30th? |
| 10:07:23 | 25 | A. Yes. |

DAISE - Direct

10:07:24  1  Q.  Let's take a look at 2B.

10:07:27  2          Do you recognize that?

10:07:27  3  A.  Yes, I do.

10:07:29  4  Q.  What is that?

10:07:29  5  A.  It's the voice messages that have been transcribed.

10:07:39  6  Q.  Have you had an opportunity to review that transcript?

10:07:42  7  A.  Yes.

10:07:43  8  Q.  Along with the audio of the voicemails?

10:07:45  9  A.  Yes.

10:07:46  10  Q.  Is it a fair and accurate representation of that audio?

10:07:48  11  A.  Yes.

10:07:50  12  Q.  Please take a look at 2C.

10:07:54  13          Do you recognize that?

10:07:56  14  A.  Yes, I do.

10:07:57  15  Q.  What is it?

10:07:58  16  A.  It's a disk of the text messages that were provided.

10:08:05  17  Q.  Are those the same text messages that were provided to you

10:08:09  18  by the victim on September 30th?

10:08:11  19  A.  Yes, it is.

10:08:13  20  Q.  Please take a look at 2D.

10:08:18  21          Do you recognize 2D?

10:08:19  22  A.  Yes, I do.

10:08:21  23  Q.  What is that?

10:08:22  24  A.  The text messages that were sent to me in my email.

10:08:26  25  Q.  Is that a print-out of the text messages from that CD that

| | | |
|---|---|---|
| 10:08:31 | 1 | is 2C? |
| 10:08:32 | 2 | A.  Yes. |
| 10:08:33 | 3 | Q.  Have you had a chance to compare them and see if they are |
| 10:08:37 | 4 | the same? |
| 10:08:37 | 5 | A.  Yes. |
| 10:08:38 | 6 | Q.  Are they the same? |
| 10:08:39 | 7 | A.  Yes. |
| 10:08:42 | 8 | MS. LONG:  I would move to admit Exhibits 2A, B, C, D. |
| 10:08:47 | 9 | THE COURT:  Any objection? |
| 10:08:48 | 10 | MR. WILCOX:  No, Your Honor. |
| 10:08:49 | 11 | THE COURT:  They will be received. |
| | 12 | [Government Exhibits 2A, 2B, 2C, and 2D received in |
| | 13 | evidence]. |
| 10:08:54 | 14 | MS. LONG:  May I approach? |
| 10:08:56 | 15 | THE COURT:  Yes. |
| 10:08:58 | 16 | MS. LONG:  Your Honor, would you like me to ask every |
| 10:09:00 | 17 | time? |
| 10:09:01 | 18 | THE COURT:  No, once is enough.  Thank you for asking. |
| 10:09:07 | 19 | MS. LONG:  With the Court's permission, we will |
| 10:09:10 | 20 | publish sections of 2A.  That is the voicemails. |
| 10:09:14 | 21 | THE COURT:  All right. |
| 10:11:23 | 22 | Is there any objection to the accuracy of the |
| 10:11:26 | 23 | transcript, Mr. Wilcox? |
| 10:11:28 | 24 | MR. WILCOX:  With respect to the voicemail, no, Your |
| 10:11:31 | 25 | Honor, I'm not sure because I have a transcript that was |

DAISE - Direct

| | | |
|---|---|---|
| 10:11:38 | 1 | provided to me, and I'm not sure if the transcript that was |
| 10:11:42 | 2 | provided to me contains all the voicemail messages. |
| 10:11:46 | 3 | MS. LONG:  It does. |
| 10:11:48 | 4 | MR. WILCOX:  No objection, Your Honor. |
| 10:11:50 | 5 | THE COURT:  Why don't you just read them?  There's an |
| 10:12:01 | 6 | agreement that the transcript is accurate. |
| 10:12:16 | 7 | MS. LONG:  I will start with message 36 on page 2, |
| 10:12:20 | 8 | line 3. |
| 10:12:30 | 9 | "I'm just going to go ahead and kill you tonight.  I'm |
| 10:12:34 | 10 | going to show you that I ain't nothing to play with.  So you |
| 10:12:37 | 11 | don't even know what time it is for me.  I'm going to |
| 10:12:41 | 12 | [inaudible], and you're still doing that.  I got you." |
| 10:12:47 | 13 | BY MS. LONG: |
| 10:12:53 | 14 | Q.  Detective Daise, when you listened to this message, were |
| 10:12:56 | 15 | you able to recognize the voice who was speaking in that |
| 10:13:00 | 16 | message? |
| 10:13:00 | 17 | A.  Yes. |
| 10:13:02 | 18 | Q.  How -- what did you recognize it from? |
| 10:13:05 | 19 | A.  It was the same voice that I heard when she answered the |
| 10:13:10 | 20 | phone when we were having the interview. |
| 10:13:12 | 21 | Q.  Let's turn to message 32 on page 3, line 5. |
| 10:13:26 | 22 | THE COURT:  What exhibit? |
| 10:13:28 | 23 | MS. LONG:  We are in Exhibit 2B. |
| 10:13:37 | 24 | THE COURT:  What page? |
| 10:13:39 | 25 | MS. LONG:  Page 3, line 5, telephone message 32. |

February 23, 2015

DAISE - Direct

| | |
|---|---|
| 10:13:45 | 1 |
| 10:13:51 | 2 |
| 10:13:55 | 3 |
| 10:14:00 | 4 |

10:13:45  1      "The game you playing, pus ass ho, you're going to get

10:13:51  2  somebody killed tonight.  I'm going to teach you how to play

10:13:55  3  these games.  I'm going to teach you, dog, how to play these

10:14:00  4  games."

10:14:01  5      "See, you're still young.  I'm going to teach you,

10:14:05  6  show you why they call me Johnny C.  I'm going to show you, you

10:14:10  7  know what I'm saying.  You think I'm something to play with.

10:14:15  8  Watch out how you're going to see how I shoot that house up."

10:14:43  9      The next message, 31, same page, line 15.

10:14:48  10      "I see, if I don't get you first, you will get me

10:14:51  11  killed, but guess what, I'm going to go ahead and get you

10:14:55  12  first, all right.  If I don't get you first, you're going to

10:14:59  13  get me killed out here."

10:15:01  14      "I see how, what kind of game you're playing.  You

10:15:05  15  don't love me for real.  You don't love me for real.  That shit

10:15:10  16  you did, you never would have done that.  But you put my cousin

10:15:16  17  in our business.  You know nothing about that crusty shit.

10:15:22  18  Guess what, you're going to learn tonight, ho.  You're going to

10:15:27  19  learn tonight."

10:15:28  20      Message 9, on page 9, Line 12.  Page 9, line 12.

10:15:51  21      "Hey, fuck ass ho, call the police.  Pus ass bitch,

10:15:55  22  call the police on me.  Pus ass ho, you already know what time

10:15:59  23  it is with me.  I'm gone like lightening, you hear me."

10:16:05  24      Next message, 6, page 10, line 5.

10:16:09  25      "Stay in the house.  You hear me?  Stay in that mother

DAISE - Direct

| | | |
|---|---|---|
| 10:16:13 | 1 | fucking house.  I ain't going nowhere.  I'm right around your |
| 10:16:17 | 2 | house.  Stay in that house.  You're going to have to come out |
| 10:16:21 | 3 | of the house one day.  I ain't going home.  I ain't never going |
| 10:16:27 | 4 | home." |
| 10:16:30 | 5 | Message 4, same page, line 13. |
| 10:16:36 | 6 | "Better bring your pus ass outside before -- bring |
| 10:16:42 | 7 | your pus ass outside before I start shooting around this shit." |
| | 8 | BY MS. LONG: |
| 10:16:48 | 9 | Q.  Detective Daise, are those some of the voice messages you |
| 10:16:53 | 10 | heard that day? |
| 10:16:53 | 11 | A.  Yes. |
| 10:16:56 | 12 | Q.  The other voicemails that the victim sent to you, were they |
| 10:16:59 | 13 | around the same lines? |
| 10:17:01 | 14 | A.  Yes. |
| 10:17:23 | 15 | MS. LONG:  Could you switch to the Elmo, please. |
| 10:17:25 | 16 | BY MS. LONG: |
| 10:17:48 | 17 | Q.  I'm showing you Government's Exhibit 2D. |
| 10:18:18 | 18 | Is this one of the text messages that you received |
| 10:18:22 | 19 | from the victim? |
| 10:18:22 | 20 | A.  Yes. |
| 10:18:23 | 21 | Q.  How did she send them to you? |
| 10:18:26 | 22 | A.  She e-mailed them to me from her e-mail to my work e-mail |
| 10:18:31 | 23 | address. |
| 10:18:32 | 24 | Q.  Did she send each individual text message, or what format |
| 10:18:38 | 25 | were they in? |

DAISE - Direct

| | | |
|---|---|---|
| 10:18:39 | 1 | A.   They were screenshots from her phone, and they were |
| 10:18:45 | 2 | individual e-mails sent from each screenshot. |
| 10:18:48 | 3 | Q.   Is this one of these screenshots? |
| 10:18:50 | 4 | A.   Yes. |
| 10:18:53 | 5 | Q.   Is there a time in the upper right-hand corner? |
| | 6 | A.   Yes. |
| 10:18:56 | 7 | Q.   Do you know what that corresponds to? |
| 10:18:58 | 8 | A.   That time is the time that she actually sent them to me. |
| 10:19:03 | 9 | Q.   That's the time the screenshot was taken? |
| 10:19:07 | 10 | A.   Right. |
| 10:19:08 | 11 | Q.   This here in the top left corner, what is that? |
| 10:19:11 | 12 | A.   That's the phone number from Johnny's phone. |
| 10:19:16 | 13 | Q.   Did you later have a chance to interview the defendant? |
| 10:19:19 | 14 | A.   Yes. |
| 10:19:20 | 15 | Q.   When you interviewed him, did he tell you what his phone |
| 10:19:25 | 16 | number was? |
| 10:19:26 | 17 | A.   Yes. |
| 10:19:27 | 18 | Q.   Do you remember that phone number? |
| 10:19:29 | 19 | A.   Yes. |
| 10:19:30 | 20 | Q.   How does that phone number compare to the one here? |
| 10:19:34 | 21 | A.   It was the same number that is showing on the screenshot. |
| 10:20:04 | 22 | THE COURT:  Do you have an objection? |
| 10:20:06 | 23 | MR. WILCOX:  No, I do not have an objection. |
| 10:20:10 | 24 | THE COURT:  Okay. |
| 10:20:10 | 25 | BY MS. LONG: |

DAISE - Direct

23

| | | |
|---|---|---|
| 10:20:16 | 1 | Q.  Could you read these text messages for us, please. |
| 10:20:21 | 2 | A.  Sure, I will start from the top. |
| 10:20:24 | 3 | THE COURT:  Aren't they in evidence?  I already read |
| 10:20:28 | 4 | them.  I didn't get to the bottom part. |
| 10:20:36 | 5 | Okay, go ahead, turn the page. |
| 10:20:44 | 6 | Okay, turn the page. |
| 10:20:54 | 7 | Okay, turn the page. |
| 10:21:03 | 8 | All right, the last one. |
| 10:21:06 | 9 | Oh, there's more, okay. |
| 10:21:47 | 10 | All right, let the record reflect that I have read all |
| 10:21:50 | 11 | the text messages. |
| 10:21:55 | 12 | What was that exhibit again? |
| 10:21:57 | 13 | MR. WILCOX:  2D. |
| 10:21:58 | 14 | THE COURT:  And I also read 2C.  Okay, thank you. |
| 10:22:03 | 15 | BY MS. LONG: |
| 10:22:05 | 16 | Q.  Detective Daise, what was the time of those text messages? |
| 10:22:12 | 17 | A.  I'm sorry, repeat the question. |
| 10:22:15 | 18 | Q.  Detective Daise, what was the time that those text messages |
| 10:22:20 | 19 | came in? |
| 10:22:22 | 20 | A.  Originally started from the 29th of September up until |
| 10:22:32 | 21 | 11:00, 12:00, maybe the 30th of September. |
| 10:22:42 | 22 | Q.  What did you do after the victim showed you these texts and |
| 10:22:47 | 23 | let you listen to these voicemails? |
| 10:22:50 | 24 | A.  I made a decision to contact my immediate supervisor and |
| 10:22:56 | 25 | make him aware of the situation, at that time which we both |

DAISE - Direct

10:23:02   1   agreed we would make an attempt to locate the defendant to see

10:23:07   2   if he was still in the area.

10:23:09   3   Q.   Why would you make an attempt?

10:23:11   4   A.   Based on the voicemails and the text messages, we thought

10:23:17   5   it was pretty urgent that we make an attempt to locate him

10:23:22   6   because of the threats to shoot.  There were threats on her

10:23:29   7   parents.

10:23:30   8   Q.   What did you do in order to get this process going?

10:23:34   9   A.   At that time, our Street Crimes Unit was contacted, which

10:23:38  10   is headed by Sergeant Eddington.  At that time, we held a

10:23:46  11   briefing along with some other street crime units.  They were

10:23:50  12   provided with the description of the defendant.

10:23:53  13   Q.   Did you also provide them with a photo of the defendant?

10:23:56  14   A.   Yes.

10:23:57  15   Q.   How did you get that photo of the defendant?

10:23:59  16   A.   Based on the name and the information provided to me, I

10:24:03  17   pulled a photo from our D.A.V.I.D., an identification photo.

10:24:12  18   Prior to me showing it to the detectives, I showed it to the

10:24:15  19   victim and she positively identified him as being her

10:24:20  20   boyfriend.

10:24:21  21   Q.   So what happened after this briefing?  What did the other

10:24:26  22   officers do?

10:24:27  23   A.   Once they had the information, since we provided the

10:24:30  24   information, they said, at that time, the only means of travel

10:24:36  25   for the defendant was by bus.  They wanted to start in the area

DAISE - Direct

| | | |
|---|---|---|
| 10:24:40 | 1 | of where the victim lived and the bus stop that he would |
| 10:24:44 | 2 | normally take to travel to her house. |
| 10:24:46 | 3 | Q.  To your knowledge, did officers go out to the victim's |
| 10:24:50 | 4 | house and bus stop? |
| 10:24:51 | 5 | A.  Yes. |
| 10:24:52 | 6 | Q.  Were you ever notified that they spotted the suspect? |
| 10:24:56 | 7 | A.  Yes, I was. |
| 10:24:57 | 8 | Q.  What did you do then? |
| 10:24:59 | 9 | A.  Through radio communication, I was told that they saw the |
| 10:25:04 | 10 | defendant.  They were attempting to take him into custody at |
| 10:25:08 | 11 | one point, but he was able to get on the bus.  At that point, |
| 10:25:12 | 12 | they decided to follow the bus. |
| 10:25:14 | 13 | Q.  Do you know who it was that notified you that they had |
| 10:25:18 | 14 | spotted the suspect? |
| 10:25:23 | 15 | A.  I think it was Detective Festa. |
| 10:25:32 | 16 | Q.  What did you do? |
| 10:25:34 | 17 | A.  I was instructed by my captain that we were going to leave |
| 10:25:41 | 18 | and take the victim with us in an unmarked vehicle and try to |
| 10:25:46 | 19 | follow him and see if they can take the defendant into custody. |
| 10:25:50 | 20 | Q.  At some point, were you notified that the suspect was in |
| 10:25:53 | 21 | custody? |
| 10:25:54 | 22 | A.  Yes, I was. |
| 10:25:55 | 23 | Q.  What did you do then? |
| 10:25:57 | 24 | A.  Um, we weren't too far behind when they were following the |
| 10:26:02 | 25 | bus.  Through radio communication, they told us they had him in |

February 23, 2015

DAISE - Direct

| | | |
|---|---|---|
| 10:26:07 | 1 | custody, at which time we continued to go in that direction. |
| 10:26:11 | 2 | Once we arrived in the area where he was taken into |
| 10:26:15 | 3 | custody, we didn't go all the way, but we were like a distance |
| 10:26:20 | 4 | away.  That's when the victim just stated to me, "That's him. |
| 10:26:25 | 5 | That's him." |
| 10:26:25 | 6 | Q.  What was the area in which you went to, in which the |
| 10:26:29 | 7 | defendant was in custody? |
| 10:26:31 | 8 | A.  It was in a parking lot of a church on 67th Street and -- I |
| 10:26:37 | 9 | can't remember the cross street. |
| 10:26:50 | 10 | Q.  I'm showing you Government's Exhibit 4 for identification. |
| 10:26:53 | 11 | Do you recognize this? |
| 10:26:53 | 12 | A.  Yes. |
| 10:26:56 | 13 | Q.  What is that? |
| 10:26:57 | 14 | A.  That would be the church parking lot where he was taking |
| 10:27:02 | 15 | the bus. |
| 10:27:02 | 16 | Q.  Is that a fair and accurate representation of the area as |
| 10:27:07 | 17 | it was on September 30th, 2014? |
| 10:27:08 | 18 | A.  Yes. |
| 10:27:10 | 19 | MS. LONG:  We move to admit Government's Exhibit 4. |
| 10:27:13 | 20 | THE COURT:  Any objection? |
| 10:27:16 | 21 | MR. WILCOX:  No objection, Your Honor. |
| 10:27:18 | 22 | THE COURT:  It is received. |
| | 23 | [Government Exhibit 4 received in evidence]. |
| 10:27:18 | 24 | BY MS. LONG: |
| 10:27:35 | 25 | Q.  Show us on Government's Exhibit 4 where this church is that |

DAISE - Direct

| | | |
|---|---|---|
| 10:27:39 | 1 | you're talking about. |
| 10:27:40 | 2 | A.  It's going to be on 2nd Avenue right here.  52nd Street, |
| 10:27:46 | 3 | but it would be in this parking lot. |
| 10:27:49 | 4 | Q.  Is that where you responded to see the person in custody? |
| 10:27:53 | 5 | A.  Yes, in that general area. |
| 10:28:03 | 6 | Q.  Where was the defendant when you saw him? |
| 10:28:05 | 7 | A.  He was standing on his feet in the east parking lot. |
| 10:28:18 | 8 | Q.  Why were you taking the victim to the scene? |
| 10:28:20 | 9 | A.  We did it just to be sure it was a positive identification |
| 10:28:24 | 10 | to make sure we did have the right person. |
| 10:28:27 | 11 | Q.  The person who was in custody was her boyfriend? |
| 10:28:31 | 12 | A.  Yes. |
| 10:28:32 | 13 | Q.  Did you take a look at that person that was in custody at |
| 10:28:35 | 14 | that time? |
| 10:28:35 | 15 | A.  Yes. |
| 10:28:37 | 16 | Q.  Do you see him in the courtroom? |
| 10:28:38 | 17 | A.  Yes, I do. |
| 10:28:39 | 18 | Q.  Please indicate where he is sitting. |
| 10:28:43 | 19 | A.  He is sitting behind you with a dark button-up shirt. |
| 10:28:49 | 20 |      MS. LONG:  May the record reflect that the witness has |
| | 21 | identified the defendant. |
| 10:28:52 | 22 |      THE COURT:  Yes. |
| 10:28:52 | 23 | BY MS. LONG: |
| 10:28:53 | 24 | Q.  Did you actually get out of your car on the scene where the |
| 10:28:58 | 25 | arrest happened? |

| | | |
|---|---|---|
| 10:28:58 | 1 | A.  No, I did not. |
| 10:29:00 | 2 | Q.  Did you personally see any evidence that came up there on |
| 10:29:03 | 3 | the scene? |
| 10:29:04 | 4 | A.  No, I did not. |
| 10:29:05 | 5 | Q.  Did you later get a chance to speak to the defendant? |
| 10:29:07 | 6 | A.  Yes. |
| 10:29:08 | 7 | Q.  Where and when did that happen? |
| 10:29:10 | 8 | A.  Once he was transported back to North Miami Beach Police |
| 10:29:15 | 9 | Station is where I was able to speak to him. |
| 10:29:18 | 10 | Q.  Did you read the defendant his rights? |
| 10:29:20 | 11 | A.  Yes. |
| 10:29:22 | 12 | Q.  How did you do that? |
| 10:29:23 | 13 | A.  They were per form, which he signed, and he was audio and |
| 10:29:33 | 14 | video recorded. |
| 10:29:43 | 15 | Q.  I'm showing you Government's Exhibit 14. |
| 10:29:50 | 16 | Is that the form that you used? |
| 10:29:51 | 17 | A.  Yes. |
| 10:29:53 | 18 | Q.  How do you recognize it? |
| 10:29:55 | 19 | A.  It has my signature on it.  It has the defendant's |
| 10:30:01 | 20 | signature. |
| 10:30:01 | 21 | Q.  Did the defendant acknowledge on that form that he |
| 10:30:05 | 22 | understood his rights? |
| 10:30:05 | 23 | A.  Yes. |
| 10:30:06 | 24 | Q.  How did he do that? |
| 10:30:09 | 25 | A.  By initialling and signing. |

DAISE - Direct

| | | |
|---|---|---|
| 10:30:12 | 1 | MS. LONG:  I move to admit Government's Exhibit 14. |
| 10:30:15 | 2 | MR. WILCOX:  One moment, Your Honor. |
| 10:30:24 | 3 | No objection. |
| 10:30:26 | 4 | THE COURT:  It will be received without objection. |
| 10:30:28 | 5 | I don't have a copy of that exhibit, do I? |
| 10:30:39 | 6 | MS. LONG:  It's a Miranda form.  I can show it to you |
| 10:30:54 | 7 | on the Elmo right now. |
| 10:31:07 | 8 | Are you seeing a copy of that, Your Honor? |
| 10:31:11 | 9 | THE COURT:  Yes, okay. |
| | 10 | [Government Exhibit 14 received in evidence]. |
| 10:31:11 | 11 | BY MS. LONG: |
| 10:31:23 | 12 | Q.  At some point during that interview, did the defendant tell |
| 10:31:27 | 13 | you his phone number? |
| 10:31:28 | 14 | A.  Yes, he did. |
| 10:31:29 | 15 | Q.  Did you ask for -- did you record that anywhere? |
| 10:31:35 | 16 | A.  Yes, it's audio and videotaped. |
| 10:31:38 | 17 | Q.  Did you record the defendant's cell phone number somewhere? |
| 10:31:46 | 18 | A.  I'm sure I may have wrote it down. |
| 10:31:50 | 19 | Q.  At any point, did you ask the defendant to search his cell |
| 10:31:53 | 20 | phone? |
| 10:31:53 | 21 | A.  Yes. |
| 10:31:55 | 22 | Q.  How did you do that? |
| 10:31:57 | 23 | A.  Upon asking him is it okay if I search his cell phone, we |
| 10:32:02 | 24 | signed a form stating that I could do so, a consent to search |
| 10:32:10 | 25 | form. |

DAISE - Direct

| | | |
|---|---|---|
| 10:32:15 | 1 | Q.  Showing you Government's Exhibit 16 for identification. |
| 10:32:19 | 2 | THE COURT:  Any objection to 16? |
| 10:32:25 | 3 | MR. WILCOX:  No, Your Honor. |
| 10:32:26 | 4 | THE COURT:  It will be received. |
| | 5 | [Government Exhibit 16 received in evidence]. |
| 10:32:32 | 6 | THE COURT:  I've got a copy of it, and I have read it. |
| 10:32:35 | 7 | BY MS. LONG: |
| 10:32:45 | 8 | Q.  Did you record the defendant's cell phone number on here? |
| 10:32:49 | 9 | A.  Yes, I did. |
| 10:32:51 | 10 | Q.  Would that be here in the middle of the page? |
| 10:32:53 | 11 | A.  Yes. |
| 10:33:09 | 12 | Q.  You mentioned that the interview was videotaped; is that |
| 10:33:13 | 13 | correct? |
| 10:33:13 | 14 | A.  Yes. |
| 10:33:14 | 15 | Q.  I'm showing you Government's Exhibits 15A and 15B. |
| 10:33:26 | 16 | Please take a look at them and let me know if you |
| 10:33:30 | 17 | recognize them. |
| 10:33:32 | 18 | A.  15A, and it's initialed.  So I have reviewed it. |
| 10:33:38 | 19 | Q.  You have had a chance to review that video on that CD? |
| 10:33:45 | 20 | A.  Yes. |
| 10:33:49 | 21 | Q.  Does it have the entire interview or portions? |
| 10:33:55 | 22 | A.  The entire video. |
| 10:33:58 | 23 | Q.  The video that you have here, is that portions? |
| 10:34:03 | 24 | A.  That's the entire disk. |
| 10:34:07 | 25 | Q.  Have you reviewed two different discs? |

DAISE - Direct

| | | |
|---|---|---|
| 10:34:10 | 1 | A.  Yes. |
| 10:34:12 | 2 | Q.  15B, do you recognize that? |
| 10:34:14 | 3 | A.  Yes. |
| 10:34:15 | 4 | Q.  What is that? |
| 10:34:16 | 5 | A.  This is from the video where it was transcribed. |
| 10:34:20 | 6 | Q.  Is this a transcript of the portions that were on the disk? |
| 10:34:26 | 7 | A.  Yes. |
| 10:34:28 | 8 | Q.  Have you had a chance to look at it to see if it fairly and |
| 10:34:35 | 9 | accurately represents what happened in the video? |
| 10:34:37 | 10 | A.  Yes, it does. |
| 10:34:40 | 11 | MS. LONG:  I would move in Government's Exhibit 15B. |
| 10:34:46 | 12 | MR. WILCOX:  No objection. |
| 10:34:49 | 13 | THE COURT:  It is admitted. |
| | 14 | [Government Exhibit 15B received in evidence]. |
| 10:34:52 | 15 | MS. LONG:  Your Honor, is there any problem with |
| 10:34:55 | 16 | playing the video?  The video does show the defendant.  We |
| 10:34:59 | 17 | would prefer to do that. |
| 10:35:04 | 18 | THE COURT:  Go ahead and play it.  I will read along. |
| 10:35:08 | 19 | [Video was played]. |
| 10:35:29 | 20 | MS. LONG:  This is the video binder on the second |
| 10:35:51 | 21 | page. |
| 10:36:03 | 22 | THE COURT:  Okay. |
| 10:37:26 | 23 | MS. LONG:  I will play the second clip now. |
| 10:37:30 | 24 | [Video was played]. |
| 10:37:30 | 25 | BY MS. LONG: |

DAISE - Cross

| | | |
|---|---|---|
| 10:40:29 | 1 | Q.  Before September 30th, have you ever met the defendant |
| 10:40:33 | 2 | before? |
| 10:40:33 | 3 | A.  No. |
| 10:40:34 | 4 | Q.  Have you ever had any contact with the defendant since that |
| 10:40:38 | 5 | day? |
| 10:40:38 | 6 | A.  No. |
| 10:40:40 | 7 | MS. LONG:  No further questions. |
| 10:40:43 | 8 | THE COURT:  Cross? |
| 10:40:44 | 9 | MR. WILCOX:  Thank you, Your Honor. |
| | 10 | CROSS EXAMINATION |
| 10:41:46 | 11 | BY MR. WILCOX: |
| 10:41:46 | 12 | Q.  When Ms. Long was conducting her examination, she asked |
| 10:41:51 | 13 | about reviewing Ms. Theophil's cell phone messages, and you |
| 10:42:00 | 14 | were able to see from the text messages who was calling, that |
| 10:42:05 | 15 | it was Johnny; is that what you said? |
| 10:42:07 | 16 | A.  Yes. |
| 10:42:07 | 17 | Q.  I'm looking at the text message, and I see a phone number. |
| 10:42:12 | 18 | I don't see Johnny Jean's name.  Can you explain? |
| 10:42:17 | 19 | A.  Sure.  Initially, when she had her phone, when the phone |
| 10:42:21 | 20 | calls were coming in, you could see a name, just Johnny.  You |
| 10:42:27 | 21 | couldn't see the phone number. |
| 10:42:30 | 22 | Q.  Like, if somebody gets a cell phone call and if you already |
| 10:42:35 | 23 | programmed the name in the phone, then the name comes up; is |
| 10:42:39 | 24 | that what you're talking about? |
| 10:42:41 | 25 | A.  That's correct. |

| | | |
|---|---|---|
| 10:42:41 | 1 | Q.  Did you take a picture of that, "Johnny" on the phone?  Did |
| 10:42:46 | 2 | you get a screenshot of "Johnny" being on the phone? |
| 10:42:49 | 3 | A.  No, I did not. |
| 10:42:52 | 4 | Q.  No.  Is there a reason? |
| 10:43:02 | 5 | A.  I just didn't do that. |
| 10:43:06 | 6 | Q.  The next area, the voicemail messages, I think that was |
| 10:43:12 | 7 | reflected in Government's Exhibit 2D. |
| 10:43:29 | 8 | Would it be fair to say that not all of the voicemail |
| 10:43:35 | 9 | messages were threatening in nature? |
| 10:43:38 | 10 | A.  Yes, they were not all. |
| 10:43:42 | 11 | Q.  This has already been admitted into evidence. |
| 10:43:45 | 12 | If we were to go to page 4, telephone message 27, line |
| 10:43:54 | 13 | 19 on the page there. |
| 10:44:01 | 14 | "Stop acting stupid.  Let's talk.  Please, I'm telling |
| 10:44:05 | 15 | you, let's talk.  You ain't got to talk.  Please, let me talk." |
| 10:44:11 | 16 | Would you characterize that as being threatening? |
| 10:44:14 | 17 | A.  No. |
| 10:44:16 | 18 | Q.  How about telephone message 26, that's on the same page, |
| 10:44:25 | 19 | line 23 in the transcript. |
| 10:44:28 | 20 | "Baby, let's talk.  Let's stop acting stupid with each |
| 10:44:35 | 21 | other.  For real.  I'm not trying to hurt you.  I'm not trying |
| 10:44:40 | 22 | to do anything stupid to you.  Let's talk.  You hear me?" |
| 10:44:47 | 23 | You wouldn't characterize that as being threatening, |
| 10:44:52 | 24 | would you? |
| 10:44:53 | 25 | A.  No. |

DAISE - Cross

| | | |
|---|---|---|
| 10:44:54 | 1 | Q.  One more on the next page, still on that exhibit, 2B, page |
| 10:45:04 | 2 | 5, telephone message 25, line 5 on the transcript. |
| 10:45:11 | 3 | "Let's stop acting crazy with each other.  You know |
| 10:45:18 | 4 | how I am.  I know how you is.  So let's please talk, all right. |
| 10:45:26 | 5 | You acting crazy.  You making something small big.  You heard |
| 10:45:31 | 6 | what I just said.  I came to your school so I can see you.  I |
| 10:45:37 | 7 | can go ahead and talk to you." |
| 10:45:40 | 8 | "That's how bad I wanted to see you today.  Stop |
| 10:45:45 | 9 | acting stupid for real.  Calm down and let's talk.  Pick up |
| 10:45:51 | 10 | your phone.  I'm not mad at you, for real.  I'm not mad at you, |
| 10:45:57 | 11 | for real." |
| 10:46:00 | 12 | You wouldn't characterize that as threatening, would |
| 10:46:02 | 13 | you, Officer? |
| 10:46:03 | 14 | A.  No. |
| 10:46:14 | 15 | Q.  Just so we're clearing it out, Ms. Theophil never told you |
| 10:46:22 | 16 | that Mr. Jean fired a weapon on September 29th or on |
| 10:46:27 | 17 | September 30th, did she? |
| 10:46:29 | 18 | A.  No, she did not. |
| 10:46:31 | 19 | Q.  Did she ever say to you that she was afraid?  Did she ever |
| 10:46:38 | 20 | say directly to you, in words to this effect, "I'm afraid that |
| 10:46:46 | 21 | Johnny Jean is going to shoot me? |
| 10:46:49 | 22 | A.  Yes, she did. |
| 10:46:51 | 23 | Q.  She said that? |
| 10:46:52 | 24 | A.  Yes. |
| 10:46:53 | 25 | Q.  When did she say that? |

DAISE - Redirect

| | | |
|---|---|---|
| 10:46:55 | 1 | A.  During our initial interview when I made contact with her. |
| 10:47:01 | 2 | Q.  What did she say? |
| 10:47:04 | 3 | A.  When we were speaking, that's when she stated that she was |
| 10:47:10 | 4 | going to come to the police station because she needed shelter |
| 10:47:15 | 5 | because she was afraid that he was going to shoot her. |
| 10:47:19 | 6 | Q.  That's what she said to you? |
| 10:47:21 | 7 | A.  Yes, she did. |
| 10:47:23 | 8 | Q.  Did you memorialize that in your report? |
| 10:47:26 | 9 | A.  No. |
| 10:47:26 | 10 | Q.  You didn't memorialize that Ms. Theophil told you that she |
| 10:47:34 | 11 | was afraid that Johnny Jean was going to shoot her?  You didn't |
| 10:47:40 | 12 | write that down anywhere? |
| 10:47:43 | 13 | A.  No, I did not. |
| 10:48:13 | 14 | [Defense counsel confers with client off the record]. |
| 10:48:17 | 15 | THE COURT:  Make sure that the microphone is off. |
| 10:48:22 | 16 | MR. WILCOX:  I apologize, Your Honor. |
| 10:48:23 | 17 | BY MR. WILCOX: |
| 10:48:41 | 18 | Q.  Have you had any contact with the Theophil family, her |
| 10:48:47 | 19 | father or any member of her family? |
| 10:48:51 | 20 | A.  No, sir. |
| | 21 | MR. WILCOX:  Nothing further. |
| 10:48:55 | 22 | MS. LONG:  May I have brief redirect, Your Honor? |
| | 23 | THE COURT:  Yes, you may. |
| | 24 | REDIRECT EXAMINATION |
| 10:48:58 | 25 | BY MS. LONG: |

DAISE - Redirect

| | | |
|---|---|---|
| 10:49:16 | 1 | Q.  Is it fair to say that the messages alternate between being |
| 10:49:22 | 2 | threatening and not threatening? |
| 10:49:25 | 3 | A.  Yes. |
| 10:49:26 | 4 | Q.  In your experience working with you said special victims -- |
| 10:49:33 | 5 | MR. WILCOX:  Objection, Your Honor. |
| 10:49:36 | 6 | THE COURT:  Let's finish the question. |
| 10:49:36 | 7 | BY MS. LONG: |
| 10:49:38 | 8 | Q.  In your experience working with special victim cases, is |
| 10:49:43 | 9 | that typical? |
| 10:49:44 | 10 | MR. WILCOX:  Objection, Your Honor, relevance. |
| 10:49:48 | 11 | THE COURT:  Sustained.  The charge is not assault or |
| 10:49:53 | 12 | threatening someone.  The charge is possession with a firearm |
| 10:49:56 | 13 | by a convicted felon. |
| 10:49:58 | 14 | MS. LONG:  Yes, Your Honor. |
| 10:50:00 | 15 | THE COURT:  Why don't we just keep it to that. |
| 10:50:01 | 16 | MS. LONG:  Detective Daise, no further questions. |
| 10:50:10 | 17 | THE COURT:  Thank you, Detective.  Have a good day. |
| 10:50:12 | 18 | THE WITNESS:  You too. |
| | 19 | [Witness was excused]. |
| | 20 | MR. EMERY:  The government calls Lavette Stevens. |
| | 21 | COURT REPORTER:  Do you solemnly swear the testimony |
| | 22 | you are about to give will be the truth, the whole truth and |
| | 23 | nothing but the truth so help you God? |
| | 24 | THE WITNESS:  I do. |
| | 25 | COURT REPORTER:  Please state your full name and spell |

| | | |
|---|---|---|
| | 1 | your last name for the record. |
| | 2 | THE WITNESS:  Lavette Stevens, S-T-E-V-E-N-S. |
| | 3 | LAVETTE STEVENS, GOVERNMENT'S WITNESS, SWORN |
| | 4 | DIRECT EXAMINATION |
| 10:51:39 | 5 | BY MR. EMERY: |
| 10:51:45 | 6 | Q.  Where do you work? |
| 10:51:46 | 7 | A.  City of Miami Police Department. |
| 10:51:48 | 8 | Q.  If you could speak up just a tad. |
| 10:51:51 | 9 | What do you do for Miami Gardens Police Department? |
| 10:51:55 | 10 | A.  Police dispatcher. |
| 10:51:59 | 11 | MR. WILCOX:  Your Honor, she is a very soft spoken |
| 10:52:04 | 12 | witness. |
| 10:52:05 | 13 | THE COURT:  If you would speak up into the microphone. |
| 10:52:08 | 14 | BY MR. EMERY: |
| 10:52:09 | 15 | Q.  What did you do prior to that? |
| 10:52:41 | 16 | A.  City of Miami Beach for eight years. |
| 10:52:44 | 17 | Q.  When you were working for the City of North Miami Beach -- |
| 10:52:50 | 18 | MR. EMERY:  If I could have one moment, Your Honor. |
| 10:52:53 | 19 | THE COURT:  All right. |
| 10:52:53 | 20 | BY MR. EMERY: |
| 10:53:06 | 21 | Q.  With respect to -- you are a police dispatcher.  Is that |
| 10:53:10 | 22 | with respect to 911 calls? |
| 10:53:13 | 23 | A.  We take emergency and non-emergency phone calls. |
| 10:53:17 | 24 | Q.  Are those phone calls recorded? |
| 10:53:18 | 25 | A.  Yes. |

| | | |
|---|---|---|
| 10:53:20 | 1 | Q. Why are they recorded? |
| 10:53:21 | 2 | A. For retrieval purposes, investigative purposes, court |
| 10:53:25 | 3 | purposes. |
| 10:53:26 | 4 | Q. On average, how many emergency and non-emergency calls do |
| 10:53:34 | 5 | you receive or work on in a day? |
| 10:53:37 | 6 | A. I work the night shift. During my shift, maybe 20 to 30 |
| 10:53:41 | 7 | calls. |
| 10:53:42 | 8 | Q. Were you working on the evening of September 29th, 2014? |
| 10:53:46 | 9 | A. Yes. |
| 10:53:47 | 10 | Q. Was that at the City of North Miami Beach Police |
| 10:53:50 | 11 | Department? |
| 10:53:50 | 12 | A. Yes. |
| 10:53:51 | 13 | Q. What was your shift on September 29th, 2014? |
| 10:53:55 | 14 | A. 11:00 p.m. to 7:00 a.m. |
| 10:54:21 | 15 | Q. I'm showing you what has been marked for identification as |
| 10:54:24 | 16 | Government's Exhibit 1A. |
| 10:54:26 | 17 | Do you recognize this? |
| 10:54:26 | 18 | A. Yes. |
| 10:54:27 | 19 | Q. Why do you recognize this? |
| 10:54:29 | 20 | A. It's the recording of the 911 call. |
| 10:54:33 | 21 | Q. Are these recordings of two 911 calls that you received on |
| 10:54:38 | 22 | September 29th, that being the first one? |
| 10:54:39 | 23 | A. Yes. |
| 10:54:40 | 24 | Q. Is this a recording of a second call from September 30th, |
| 10:54:44 | 25 | 2014? |

STEVENS - Direct

| | | |
|---|---|---|
| 10:54:44 | 1 | A.   Yes. |
| 10:54:47 | 2 | THE COURT:  Any objection to Exhibits 1A, B, and C? |
| 10:54:52 | 3 | MR. WILCOX:  No, Your Honor. |
| 10:54:52 | 4 | THE COURT:  They will be admitted. |
| | 5 | [Government Exhibits 1A, 1B, and 1C received in |
| | 6 | evidence]. |
| 10:54:56 | 7 | MR. EMERY:  Thank you, Your Honor. |
| 10:55:14 | 8 | At this point, we're going to play the 911 call, which |
| 10:55:19 | 9 | is 1B, and the transcript that goes with that, which is in |
| 10:55:25 | 10 | evidence. |
| 10:55:32 | 11 | THE COURT:  All right. |
| 10:55:40 | 12 | [Phone call was played]. |
| 10:55:40 | 13 | BY MR. EMERY: |
| 10:59:04 | 14 | Q.  Before we start the second 911 call, do you recognize any |
| 10:59:08 | 15 | of the voices on that call? |
| 10:59:09 | 16 | A.  Yes. |
| 10:59:15 | 17 | Q.  What voice do you recognize? |
| 10:59:18 | 18 | A.  Mine. |
| 10:59:18 | 19 | Q.  Is that in the transcript where it says "operator"? |
| | 20 | A.  Yes. |
| 10:59:21 | 21 | Q.  We're going to play second 911 call, which is reflected in |
| 10:59:26 | 22 | Government's 1C, which is a transcript. |
| 11:00:05 | 23 | [Phone call was played]. |
| | 24 | BY MR. EMERY: |
| 11:02:07 | 25 | Q.  Ms. Stevens, this occurred on the morning of |

February 23, 2015

STEVENS - Cross

40

11:02:10  1  September 30th, 2014?

11:02:11  2  A.  Yes.

11:02:12  3  Q.  On the second call, do you recognize a voice on that call?

11:02:17  4  A.  Yes, it's my voice.

11:02:25  5  Q.  Have you ever met Johnny Jean before?

11:02:27  6  A.  No.

11:02:32  7        MR. EMERY:  That's all I have, Your Honor.

11:02:34  8        THE COURT:  Cross?

          9                    CROSS EXAMINATION

11:02:35  10  BY MR. WILCOX:

11:02:42  11  Q.  Good morning, Ms. Stevens.  How are you?

11:02:45  12  A.  Good morning.

11:02:46  13  Q.  Ms. Stevens, I know that the people identify themselves on

11:02:52  14  the other side of the calls, the other voices, not your voice,

11:02:58  15  but you can't be sure they are who they say they are, can you?

11:03:02  16  A.  I can only go on the information provided to me.

11:03:06  17  Q.  That's all the information that you have, is just that

11:03:10  18  conversation that you had with them?

11:03:11  19  A.  Exactly what you heard.

11:03:12  20  Q.  You haven't done any further investigation to determine

11:03:15  21  whether or not the people with whom you were speaking were

11:03:19  22  actually the people who they claim to be?

11:03:22  23  A.  My job is only to take the information and put it in for an

11:03:27  24  officer to respond.

11:03:28  25  Q.  So the answer to my question would be no?

FESTA - Direct

| | | |
|---|---|---|
| 11:03:30 | 1 | A.   Yes. |
| 11:03:36 | 2 | MR. WILCOX:  Nothing further. |
| 11:03:38 | 3 | MR. EMERY:  Nothing further. |
| | 4 | THE COURT:  You are excused, ma'am. |
| | 5 | [Witness was excused]. |
| 11:03:41 | 6 | THE COURT:  Call your next witness. |
| 11:03:43 | 7 | MS. LONG:  The government calls Detective George |
| 11:03:49 | 8 | Festa. |
| 11:04:03 | 9 | COURT REPORTER:  Do you solemnly swear or affirm the |
| 11:04:06 | 10 | testimony you shall give will be the truth, the whole truth and |
| 11:04:09 | 11 | nothing but the truth so help you God? |
| 11:04:13 | 12 | THE WITNESS:  Yes, I do. |
| 11:04:16 | 13 | COURT REPORTER:  Please state your full name spelling |
| 11:04:19 | 14 | your last name for the record. |
| 11:04:40 | 15 | THE WITNESS:  George Festa, F-E-S-T-A. |
| | 16 | GEORGE FESTA, GOVERNMENT'S WITNESS, SWORN |
| | 17 | DIRECT EXAMINATION |
| 11:04:42 | 18 | BY MS. LONG: |
| 11:04:47 | 19 | Q.   Mr. Festa, where do you work? |
| 11:04:48 | 20 | A.   City of North Miami Beach Police Department. |
| 11:04:51 | 21 | Q.   What is your current title? |
| 11:04:53 | 22 | A.   Detective. |
| 11:04:54 | 23 | Q.   Detective Festa, how long have you worked for the City of |
| 11:04:57 | 24 | North Miami Police Department? |
| 11:04:58 | 25 | A.   Over 25 years. |

FESTA - Direct

| | | |
|---|---|---|
| 11:04:59 | 1 | Q.  What unit are you currently in? |
| 11:05:02 | 2 | A.  Street Crimes Unit. |
| 11:05:03 | 3 | Q.  What are your primary duties and responsibilities in the |
| 11:05:06 | 4 | Street Crimes Unit? |
| 11:05:07 | 5 | A.  We investigate burglaries, robberies, gang related |
| 11:05:13 | 6 | incidents, things of that nature. |
| 11:05:15 | 7 | Q.  Do you have any previous law enforcement experience? |
| 11:05:18 | 8 | A.  No, I do not. |
| 11:05:19 | 9 | Q.  Were you working on September 30th, 2014? |
| 11:05:22 | 10 | A.  Yes, I was. |
| 11:05:24 | 11 | Q.  Were you involved in an investigation into Johnny Jean? |
| 11:05:27 | 12 | A.  Yes. |
| 11:05:28 | 13 | Q.  How did you first become involved in that investigation? |
| 11:05:32 | 14 | A.  Detective Daise saw me in the station earlier in the day |
| 11:05:35 | 15 | and asked if I could help out to see if the rest of the unit |
| 11:05:39 | 16 | was working. |
| 11:05:40 | 17 | Q.  What were you helping out on? |
| 11:05:42 | 18 | A.  An investigation with a case that he had come in through |
| 11:05:45 | 19 | the night which dealt with aggravated stalking, domestic |
| 11:05:50 | 20 | violence. |
| 11:05:51 | 21 | Q.  What did you do in reference to that case? |
| 11:05:54 | 22 | A.  We went upstairs for a briefing, and we discussed the case, |
| 11:06:02 | 23 | the text messages, the phone calls, the victim, things that |
| 11:06:07 | 24 | occurred during the night. |
| 11:06:09 | 25 | Q.  What was the plan? |

FESTA - Direct

43

| | | |
|---|---|---|
| 11:06:10 | 1 | A.  The plan was to go in the area and see if Johnny Jean was |
| 11:06:16 | 2 | in the neighborhood. |
| 11:06:17 | 3 | Q.  Were you provided with any information in regards to Johnny |
| 11:06:21 | 4 | Jean? |
| 11:06:21 | 5 | A.  Yeah, we were provided with I believe it's a photo lineup. |
| 11:06:26 | 6 | It could have been a driver's license.  I can't remember |
| 11:06:30 | 7 | exactly what it was.  The case elements, which were the |
| 11:06:33 | 8 | domestic violence, text messages that were sent. |
| 11:06:41 | 9 | Q.  You were provided a photograph? |
| 11:06:44 | 10 | A.  Correct. |
| 11:06:45 | 11 | Q.  And so what did you do? |
| 11:06:48 | 12 | A.  I merely got a partner and drove out to the location to see |
| 11:06:53 | 13 | if I could spot Johnny Jean walking around the neighborhood. |
| 11:06:57 | 14 | Q.  Which location? |
| 11:06:59 | 15 | A.  12030 152nd Street. |
| 11:07:04 | 16 | Q.  Do you know whose residence that was supposed to be? |
| 11:07:07 | 17 | A.  The victim's. |
| 11:07:08 | 18 | Q.  Were there other teams looking out for Johnny Jean that |
| 11:07:13 | 19 | day? |
| 11:07:13 | 20 | A.  Yes, they were coming out shortly after us. |
| 11:07:17 | 21 | Q.  Why did you leave earlier? |
| 11:07:19 | 22 | A.  I wanted to see if he was in the area so hopefully we would |
| 11:07:25 | 23 | get an eye. |
| 11:07:28 | 24 | Q.  Did you actually arrive at 12030 Northeast 152nd Street? |
| 11:07:33 | 25 | A.  I was driving down 12th Avenue when I spotted someone who |

FESTA - Direct

| | | |
|---|---|---|
| 11:07:39 | 1 | fit the description of Johnny Jean. |
| 11:07:41 | 2 | Q.  What area of town is that? |
| 11:07:44 | 3 | A.  151st Street. |
| 11:07:52 | 4 | Q.  I'm showing you what has been marked for identification as |
| 11:07:55 | 5 | Government's Exhibit 3. |
| 11:08:09 | 6 | MR. WILCOX:  No objection to the government admitting |
| 11:08:12 | 7 | Exhibit 3, Your Honor. |
| 11:08:13 | 8 | THE COURT:  It will be received without objection. |
| | 9 | [Government Exhibit 3 received in evidence]. |
| 11:08:15 | 10 | BY MS. LONG: |
| 11:08:17 | 11 | Q.  Show us on Government's Exhibit 3, where did you spot the |
| 11:08:20 | 12 | suspect? |
| 11:08:21 | 13 | A.  On the southeast corner of 12th Avenue and 151st Street. |
| 11:08:26 | 14 | There's a bus stop. |
| 11:08:28 | 15 | MS. LONG:  If the witness can step down and point that |
| 11:08:32 | 16 | out. |
| 11:08:37 | 17 | THE COURT:  Certainly. |
| 11:08:38 | 18 | Is this all relevant?  That's a bus stop.  He got on |
| 11:08:42 | 19 | the bus.  What difference does it make where the bus stop was? |
| 11:08:48 | 20 | Go ahead.  This is not a jury trial. |
| 11:08:50 | 21 | BY MS. LONG: |
| 11:08:53 | 22 | Q.  Do you happen to know, on that map, where the location that |
| 11:08:56 | 23 | you were going to, the victim's house, was? |
| 11:08:59 | 24 | A.  Yes, I do. |
| 11:09:00 | 25 | Q.  Can you point that out to us. |

FESTA - Direct

45

| | | |
|---|---|---|
| 11:09:04 | 1 | A.   The victim's house. |
| 11:09:08 | 2 | Q.   Thank you. |
| 11:09:09 | 3 | When you spotted the suspect at that bus stop, did you |
| 11:09:14 | 4 | get a good look at him? |
| 11:09:17 | 5 | A.   Yes, we did. |
| 11:09:18 | 6 | Q.   Do you see that person in the courtroom today? |
| 11:09:20 | 7 | A.   Yes, he is sitting with a black button-down shirt and |
| | 8 | [inaudible]. |
| 11:09:28 | 9 | MS. LONG:  The record will reflect -- |
| 11:09:31 | 10 | THE COURT:  What was the last part? |
| 11:09:34 | 11 | THE WITNESS:  Facial hair. |
| 11:09:35 | 12 | THE COURT:  Yes. |
| 11:09:36 | 13 | BY MS. LONG: |
| 11:09:38 | 14 | Q.   Did you stop the defendant at that time? |
| 11:09:41 | 15 | A.   No, we did not. |
| 11:09:42 | 16 | Q.   Why not? |
| 11:09:43 | 17 | A.   He was possibly armed and there wasn't enough of us at that |
| 11:09:47 | 18 | time.  Just me and another officer in my car. |
| 11:09:51 | 19 | Q.   What happened after that? |
| 11:09:52 | 20 | A.   We had another unmarked car with other officers come by, |
| 11:09:57 | 21 | get a good look to get a positive ID or confirm who we saw, and |
| 11:10:03 | 22 | wait for additional officers to show up. |
| 11:10:07 | 23 | Q.   Were you able to actually stop Mr. Jean while he was at the |
| 11:10:13 | 24 | bus stop? |
| 11:10:14 | 25 | A.   No, not at that time. |

FESTA - Direct

| | | |
|---|---|---|
| 11:10:15 | 1 | Q.  What happened at that point? |
| 11:10:17 | 2 | A.  The bus came northbound.  Thought he was going to get on. |
| 11:10:21 | 3 | He crossed over to the west side of the roadway.  The south bus |
| 11:10:27 | 4 | came before the other units came to the area.  He got on the |
| 11:10:31 | 5 | bus. |
| 11:10:32 | 6 | Q.  Before he got on the bus, was he carrying anything? |
| 11:10:35 | 7 | A.  A black bag with a white shopping bag. |
| 11:10:41 | 8 | Q.  When you said a black bag, what kind of a bag? |
| 11:10:46 | 9 | A.  A shoulder bag, a backpack. |
| 11:10:50 | 10 | Q.  What did you do when the defendant got on the bus? |
| 11:10:54 | 11 | A.  Continued following the bus and called for backup units. |
| 11:10:59 | 12 | Q.  Did you see the defendant get off the bus? |
| 11:11:02 | 13 | A.  Yes. |
| 11:11:02 | 14 | Q.  What did you do at that time? |
| 11:11:04 | 15 | A.  I passed the bus and set up just to the south of it. |
| 11:11:10 | 16 | Q.  Did someone -- at some point, did you approach the |
| 11:11:15 | 17 | defendant? |
| 11:11:16 | 18 | A.  We were waiting for Captain Marciante to give the signal to |
| 11:11:22 | 19 | arrest him.  When he gave that signal, we moved in. |
| 11:11:26 | 20 | Q.  Where was the defendant at that time? |
| 11:11:27 | 21 | A.  He was in the parking lot of a church on the corner, on the |
| 11:11:33 | 22 | west, southwest corner. |
| 11:11:36 | 23 | Q.  Were you the first person in the church parking lot? |
| 11:11:41 | 24 | A.  No, I was not.  I think I was the second or third car in |
| 11:11:45 | 25 | the parking lot. |

| | | |
|---|---|---|
| 11:11:46 | 1 | Q.  Do you know who the first unit was? |
| 11:11:49 | 2 | A.  Detective Catlin. |
| 11:12:11 | 3 | Q.  What did you see when you entered the church parking lot? |
| 11:12:15 | 4 | A.  Johnny Jean was already on the ground surrounded by a |
| 11:12:19 | 5 | couple of detectives and officers. |
| 11:12:21 | 6 | MR. WILCOX:  For purpose of the record, so there is no |
| 11:12:25 | 7 | doubt that this issue is preserved, we would object to any |
| 11:12:29 | 8 | testimony beyond this point. |
| 11:12:30 | 9 | THE COURT:  Objection is noted.  You're talking about |
| 11:12:32 | 10 | also your objections that you made in your motion to suppress? |
| 11:12:37 | 11 | MR. WILCOX:  Yes. |
| 11:12:37 | 12 | BY MS. LONG: |
| 11:12:39 | 13 | Q.  Was there anything on the ground with Mr. Jean? |
| 11:12:42 | 14 | A.  There was the black bag along with the white shopping bag. |
| 11:12:47 | 15 | Q.  Was the defendant handcuffed at that time? |
| 11:12:50 | 16 | A.  I don't believe he was.  I think they were in the process |
| 11:12:52 | 17 | of doing it. |
| 11:12:54 | 18 | Q.  So what did you do when you got there? |
| 11:12:57 | 19 | A.  They had already had him down, so I started checking the |
| 11:13:01 | 20 | white bag. |
| 11:13:03 | 21 | Q.  What did you find?  Did you find anything in the white bag? |
| 11:13:06 | 22 | A.  I found the diploma belonging to the victim along with some |
| 11:13:13 | 23 | school books and house keys. |
| 11:13:15 | 24 | Q.  How did you know -- you said that the diploma belonged to |
| 11:13:19 | 25 | the victim. |

FESTA - Direct

| | | |
|---|---|---|
| 11:13:20 | 1 | How did you know that? |
| 11:13:21 | 2 | A.   The victim's name was across the diploma. |
| 11:13:37 | 3 | MS. LONG:  Your Honor, can we have the witness |
| 11:13:39 | 4 | identify these on the Elmo? |
| | 5 | THE COURT:  Yes. |
| | 6 | BY MS. LONG: |
| 11:13:42 | 7 | Q.   I'm showing you Exhibit 5A. |
| 11:13:44 | 8 | MR. WILCOX:  Judge, my screen isn't on. |
| 11:13:48 | 9 | MS. LONG:  Can you see it now? |
| 11:13:50 | 10 | MR. WILCOX:  Yes, thank you. |
| 11:13:52 | 11 | THE COURT:  Any objection to 5A, B, or C? |
| 11:14:03 | 12 | MR. WILCOX:  No objection. |
| 11:14:04 | 13 | I reviewed the exhibits, and I do not have an |
| 11:14:07 | 14 | objection to those exhibits. |
| 11:14:10 | 15 | I apologize, Your Honor, I was having a word with my |
| 11:14:13 | 16 | client. |
| 11:14:14 | 17 | THE COURT:  How about 6A through 6E? |
| 11:14:17 | 18 | MR. WILCOX:  No objection, Your Honor. |
| 11:14:19 | 19 | THE COURT:  They will be received without objection as |
| 11:14:21 | 20 | well. |
| | 21 | [Government Exhibits 5A, 5B, 5C, and 6A - 6E received |
| | 22 | in evidence]. |
| 11:14:21 | 23 | BY MS. LONG: |
| 11:14:23 | 24 | Q.   What do we see here? |
| 11:14:37 | 25 | A.   Yes, it's the parking lot of the church. |

| 11:14:42 | 1 | Q. | Is that a close-up of the church? |

11:14:42    1    Q.  Is that a close-up of the church?

11:14:44    2    A.  Yes, it is.

11:14:51    3    Q.  Showing you 6A.

11:14:54    4        What is that?

11:14:55    5    A.  That's the black bag that he was carrying on his shoulder.

11:14:59    6    Q.  Did you search that bag?

11:15:01    7    A.  No, I did not.

11:15:03    8    Q.  Do you know who searched the bag?

11:15:06    9    A.  Detective Catlin.

11:15:07   10    Q.  While you were on the scene, did you actually look inside

11:15:11   11    the black backpack?

11:15:13   12    A.  No, I did not.

11:15:26   13    Q.  I'm showing you Government's Exhibit 7A for identification.

11:15:30   14        Do you recognize that?

11:15:31   15    A.  That's the bag that Johnny Jean was carrying.

11:15:34   16    Q.  Is that the way that it looked on September 30th?

11:15:37   17    A.  Yes, it is.

11:15:38   18    Q.  I'm showing you 7B for identification.

11:15:41   19    A.  That's inside the bag.  That's the diploma for the victim.

11:15:47   20    Q.  Is this a fair and accurate depiction of what you saw on

11:15:52   21    that day?

11:15:53   22    A.  Yes, it is.

11:15:56   23        MS. LONG:  I move to admit 7A and 7B.

11:15:59   24        THE COURT:  Any objection?

11:16:01   25        MR. WILCOX:  No objection, Your Honor.

FESTA - Cross

| | | |
|---|---|---|
| 11:16:02 | 1 | Your Honor, I'm not sure why it's relevant. |
| | 2 | [Government Exhibits 7A and 7B received in evidence]. |
| 11:16:14 | 3 | THE COURT:  Do you want to talk to your client?  He's |
| 11:16:19 | 4 | got his hands up. |
| 11:16:24 | 5 | THE DEFENDANT:  That isn't the police that arrested |
| 11:16:26 | 6 | me. |
| 11:16:28 | 7 | THE COURT:  By the way, keep in mind that that |
| 11:16:31 | 8 | microphone is live.  If you want to have a private |
| 11:16:34 | 9 | conversation, either turn it off or turn it to the side. |
| 11:16:39 | 10 | THE DEFENDANT:  Your Honor -- |
| 11:16:41 | 11 | THE COURT:  Excuse me, Mr. Jean, just talk to your |
| 11:16:46 | 12 | lawyer.  He is the one that speaks for you here in court.  You |
| 11:16:50 | 13 | can tell him anything you want, and he will take care of it. |
| 11:16:54 | 14 | BY MS. LONG: |
| 11:16:56 | 15 | Q.  Detective Festa, had you ever met the defendant before that |
| 11:17:01 | 16 | day? |
| 11:17:02 | 17 | A.  No. |
| 11:17:04 | 18 | MS. LONG:  No further questions at this time. |
| | 19 | CROSS EXAMINATION |
| 11:17:06 | 20 | BY MR. WILCOX: |
| 11:17:14 | 21 | Q.  What was your name, Officer? |
| 11:17:16 | 22 | A.  Festa. |
| 11:17:18 | 23 | Q.  Is that Detective or just Officer? |
| 11:17:20 | 24 | A.  I'm a detective. |
| 11:17:21 | 25 | Q.  Detective Festa, did you ever arrest Mr. Jean? |

FESTA - Cross

| | | |
|---|---|---|
| 11:17:26 | 1 | A.  No, sir. |
| 11:17:27 | 2 | Q.  Did you witness the arrest? |
| 11:17:29 | 3 | A.  Yes, sir, I did. |
| 11:17:30 | 4 | Q.  But you didn't actually perform the arrest? |
| 11:17:33 | 5 | A.  That is correct. |
| 11:17:35 | 6 | MR. WILCOX:  One moment, Your Honor. |
| 11:17:36 | 7 | BY MR. WILCOX: |
| 11:17:53 | 8 | Q.  Do you know who went inside the bookbag? |
| 11:17:57 | 9 | A.  Detective Catlin and Detective Ribas. |
| 11:18:12 | 10 | MR. WILCOX:  Nothing further. |
| 11:18:13 | 11 | MS. LONG:  I would like to read a stipulation if the |
| 11:18:16 | 12 | Court will allow us. |
| 11:18:19 | 13 | THE COURT:  Sure. |
| 11:18:20 | 14 | MS. LONG:  It is marked as Exhibit 19 for |
| 11:18:22 | 15 | identification. |
| 11:18:23 | 16 | The United States of America, the defendant, and the |
| 11:18:26 | 17 | defendant's counsel hereby stipulate and agree that the |
| 11:18:29 | 18 | following facts are true and correct and that the jury may |
| 11:18:32 | 19 | regard them as having been proved beyond a reasonable doubt: |
| 11:18:36 | 20 | Prior to September 30th, 2014, the defendant, Johnny |
| 11:18:41 | 21 | Jean, had been convicted in a court of law of a crime |
| 11:18:44 | 22 | punishable by imprisonment for a term of more than one year, |
| 11:18:49 | 23 | that is a felony offense. |
| 11:18:50 | 24 | The defendant has not received a pardon, applied for |
| 11:18:55 | 25 | clemency, or otherwise restored his right to own, possess, or |

| 11:19:00 | 1 | use firearms or ammunition. |
| 11:19:03 | 2 | We will move to admit that as an exhibit. |
| 11:19:06 | 3 | MR. WILCOX:  No objection. |
| 11:19:07 | 4 | THE COURT:  It will be received. |
| 11:19:09 | 5 | MR. WILCOX:  Except I wanted to make sure that I look |
| 11:19:12 | 6 | at it once. |
| 11:19:13 | 7 | Okay, your Honor. |
| | 8 | [Government Exhibit 19 received in evidence]. |
| 11:19:33 | 9 | MR. EMERY:  The United States calls Detective Craig |
| 11:19:40 | 10 | Catlin. |
| | 11 | COURT REPORTER:  Do you solemnly swear the testimony |
| | 12 | you are about to give will be the truth, the whole truth and |
| | 13 | nothing but the truth so help you God? |
| | 14 | THE WITNESS:  I do. |
| | 15 | COURT REPORTER:  Please state your full name and spell |
| | 16 | your last name for the record. |
| 11:20:06 | 17 | THE WITNESS:  Craig Catlin, C-A-T-L-I-N. |
| | 18 | CRAIG CATLIN, GOVERNMENT'S WITNESS, SWORN |
| | 19 | DIRECT EXAMINATION |
| 11:20:10 | 20 | BY MR. EMERY: |
| 11:20:43 | 21 | Q.  Where are you employed, sir? |
| 11:20:45 | 22 | A.  City of North Miami Beach Police Department. |
| 11:20:48 | 23 | Q.  What do you do there? |
| 11:20:50 | 24 | A.  I'm a detective in the Street Crimes Unit. |
| 11:20:52 | 25 | Q.  How long have you been a detective in the Street Crimes |

| 11:20:56 | 1 | Unit? |
| 11:20:56 | 2 | A.   For eight years. |
| 11:20:58 | 3 | Q.   For how long have you been working for North Miami Beach? |
| 11:21:01 | 4 | A.   18 years. |
| 11:21:09 | 5 | Q.   On September 30th, 2014, were you working in the Street |
| 11:21:13 | 6 | Crimes Unit? |
| 11:21:14 | 7 | A.   Yes, sir. |
| 11:21:15 | 8 | Q.   Did you participate in the arrest of Johnny Jean on |
| 11:21:19 | 9 | September 30th, 2014? |
| 11:21:20 | 10 | A.   Yes, I did. |
| 11:21:22 | 11 | Q.   Do you see Johnny Jean in the courtroom today? |
| 11:21:24 | 12 | A.   Yes, I do. |
| 11:21:25 | 13 | Q.   Would you describe him by an article of his clothing. |
| 11:21:29 | 14 | A.   He is wearing a black long-sleeved shirt. |
| 11:21:33 | 15 | MR. EMERY:   May the record reflect that the witness |
| 11:21:35 | 16 | has identified the defendant. |
| 11:21:36 | 17 | THE COURT:   Yes. |
| 11:21:36 | 18 | BY MR. EMERY: |
| 11:21:38 | 19 | Q.   On September 30th, 2014, did you attend a briefing at the |
| 11:21:43 | 20 | North Miami Beach Police Station? |
| 11:21:44 | 21 | A.   Yes, I did. |
| 11:21:45 | 22 | Q.   Why was that? |
| 11:21:46 | 23 | A.   Detective Daise had called me on my cell phone and |
| 11:21:50 | 24 | requested my presence at a briefing upstairs in the Detention |
| 11:21:54 | 25 | Bureau Conference Room about a target that they needed the |

| | | |
|---|---|---|
| 11:21:58 | 1 | Street Crimes Unit to assist in arresting. |
| 11:22:00 | 2 | Q.  When you say "target", what do you mean? |
| 11:22:03 | 3 | A.  The defendant -- they said they had probable cause to |
| 11:22:07 | 4 | arrest an individual for aggravated stalking.  There was a |
| 11:22:11 | 5 | threat to an individual, so they wanted us to make the |
| 11:22:16 | 6 | apprehension that day. |
| 11:22:17 | 7 | Q.  You said that you were involved in the arrest of the |
| 11:22:19 | 8 | defendant. |
| 11:22:20 | 9 | Now, were you alone in the arrest of the defendant, or |
| 11:22:24 | 10 | were other officers with you? |
| 11:22:25 | 11 | A.  My Street Crimes Unit.  They're also called the Special |
| 11:22:30 | 12 | Response Team, which is the SRT Team.  It stands for Special |
| 11:22:35 | 13 | Response Team. |
| 11:22:36 | 14 | Since the subject that we were trying to locate was |
| 11:22:39 | 15 | considered armed and dangerous, they wanted to have SRT |
| 11:22:44 | 16 | operators and the vehicles with each Street Crimes detective |
| 11:22:48 | 17 | for officer safety. |
| 11:22:52 | 18 | Q.  During the briefing, were you given a photograph? |
| 11:22:55 | 19 | A.  Yes, I was. |
| 11:22:56 | 20 | Q.  Who is that photograph of? |
| 11:22:58 | 21 | A.  Of the defendant. |
| 11:22:59 | 22 | Q.  After the briefing, did you go anywhere? |
| 11:23:02 | 23 | A.  Yes, the briefing was to organize who was going to the |
| 11:23:06 | 24 | victim's house for surveillance and who was going to the |
| 11:23:09 | 25 | defendant's residence for surveillance.  I was assigned to the |

CATLIN - Direct

| | | |
|---|---|---|
| 11:23:12 | 1 | victim's house with two SRT units in the vehicle.  I headed to |
| 11:23:20 | 2 | the victim's neighborhood. |
| 11:23:22 | 3 | Q.  Who were the two SRT officers with you? |
| 11:23:26 | 4 | A.  Officer [inaudible] and Officer Alfonso. |
| 11:23:36 | 5 | Q.  With respect to your responsibilities in this operation, |
| 11:23:40 | 6 | where were you headed? |
| 11:23:42 | 7 | A.  I was headed to the victim's neighborhood. |
| 11:23:45 | 8 | Q.  Do you recall approximately the area where that was |
| 11:23:47 | 9 | located? |
| 11:23:48 | 10 | A.  Northeast 12th Avenue and 152nd Street.  The house was in |
| 11:23:54 | 11 | the 1200 block. |
| 11:23:55 | 12 | Q.  What happened on the way to the victim's residence? |
| 11:23:58 | 13 | A.  As I was leaving the station, I was advised via police |
| 11:24:02 | 14 | radio by Detective Festa and Officer Lina Diaz [phonetic] that |
| 11:24:08 | 15 | they had spotted an individual that appeared to be the |
| 11:24:12 | 16 | defendant walking southbound on 12th Avenue on the sidewalk of |
| 11:24:16 | 17 | 152nd Street. |
| 11:24:17 | 18 | Q.  What happened next? |
| 11:24:18 | 19 | A.  Prior to arriving to the area, Detective Festa stated that |
| 11:24:26 | 20 | this was the defendant that we needed to arrest.  Captain |
| 11:24:31 | 21 | Marciante came on the police radio and told Detective Festa not |
| 11:24:36 | 22 | to make the arrest. |
| 11:24:38 | 23 | Q.  Why was that?  How come he wasn't arrested?  Anything |
| 11:24:43 | 24 | happen at that time? |
| 11:24:44 | 25 | A.  Well, he walked to a bus stop, but they wanted additional |

| | | |
|---|---|---|
| 11:24:49 | 1 | units to be there just for officer safety because he is |
| 11:24:52 | 2 | supposed to be armed and dangerous. |
| 11:24:54 | 3 | Q. When the defendant was at the bus stop, what happened next? |
| 11:24:56 | 4 | A. I was advised by police radio, by Detective Festa, that a |
| 11:25:03 | 5 | county transit bus stopped at the bus stop and the defendant |
| 11:25:06 | 6 | entered the Dade County bus. |
| 11:25:08 | 7 | Q. What did you do next? |
| 11:25:09 | 8 | A. I arrived on the scene as the county bus was leaving the |
| 11:25:13 | 9 | bus stop. I did continue surveillance with the other units |
| 11:25:19 | 10 | southbound, and the defendant exited the county bus. |
| 11:25:23 | 11 | Q. Did you try to stop the bus? |
| 11:25:25 | 12 | A. No, Captain Marciante came on the police radio and said, |
| 11:25:30 | 13 | "Do not attempt to stop the bus." He didn't want a hostage |
| 11:25:35 | 14 | situation on the bus. He said, "Keep constant surveillance of |
| 11:25:39 | 15 | the bus until the defendant exits the vehicle." That was our |
| 11:25:42 | 16 | orders. |
| 11:25:43 | 17 | Q. Did the defendant exit the bus? |
| 11:25:45 | 18 | A. Yes, at Northeast 62nd Street. |
| 11:25:48 | 19 | Q. What happened next? |
| 11:25:49 | 20 | A. As the defendant exited the bus, he began to walk into a |
| 11:25:54 | 21 | parking lot, a daycare/school, which at that time Captain |
| 11:26:00 | 22 | Marciante gave the command to take the defendant into custody |
| 11:26:06 | 23 | as he was walking. |
| 11:26:11 | 24 | MR. WILCOX: Your Honor, I renew the standing |
| 11:26:14 | 25 | objection to any testimony beyond this point based on the |

CATLIN - Direct

| | | |
|---|---|---|
| 11:26:18 | 1 | arguments in my motion to suppress. |
| 11:26:21 | 2 | THE COURT:  Let's have an agreement that the defendant |
| 11:26:23 | 3 | does not waive his arguments or objections related to the |
| 11:26:28 | 4 | various motions to suppress. |
| 11:26:31 | 5 | MR. EMERY:  So agreed, Your Honor. |
| 11:26:35 | 6 | BY MR. EMERY: |
| 11:26:36 | 7 | Q.  On the Elmo, I am showing you Government's Exhibit 5A. |
| 11:26:40 | 8 | Do you recognize this? |
| 11:26:40 | 9 | A.  Yes, sir. |
| 11:26:40 | 10 | Q.  What is this? |
| 11:26:41 | 11 | A.  The entrance to the parking lot of the school/daycare where |
| 11:26:48 | 12 | the defendant exited the bus and began to walk through the |
| 11:26:53 | 13 | driveway into the parking lot. |
| 11:26:54 | 14 | Q.  What happened next when he started to pull up to the |
| 11:26:58 | 15 | entrance? |
| 11:26:59 | 16 | A.  He was in the parking lot of this school when I entered the |
| 11:27:04 | 17 | driveway with my Silverado four-door pickup truck with two SRT |
| 11:27:11 | 18 | operators.  I pulled the passenger side of the truck next to |
| 11:27:16 | 19 | the defendant since I had two SRT officers on that side.  They |
| 11:27:20 | 20 | exited the vehicle to take the defendant into custody. |
| 11:27:23 | 21 | Q.  Was the defendant taken into custody? |
| 11:27:27 | 22 | A.  Correct.  The verbal commands were given for him to lay on |
| 11:27:31 | 23 | the ground.  He began to run.  He only ran for ten feet.  At |
| 11:27:36 | 24 | that time, he dropped a bookbag and laid down to the ground, |
| 11:27:41 | 25 | and the officers handcuffed the defendant. |

CATLIN - Direct

58

| 11:27:43 | 1 | Q.  I'm showing you what has been admitted as Government's |
| 11:27:47 | 2 | Exhibit 6D. |
| 11:27:48 | 3 | Do you recognize this? |
| 11:27:48 | 4 | A.  Yes, I do. |
| 11:27:49 | 5 | Q.  What is that? |
| 11:27:50 | 6 | A.  The black bookbag that the defendant dropped right when he |
| 11:27:55 | 7 | began to run.  He laid down the bookbag on the ground. |
| 11:28:06 | 8 | Q.  Once the defendant was on the ground, what happened next? |
| 11:28:09 | 9 | A.  When he was handcuffed by an officer.  Officer Lina Diaz |
| 11:28:15 | 10 | took custody of the bag, opened up the bag, and looked inside a |
| 11:28:19 | 11 | bag.  He advised there's a 55 inside the bag, which is our term |
| 11:28:23 | 12 | for a firearm. |
| 11:28:24 | 13 | At that time, I told him do not touch the firearm.  I |
| 11:28:27 | 14 | wanted to call Agent Litras from ATF before we did anything |
| 11:28:33 | 15 | with the firearm. |
| 11:28:34 | 16 | Q.  Why did you tell them not to touch the firearm? |
| 11:28:38 | 17 | A.  We normally glove up so we don't mess up any fingerprints |
| 11:28:42 | 18 | on the firearm.  Knowing that he is a convicted felon, I wanted |
| 11:28:46 | 19 | to get with Agent Litras to make sure how she wanted to handle |
|  | 20 | it. |
| 11:28:52 | 21 | Q.  You say Agent Litras, are you talking about the case agent |
| 11:28:57 | 22 | that is seated right there? |
| 11:28:58 | 23 | A.  Yes, sir. |
| 11:28:59 | 24 | Q.  You said that Officer Lina Diaz recovered the backpack, the |
| 11:29:04 | 25 | bookbag, and found a gun inside. |

February 23, 2015

CATLIN - Direct

| 11:29:08 | 1 | Did you look inside that bookbag? |
| 11:29:11 | 2 | A.   Correct.   I told Officer Diaz to open the bag because I had |
| 11:29:17 | 3 | spoken to Agent Litras.   I saw the gun inside the bag. |
| 11:29:22 | 4 | Here is a picture of the firearm inside the bag. |
| 11:29:25 | 5 | Q.   I'm showing you what has been admitted as Government's |
| 11:29:31 | 6 | Exhibit 6E. |
|  | 7 | Do you recognize this? |
| 11:29:32 | 8 | A.   This is on the screen where we took a picture of the |
| 11:29:37 | 9 | firearm inside the bag on the screen. |
| 11:30:08 | 10 | MR. EMERY:   Your Honor, I have with me Government's |
| 11:30:10 | 11 | Exhibit 9, and the bullets are Government's Exhibit 10. |
| 11:30:14 | 12 | THE COURT:   I will ask counsel if there is any |
| 11:30:16 | 13 | objection. |
| 11:30:18 | 14 | MR. WILCOX:   No additional objection. |
| 11:30:20 | 15 | THE COURT:   Preserving his prior objections, I will |
| 11:30:26 | 16 | accept it. |
| 11:30:29 | 17 | That was Government's Exhibits 9 and 10? |
| 11:30:32 | 18 | MR. EMERY:   Yes, Your Honor. |
|  | 19 | [Government Exhibits 9 and 10 received in evidence]. |
|  | 20 | BY MR. EMERY: |
| 11:30:34 | 21 | Q.   Sir, I have put in front of you what has been admitted as |
| 11:30:37 | 22 | Government's Exhibit 9, which has been admitted into evidence. |
| 11:30:41 | 23 | Briefly, what is this? |
| 11:30:50 | 24 | A.   It is the box that has the firearm taken from the bag. |
| 11:30:55 | 25 | Agent Litras placed the firearm inside the box.   This is an |

CATLIN - Direct

60

| | | |
|---|---|---|
| 11:30:59 | 1 | evidence box. |
| 11:31:00 | 2 | Q.   Now, what about Government's 10? |
| 11:31:04 | 3 |      Do you recognize that? |
| 11:31:05 | 4 | A.   It's the ammunition that Agent Litras removed from the |
| 11:31:09 | 5 | firearm. |
| 11:31:10 | 6 | Q.   Are Government's Exhibits 9 and 10 the items that you |
| 11:31:15 | 7 | recovered at the scene on September 30th, 2014? |
| 11:31:18 | 8 | A.   Yes, it is. |
| 11:31:19 | 9 | Q.   Are these the items inside the bookbag? |
| 11:31:22 | 10 | A.   Yes, they are. |
| 11:31:23 | 11 | Q.   You said you had contracted Agent Litras. |
| 11:31:27 | 12 |      What happened next? |
| 11:31:28 | 13 | A.   Agent Litras told me to bring the firearm inside the bag to |
| 11:31:33 | 14 | the North Miami Beach Police Station.  I transported the bag in |
| 11:31:39 | 15 | my truck where I waited in the parking lot in the back until I |
| 11:31:43 | 16 | saw Agent Litras arrive. |
| 11:31:47 | 17 |      We walked into our Street Crimes Office in the |
| 11:31:50 | 18 | station, and I watched her make the gun safe and put the gun |
| 11:31:54 | 19 | inside this evidence box. |
| 11:32:15 | 20 |      MR. EMERY:  We move in Government's Exhibit 8, which |
| 11:32:17 | 21 | is the bookbag. |
| 11:32:19 | 22 |      MR. WILCOX:  No objection, Your Honor. |
| 11:32:22 | 23 |      THE COURT:  It will be received. |
| | 24 |      [Government Exhibit 8 received in evidence]. |
| 11:32:23 | 25 | BY MR. EMERY: |

CATLIN - Direct

| | | |
|---|---|---|
| 11:32:26 | 1 | Q.  I'm handing you Government's Exhibit 8. |
| 11:32:30 | 2 | Do you recognize that? |
| 11:32:30 | 3 | A.  Yes, I do. |
| | 4 | Q.  What is this? |
| 11:32:33 | 5 | A.  It's the black bookbag that the defendant dropped that |
| 11:32:37 | 6 | contained the firearm. |
| 11:34:37 | 7 | Q.  Just a few questions about the gun itself, which is |
| 11:34:42 | 8 | Government's Exhibit 9. |
| 11:34:43 | 9 | Does Government's Exhibit 9 have a serial number on |
| 11:34:45 | 10 | it? |
| 11:34:46 | 11 | A.  Yes, it does. |
| 11:34:47 | 12 | Q.  Do you recognize that serial number? |
| 11:34:49 | 13 | A.  I recognize it. |
| 11:34:52 | 14 | Q.  Why do you recognize the serial number? |
| 11:34:54 | 15 | A.  I verified the serial number that was on the firearm that |
| 11:34:58 | 16 | was on the property receipt that I signed. |
| 11:35:00 | 17 | Q.  Was it the same? |
| 11:35:01 | 18 | A.  I would have to review the property receipt to make sure |
| 11:35:05 | 19 | it's the same.  I don't remember. |
| 11:35:07 | 20 | Q.  Would looking at the property receipt refresh your |
| 11:35:10 | 21 | recollection? |
| 11:35:11 | 22 | A.  Yes, sir. |
| 11:35:42 | 23 | Q.  I'm handing you the property receipt, Government's Exhibit |
| 11:35:49 | 24 | 7. |
| 11:35:49 | 25 | What does that tell you? |

CATLIN - Direct

| | | |
|---|---|---|
| 11:35:51 | 1 | A.  It just confirms that it's the same gun, same serial |
| 11:35:54 | 2 | number, and my signature is on the property receipt from |
| 11:35:57 | 3 | impounding the firearm. |
| 11:35:59 | 4 | Q.  Thank you. |
| 11:36:32 | 5 | Did you ever speak to the defendant? |
| 11:36:33 | 6 | A.  Yes. |
| 11:36:34 | 7 | Q.  Where was that? |
| 11:36:36 | 8 | A.  In the holding cell area of North Miami Beach Police |
| 11:36:39 | 9 | Station inside an interview room. |
| 11:36:42 | 10 | Q.  Prior to speaking with him, do you know if he was read his |
| 11:36:46 | 11 | Miranda rights? |
| 11:36:47 | 12 | A.  Yes, he was, by Detective Daise, by form. |
| 11:36:52 | 13 | Q.  Was the statement that he gave you, was that recorded? |
| 11:36:56 | 14 | A.  Yes, it was. |
| 11:37:13 | 15 | MR. EMERY:  Your Honor, the government would move |
| 11:37:17 | 16 | Exhibits 11A and 11B into evidence. |
| 11:37:19 | 17 | MR. WILCOX:  No objection. |
| 11:37:21 | 18 | THE COURT:  They will be received. |
| | 19 | [Government Exhibits 11A and 11B received in |
| | 20 | evidence]. |
| 11:37:21 | 21 | BY MR. EMERY: |
| 11:37:58 | 22 | Q.  Did you have an opportunity to read parts of the |
| 11:38:01 | 23 | transcripts of the statement that the defendant gave you? |
| 11:38:03 | 24 | A.  Yes, I did. |
| 11:38:04 | 25 | Q.  Was that transcript an accurate representation of what he |

| | | |
|---|---|---|
| 11:38:07 | 1 | told you? |
| 11:38:07 | 2 | A.  Yes, it was. |
| 11:38:10 | 3 | MR. EMERY:  At this time, Your Honor, the government |
| 11:38:12 | 4 | will play 11A, which is noted in the transcript of 11B. |
| 11:38:19 | 5 | Starting at page 1. |
| 11:38:22 | 6 | [Video was played]. |
| 11:38:32 | 7 | BY MR. EMERY: |
| 11:41:27 | 8 | Q.  Before we move on to the second part of the interview, who |
| 11:41:32 | 9 | was present during that interview? |
| 11:41:35 | 10 | A.  Agent Festa, myself, and Agent Litras came in to hand him a |
| 11:41:45 | 11 | bottle of water. |
| 11:41:48 | 12 | Q.  We're going to start with the second part of the recording |
| 11:41:52 | 13 | on page 21. |
| | 14 | [Video was played]. |
| 11:41:53 | 15 | BY MR. EMERY: |
| 11:43:40 | 16 | Q.  Prior to September 30th, 2014, had you ever met the |
| 11:43:43 | 17 | defendant before? |
| 11:43:44 | 18 | A.  No, I have not. |
| 11:43:47 | 19 | MR. EMERY:  Nothing further, Your Honor. |
| 11:43:48 | 20 | THE COURT:  Mr. Wilcox, any cross-examination? |
| | 21 | CROSS EXAMINATION |
| 11:43:54 | 22 | BY MR. WILCOX: |
| 11:43:58 | 23 | Q.  Earlier in the direct examination, you mentioned that when |
| 11:44:02 | 24 | you got to the arrest site, you told everyone to leave the gun |
| 11:44:10 | 25 | alone because you wanted to contact Agent Litras. |

| | | |
|---|---|---|
| 11:44:16 | 1 | Did I get that right? |
| 11:44:18 | 2 | A.  Yes, sir. |
| 11:44:19 | 3 | Q.  Why? |
| 11:44:20 | 4 | A.  Because I'm on an ATF Task Force, and I worked several |
| 11:44:24 | 5 | cases with Agent Litras.  I have made mistakes in the past.  I |
| 11:44:29 | 6 | make sure, on any of the cases going forward, I don't make any |
| 11:44:33 | 7 | mistakes.  I wanted to call her to make sure exactly how to |
| 11:44:38 | 8 | handle a firearm. |
| 11:44:39 | 9 | Q.  When did you determine this might be a Federal firearms |
| 11:44:42 | 10 | case? |
| 11:44:43 | 11 | A.  It's really up to the U.S. Attorney's Office.  I make sure, |
| 11:44:47 | 12 | on any case, whether it's a gun case or a fraud case, that I |
| 11:44:51 | 13 | handle the case for the potential of going Federal.  It's up to |
| 11:44:55 | 14 | the U.S. Attorney's Office whether or not it's a Federal case. |
| 11:44:59 | 15 | I try to take any case I can into the Federal System. |
| 11:45:03 | 16 | Q.  So, are you saying that once you determined that Mr. Jean |
| 11:45:12 | 17 | was in possession of a firearm and he had a prior felony |
| 11:45:18 | 18 | conviction that you were concerned this had a possibility of |
| 11:45:22 | 19 | being a Federal case? |
| 11:45:23 | 20 | A.  Correct, I knew he was a convicted felon.  Just because of |
| 11:45:27 | 21 | that, I knew he had a possibility of going Federal. |
| 11:46:03 | 22 | MR. WILCOX:  Nothing further. |
| 11:46:05 | 23 | MR. EMERY:  Nothing further. |
| | 24 | THE COURT:  Thank you, sir. |
| | 25 | [Witness was excused]. |

|  | 1 | THE COURT:  Call your next witness. |
|---|---|---|
| 11:46:07 | 2 | MS. LONG:  The government calls Agent Javier Ribas. |
|  | 3 | COURT REPORTER:  Do you solemnly swear the testimony |
|  | 4 | you are about to give will be the truth, the whole truth and |
|  | 5 | nothing but the truth so help you God? |
|  | 6 | THE WITNESS:  I do. |
|  | 7 | COURT REPORTER:  Please state your full name and spell |
|  | 8 | your last name for the record. |
| 11:47:00 | 9 | THE WITNESS:  Javier Ribas, R-I-B-A-S.  I'm a Special |
| 11:47:04 | 10 | Agent. |
|  | 11 | JAVIER RIBAS, GOVERNMENT'S WITNESS, SWORN |
|  | 12 | DIRECT EXAMINATION |
| 11:47:06 | 13 | BY MS. LONG: |
|  | 14 | Q.  Where are you currently employed? |
|  | 15 | A.  I'm a special agent with ATF. |
| 11:47:07 | 16 | Q.  How long have you been with ATF? |
| 11:47:10 | 17 | A.  Seven years. |
| 11:47:11 | 18 | Q.  What did you do before ATF? |
| 11:47:13 | 19 | A.  Deputy United States Marshal. |
| 11:47:15 | 20 | Q.  What are your general duties and responsibilities as a |
| 11:47:17 | 21 | special agent? |
| 11:47:18 | 22 | A.  As a special agent, I enforce Federal regulations. |
| 11:47:27 | 23 | Q.  Would you please tell the Judge your involvement in this |
| 11:47:29 | 24 | case. |
| 11:47:29 | 25 | A.  I was requested by Special Agent Litras of ATF to conduct |

RIBAS - Direct

| | | |
|---|---|---|
| 11:47:34 | 1 | an interstate nexus examination. |
| 11:47:36 | 2 | Q.  What is an interstate nexus examination? |
| 11:47:39 | 3 | A.  It's an examination of a firearm or ammunition in this case |
| 11:47:42 | 4 | to determine if the firearm or ammunition traveled in |
| 11:47:45 | 5 | interstate or foreign commerce. |
| 11:47:51 | 6 | Q.  What do you mean by "interstate or foreign commerce"? |
| 11:47:53 | 7 | A.  The product, the firearm, may cross state lines or |
| 11:47:58 | 8 | international lines in order to enter the State of Florida. |
| 11:48:01 | 9 | Q.  Do you have any special training in firearms? |
| 11:48:05 | 10 | A.  Yes, I attended various training at ATF, as well as prior |
| 11:48:10 | 11 | to ATF, I had firearms training with the United States Marshal |
| 11:48:13 | 12 | Service as well. |
| 11:48:14 | 13 | Q.  What is your educational background? |
| 11:48:17 | 14 | A.  I graduated from Florida International University. |
| 11:48:21 | 15 | Q.  With what kind of a degree? |
| 11:48:23 | 16 | A.  A bachelor's degree. |
| 11:48:26 | 17 | Q.  What kind of training did you have in ATF? |
| 11:48:29 | 18 | A.  I was certified as an interstate nexus expert by ATF.  I |
| 11:48:35 | 19 | attended a course. |
| 11:48:36 | 20 | Q.  How long was that course? |
| 11:48:38 | 21 | A.  Approximately a week. |
| 11:48:41 | 22 | Q.  Was any of that training designed to help you identify |
| 11:48:45 | 23 | firearms and ammunition? |
| 11:48:46 | 24 | A.  Yes. |
| 11:48:47 | 25 | Q.  Have you completed any courses that dealt with determining |

RIBAS - Direct

11:48:51    1    whether firearms or ammunition travel in or affect interstate

11:48:55    2    or foreign commerce?

11:48:56    3    A.   Yes, ma'am.

            4    Q.   What did you do in your examination of a firearm?

11:49:33    5    A.   I examine the markings, and I do further researching with

11:49:38    6    my reference collection or electronic reference collection to

11:49:43    7    determine where the particular firearm was manufactured.

11:49:45    8    Q.   What kind of things are you looking for in this process?

11:49:48    9    A.   The manufacturer, serial number, marks, caliber, the model

11:49:55   10    number.

11:49:55   11    Q.   You mentioned some resources available to you when you're

11:49:59   12    examining the firearm.

11:50:00   13         What are these resources?

11:50:04   14    A.   Personal weapons collection.  I have numerous books that

11:50:08   15    assist me to determine where the firearm was manufactured, as

11:50:12   16    well as I have a reference collection.

11:50:14   17    Q.   Does this process differ for ammunition?

11:50:17   18    A.   It's the same way, ma'am.

11:50:19   19    Q.   Have you ever testified as an expert in Federal Court in

11:50:23   20    the field of identification, classification, and origination of

11:50:26   21    the firearms?

11:50:26   22    A.   Yes.

11:50:28   23    Q.   Have you ever been qualified as an expert in Federal Court

11:50:30   24    in that area?

11:50:32   25    A.   Yes, ma'am.

RIBAS - Direct

| | | |
|---|---|---|
| 11:50:33 | 1 | Q.  Have you ever failed to qualify? |
| 11:50:35 | 2 | A.  No, ma'am. |
| 11:50:36 | 3 | MS. LONG:  At this time, we tender the witness as an |
| 11:50:39 | 4 | expert in identification, classification, and origination of |
| 11:50:44 | 5 | firearms and ammunition. |
| 11:50:46 | 6 | THE COURT:  Any voir dire? |
| 11:50:48 | 7 | MR. WILCOX:  Yes, Your Honor, voir dire. |
| 11:50:50 | 8 | THE COURT:  You may proceed. |
| 11:50:51 | 9 | BY MR. WILCOX: |
| 11:51:06 | 10 | Q.  Agent, when you said you examine the firearm for the make |
| 11:51:12 | 11 | and origination, what did you mean? |
| 11:51:13 | 12 | A.  I put on my gloves, I looked at every single marking on the |
| 11:51:18 | 13 | firearm.  I examine the slide, the frame, receiver.  I look up |
| 11:51:22 | 14 | the serial number. |
| 11:51:23 | 15 | From there, I can actually trace the firearm to see |
| 11:51:26 | 16 | who was the manufacturer of the firearm.  With that |
| 11:51:28 | 17 | information, I can determine, for example, if it's a Smith & |
| 11:51:33 | 18 | Wesson manufactured in Massachusetts.  In this case, I believe |
| 11:51:36 | 19 | it's a Hi-Point firearm manufactured in Ohio. |
| 11:51:39 | 20 | Off the markings, I can see -- I am able to see by the |
| 11:51:43 | 21 | serial number and the markings that it was manufactured outside |
| 11:51:47 | 22 | the State of Florida. |
| 11:51:48 | 23 | MR. WILCOX:  No further questions, Your Honor. |
| 11:51:50 | 24 | THE COURT:  You may proceed. |
| 11:51:51 | 25 | BY MS. LONG: |

RIBAS - Direct

| | | |
|---|---|---|
| 11:52:01 | 1 | Q.  Did you use your expertise to investigate a firearm in this |
| 11:52:07 | 2 | case involving Johnny Jean? |
| 11:52:07 | 3 | A.  Yes. |
| 11:52:16 | 4 | Q.  I'm handing you what has already been admitted into |
| 11:52:20 | 5 | evidence as Government's Exhibit 9. |
| 11:52:43 | 6 | Do you recognize Exhibit 9? |
| 11:52:44 | 7 | A.  Yes, ma'am. |
| 11:52:45 | 8 | Q.  How do you recognize it? |
| 11:52:47 | 9 | A.  It's a Hi-Point Model C9, nine-millimeter, Luger |
| 11:52:54 | 10 | semi-automatic pistol. |
| 11:52:56 | 11 | Q.  Have you had an opportunity to examine this gun before |
| 11:53:03 | 12 | coming in today? |
| 11:53:04 | 13 | A.  Yes, ma'am. |
| 11:53:05 | 14 | Q.  Is it in the same or substantially the same condition as |
| 11:53:09 | 15 | when you examined it? |
| 11:53:11 | 16 | A.  Yes, ma'am. |
| 11:53:12 | 17 | Q.  P1648457.  Can you read the serial number off of that |
| 11:53:18 | 18 | firearm now? |
| 11:53:19 | 19 | A.  Yes, Papa 164-8457. |
| 11:53:42 | 20 | Q.  Where was it manufactured? |
| 11:53:43 | 21 | A.  It shows that it comes from the Ohio plant in Mansfield. |
| 11:53:56 | 22 | It states that the firearm [inaudible]. |
| 11:53:58 | 23 | Q.  Who manufactured this firearm? |
| 11:54:01 | 24 | A.  Hi-Point Firearms. |
| 11:54:02 | 25 | Q.  Does Hi-Point manufacture any firearms in the State of |

RIBAS - Direct

| | | |
|---|---|---|
| 11:54:05 | 1 | Florida? |
| 11:54:06 | 2 | A.  No, ma'am. |
| 11:54:15 | 3 | Q.  Can you tell me how this weapon works. |
| 11:54:18 | 4 | A.  It's a semi-automatic pistol.  Every time you pull the |
| 11:54:22 | 5 | trigger is a chain reaction, which sends an explosive.  The |
| 11:54:26 | 6 | ammunition inside the chamber is hit by a firing pin, which |
| 11:54:32 | 7 | leads to the projectile being expelled. |
| 11:54:35 | 8 | Q.  Do you have any opinion as to whether this is a firearm as |
| 11:54:42 | 9 | defined by law? |
| 11:54:45 | 10 | A.  Yes, ma'am. |
| 11:54:46 | 11 | Q.  What is it defined as? |
| 11:54:48 | 12 | A.  A firearm under Federal law. |
| 11:54:49 | 13 | Q.  Based on your examination, do you have an opinion as to |
| 11:54:52 | 14 | whether this firearm was manufactured outside the State of |
| 11:54:54 | 15 | Florida? |
| 11:54:54 | 16 | A.  Yes. |
| 11:54:55 | 17 | Q.  What is your opinion? |
| 11:54:56 | 18 | A.  It was manufactured in the State of Ohio. |
| 11:55:05 | 19 | Q.  I'm handing you Government's Exhibit 10. |
| 11:55:10 | 20 | Do you recognize that? |
| 11:55:17 | 21 | A.  Yes, ma'am. |
| 11:55:22 | 22 | Q.  What is it? |
| 11:55:24 | 23 | A.  It is seven rounds of Winchester nine-millimeter caliber |
| 11:55:29 | 24 | ammunition. |
| 11:55:30 | 25 | Q.  Have you had an opportunity to examine this ammunition |

RIBAS - Direct

| | | |
|---|---|---|
| 11:55:34 | 1 | before coming to court today? |
| 11:55:36 | 2 | A.  Yes, ma'am. |
| 11:55:37 | 3 | Q.  Is it in the same or substantially same condition as when |
| 11:55:39 | 4 | you examined it? |
| 11:55:40 | 5 | A.  Yes, ma'am. |
| 11:55:40 | 6 | Q.  Are you satisfied that this is the ammunition you examined |
| 11:55:45 | 7 | in your report? |
| 11:55:46 | 8 | A.  Yes, ma'am. |
| 11:55:46 | 9 | Q.  What did you do during that examination? |
| 11:55:49 | 10 | A.  I examined each round by looking at their head stamp, which |
| 11:55:55 | 11 | allows me to identify the actual caliber. |
| 11:55:58 | 12 | Q.  Agent, can I stop you for a minute. |
| 11:56:01 | 13 | Can you shift left a little bit.  Thank you.  Now we |
| 11:56:07 | 14 | can see it. |
| 11:56:09 | 15 | What did you do? |
| 11:56:10 | 16 | A.  I looked at the head stamp of each round of ammunition. |
| 11:56:13 | 17 | That allows me to determine the manufacturer and also the |
| 11:56:17 | 18 | caliber of these rounds of ammunition. |
| 11:56:20 | 19 | Q.  Were you able to determine the manufacturer? |
| 11:56:22 | 20 | A.  Yes. |
| 11:56:24 | 21 | Q.  Who manufactured these bullets? |
| 11:56:26 | 22 | A.  Winchester. |
| 11:56:28 | 23 | Q.  Were you able to determine where these rounds were actually |
| 11:56:31 | 24 | made? |
| 11:56:32 | 25 | A.  Yes, ma'am. |

RIBAS - Direct

| | | |
|---|---|---|
| 11:56:32 | 1 | Q.  Where? |
| 11:56:33 | 2 | A.  In the Stale of Illinois or Mississippi. |
| 11:56:36 | 3 | Q.  How do you know that? |
| 11:56:38 | 4 | A.  By my electronic reference collection as well as my |
| 11:56:42 | 5 | research. |
| 11:56:43 | 6 | Q.  Does Winchester have a plant in Florida to make ammunition? |
| 11:56:49 | 7 | A.  No, ma'am. |
| 11:56:50 | 8 | Q.  Can you tell us how this ammunition works. |
| 11:56:53 | 9 | A.  It is made up of four components; the primer, the cartridge |
| 11:56:58 | 10 | shell, the propellant, and the projectile.  The primer is |
| | 11 | struck by a firing pin, which starts a chain reaction of the |
| | 12 | projectile. |
| 11:57:08 | 13 | Q.  What you have there in your hand, are those the |
| 11:57:12 | 14 | projectiles? |
| 11:57:13 | 15 | A.  It's the whole ammunition.  The projectile is the bullet at |
| 11:57:17 | 16 | the end. |
| 11:57:18 | 17 | Q.  It's a multi-part -- |
| 11:57:20 | 18 | A.  Yes. |
| 11:57:21 | 19 | Q.  Do you have an opinion of whether Exhibit 10 is ammunition |
| 11:57:25 | 20 | as defined by Federal law? |
| 11:57:26 | 21 | A.  Yes, ma'am. |
| 11:57:27 | 22 | Q.  What is that opinion? |
| 11:57:28 | 23 | A.  It is defined as ammunition by Federal law. |
| 11:57:31 | 24 | Q.  Based on your examination, do you have an opinion as to |
| 11:57:35 | 25 | whether this ammunition was manufactured outside the State of |

| | | |
|---|---|---|
| 11:57:37 | 1 | Florida? |
| 11:57:38 | 2 | A.   Yes, ma'am. |
| 11:57:38 | 3 | Q.   What is that opinion? |
| 11:57:40 | 4 | A.   It was manufactured in the State of Illinois or |
| 11:57:44 | 5 | Mississippi. |
| 11:57:47 | 6 | MS. LONG:   No further questions at this time. |
| 11:57:50 | 7 | THE COURT:   Cross-examination. |
| | 8 | CROSS EXAMINATION |
| 11:57:50 | 9 | BY MR. WILCOX: |
| 11:58:11 | 10 | Q.   Good morning again, Agent Ribas.   How are you? |
| 11:58:17 | 11 | A.   Good, Mr. Wilcox. |
| 11:58:19 | 12 | Q.   I understand you testified that you attended a class for |
| 11:58:24 | 13 | about a week, and you have a reference book where you can look |
| 11:58:27 | 14 | up where these gun manufacturers are located. |
| 11:58:32 | 15 | Am I right so far? |
| 11:58:33 | 16 | A.   Yes, that's part of my training.   I have done an extensive |
| 11:58:39 | 17 | amount of other training. |
| 11:58:40 | 18 | Q.   What kind of other training? |
| 11:58:42 | 19 | A.   For example, I have gone to various ammunition plants and I |
| 11:58:45 | 20 | have seen how ammunition is made from the raw material to the |
| 11:58:49 | 21 | final product. |
| 11:58:49 | 22 | I have been to firearms manufacturers.   For example, |
| 11:58:53 | 23 | Taurus in Miami, Florida, Kel-Tec, and I have seen how it's |
| 11:58:57 | 24 | made from a piece of plastic to the shelf.   I have seen how |
| 11:59:01 | 25 | they test fire, how the barrels are made, how the pressure |

11:59:05   1    testing is made on barrels.

11:59:06   2            It's an extensive course that I have taken.

11:59:11   3    Q.  You mentioned Kel-Tec.  That's in Cocoa Beach, correct?

11:59:16   4    A.  That is correct, sir.

11:59:18   5    Q.  With this particular firearm, this is a Hi-Point?

11:59:23   6    A.  That's correct.

11:59:25   7    Q.  Hi-Point has a plant in Mansfield, Ohio?

11:59:28   8    A.  Yes.

11:59:30   9    Q.  You believe that this particular gun was produced in

11:59:34   10   Mansfield, Ohio; is that right?

11:59:36   11   A.  Yes, sir.

11:59:37   12   Q.  You're not suggesting that, in any way, Mr. Jean had

11:59:40   13   anything to do with the gun coming from Mansfield, Ohio to

11:59:45   14   Florida, correct?

11:59:45   15           MS. LONG:  Objection, relevance.

11:59:48   16           THE COURT:  Overruled.

11:59:50   17           THE WITNESS:  All I'm testifying to is that that

11:59:52   18   firearm was manufactured in the State of Ohio, and it traveled

11:59:56   19   in some type of commerce in order to get to Florida.  I don't

12:00:00   20   know how it got into your client's hand.

12:00:02   21   BY MR. WILCOX:

12:00:04   22   Q.  I don't mean to be offensive or anything, but basically,

12:00:08   23   you're able to tell that it says Hi-Point on the gun, right?

12:00:16   24   A.  No, sir.  It takes a lot of research to do these firearms.

12:00:20   25   I look at the firearms.  I've examined numerous firearms in my

| | | |
|---|---|---|
| 12:00:24 | 1 | past, and I have done research to determine that that firearm |
| 12:00:28 | 2 | was manufactured outside the State of Florida. |
| 12:00:30 | 3 | In addition, once we trace the serial number, it tells |
| 12:00:33 | 4 | me that the firearm was manufactured in Ohio and brought to the |
| 12:00:37 | 5 | State of Florida through some type of commerce to be sold to |
| 12:00:41 | 6 | the first seller. |
| 12:00:43 | 7 | Q.  Could you tell us when that firearm was manufactured? |
| 12:00:45 | 8 | A.  I don't recall.  I don't have that information in front of |
| 12:00:48 | 9 | me, sir.  I can provide that information later on if you want |
| 12:00:51 | 10 | me to. |
| 12:00:52 | 11 | MR. WILCOX:  No further questions. |
| 12:00:58 | 12 | MS. LONG:  No redirect, Your Honor. |
| 12:01:03 | 13 | THE COURT:  You may be excused. |
| | 14 | [Witness was excused]. |
| 12:01:08 | 15 | MS. LONG:  At this time, the government rests. |
| 12:01:12 | 16 | THE COURT:  Anything from the defendant? |
| 12:01:14 | 17 | MR. WILCOX:  One moment, Your Honor. |
| 12:03:40 | 18 | No evidence from the defense, Your Honor. |
| 12:03:41 | 19 | THE COURT:  All right.  Closing arguments? |
| 12:03:44 | 20 | MR. EMERY:  Yes, Your Honor. |
| 12:03:44 | 21 | Your Honor, this is a straightforward case.  It's a |
| 12:03:47 | 22 | case about a gun.  Nothing more, nothing less.  You heard from |
| 12:03:52 | 23 | my colleague, Ms. Long, at the beginning of the trial this |
| 12:03:57 | 24 | morning on what the government would prove.  We have done that |
| 12:04:00 | 25 | beyond a reasonable doubt. |

| 12:04:01 | 1 | We have proven to Your Honor that, on September 30th, |
| 12:04:04 | 2 | 2014, the defendant, Johnny Jean, was a previously convicted |
| 12:04:10 | 3 | felon.  On September 30th, 2014, he knowingly possessed that |
| 12:04:16 | 4 | Hi-Point nine-millimeter firearm, which was loaded with the |
| 12:04:20 | 5 | bullets. |
| 12:04:20 | 6 | Your Honor, here on the Elmo, I have the elements |
| 12:04:25 | 7 | which we discussed, which was going to be a jury instruction. |
| 12:04:29 | 8 | So briefly -- |
| 12:04:31 | 9 | THE COURT:  I know the elements. |
| 12:04:35 | 10 | MR. EMERY:  Okay, thank you, Your Honor. |
| 12:04:37 | 11 | Just for my reference, with respect to the second |
| 12:04:40 | 12 | element, Your Honor, we have Government's 19, which is the |
| 12:04:43 | 13 | stipulation.  There is no dispute that the defendant was a |
| 12:04:47 | 14 | convicted felon prior to September 30th, 2014.  I can go ahead |
| 12:04:52 | 15 | and check that element. |
| 12:04:53 | 16 | The other part of element one is that the firearm or |
| 12:04:59 | 17 | ammunition traveled in interstate or foreign commerce.  Well, |
| 12:05:03 | 18 | you just heard the testimony of Special Agent Ribas that |
| 12:05:07 | 19 | Government's Exhibit 9, which is the Hi-Point firearm, was |
| 12:05:10 | 20 | manufactured in the State of Ohio. |
| 12:05:13 | 21 | Hi-Point does not have any manufacturing plants in the |
| 12:05:17 | 22 | State of Florida.  Therefore, based on his expert opinion, this |
| 12:05:21 | 23 | firearm traveled in interstate commerce prior to |
| 12:05:25 | 24 | September 30th, 2014. |
| 12:05:30 | 25 | Also, the same with respect to Government's Exhibit |

12:05:33   1   10, which is the Winchester bullets.  You heard Special Agent
12:05:37   2   Ribas testify that those bullets were manufactured outside the
12:05:40   3   State of Florida.
12:05:41   4        It was his expert opinion that, prior to
12:05:43   5   September 30th, 2014, those bullets traveled from outside the
12:05:49   6   State of Florida into the State of Florida.
12:05:54   7        Really, Your Honor, that takes us then to whether or
12:05:57   8   not the defendant knowingly possessed the firearm.  Well, we
12:06:04   9   know that -- it was perfectly easy to prove.
12:06:09  10        You heard from the defendant's own words himself in
12:06:11  11   the two taped confessions.  The defendant admitted to having a
12:06:16  12   gun.
12:06:16  13        He also admitted, in those confessions, that he was a
12:06:21  14   previously convicted felon.
12:06:22  15        He also confessed that he knew that the gun was
12:06:26  16   loaded.  You have that transcript before Your Honor.  It is
12:06:31  17   plain as day that he knew that he possessed that gun on
12:06:34  18   September 30th, 2014.
12:06:41  19        Your Honor, also from the 911 calls that Ms. Stevens
12:06:46  20   -- that we heard through her testimony, and Your Honor has a
12:06:49  21   copy of those and the transcripts.
12:06:51  22        For example, in Exhibit 1B, the person who called the
12:06:58  23   operator identified the defendant, Johnny Jean.  Also, that he
12:07:04  24   was there at the house and that he was going to kill us.
12:07:10  25        The second call, Your Honor, Ms. Theophil is the one

| | | |
|---|---|---|
| 12:07:18 | 1 | that actually made the call, based on the call that was made |
| 12:07:22 | 2 | and the information that was recorded. |
| 12:07:23 | 3 | Also in that second transcript, which is Government's |
| 12:07:26 | 4 | Exhibit 1C, the caller, who is Ms. Theophil, said, "He said |
| 12:07:32 | 5 | he's going to come in the house and he's going to shoot up the |
| 12:07:35 | 6 | house." Again, Your Honor, obviously referring to the gun that |
| 12:07:38 | 7 | the defendant had on his person. |
| 12:07:42 | 8 | We also know from the voicemails, Your Honor -- I'm |
| 12:07:46 | 9 | not going to go through all of those.  Your Honor has those in |
| 12:07:50 | 10 | the exhibits, Exhibit 2B. |
| 12:07:57 | 11 | We know from telephone message 32, which I will go |
| 12:08:02 | 12 | ahead and put up on the Elmo, he says at the end of 32, "Watch |
| 12:08:11 | 13 | out how I shoot that fuck ass house up.  You gonna see." |
| 12:08:25 | 14 | I will refer you to another text -- |
| 12:08:34 | 15 | THE COURT:  I have seen them.  That was an hour ago. |
| 12:08:41 | 16 | I saw it. |
| 12:08:42 | 17 | MR. EMERY:  Thank you. |
| | 18 | With respect to that text message, he says, "I'm gonna |
| | 19 | shoot you in the f'ing face."  Your Honor saw that text message |
| | 20 | also.  He made reference to the gun. |
| 12:08:42 | 21 | We have the testimony of Detective Festa who testified |
| 12:08:48 | 22 | that, on September 30th, he was involved in the arrest of the |
| 12:08:48 | 23 | defendant, that he had on him this bookbag, and inside that |
| 12:08:54 | 24 | bookbag was the loaded Hi-Point nine-millimeter, and that he |
| 12:08:59 | 25 | found that gun.  First, it was Officer Lina Diaz who first saw |

| | | |
|---|---|---|
| 12:09:04 | 1 | it.  He identified it as a gun. |
| 12:09:07 | 2 | Detective Catlin looked in the bookbag, saw the gun |
| 12:09:12 | 3 | inside, and it was then transferred to Agent Litras, who made |
| 12:09:16 | 4 | it safe. |
| 12:09:22 | 5 | Your Honor, based on all of this, the government |
| 12:09:25 | 6 | submits that there is overwhelming evidence of the defendant's |
| 12:09:28 | 7 | guilt and that he is guilty as charged in the indictment. |
| 12:09:32 | 8 | Thank you. |
| 12:09:33 | 9 | THE COURT:  Thank you. |
| 12:09:34 | 10 | Mr. Wilcox? |
| 12:09:38 | 11 | MR. WILCOX:  As I stated at the outset, Your Honor, |
| 12:09:44 | 12 | the reason we proceeded in this fashion, and I mean proceeded |
| 12:09:50 | 13 | without a jury and having a bench trial, is because Mr. Jean is |
| 12:09:57 | 14 | preserving his motion to suppress.  He would like to appeal |
| 12:10:01 | 15 | Judge Bloom's ruling. |
| 12:10:03 | 16 | Mr. Jean maintains that there was no probable cause |
| 12:10:05 | 17 | for his arrest, that at the most there was only reasonable |
| 12:10:09 | 18 | suspicion for him to be patted down.  There shouldn't have been |
| 12:10:13 | 19 | a search of his bag because there shouldn't have been an |
| 12:10:19 | 20 | arrest.  The theory that this was a valid search incident to |
| 12:10:23 | 21 | arrest is invalid, and we want to preserve that. |
| 12:10:28 | 22 | Secondly, Your Honor, we would make the constitutional |
| 12:10:32 | 23 | argument that the interstate nexus is insufficient for the |
| 12:10:37 | 24 | government to assert personal jurisdiction over Mr. Jean. |
| 12:10:43 | 25 | Mr. Jean had nothing to do with this firearm being transported |

| | | |
|---|---|---|
| 12:10:50 | 1 | from Ohio to Florida.  The government can't tell you even what |
| 12:10:58 | 2 | date this firearm was manufactured. |
| 12:11:01 | 3 | For Mr. Jean to be held responsible for a Federal |
| 12:11:04 | 4 | offense for some firearm that traveled from Ohio to Florida, |
| 12:11:10 | 5 | God knows when, is beyond the scope of the clause.  I know that |
| 12:11:16 | 6 | existing case law is not on my side with respect to that, but I |
| 12:11:20 | 7 | know that at least two Supreme Court Justices share my view on |
| 12:11:26 | 8 | that.  We would preserve that issue as well. |
| 12:11:29 | 9 | Thank you, Your Honor. |
| 12:11:30 | 10 | THE COURT:  Thank you, sir. |
| 12:11:31 | 11 | I'm going to render my verdict.  I find beyond a |
| 12:11:35 | 12 | reasonable doubt the following facts: |
| 12:11:38 | 13 | First, before September 30th, 2014, the defendant, |
| 12:11:41 | 14 | Johnny Jean, had been convicted of a felony, that is a crime |
| 12:11:45 | 15 | punishable by a term of imprisonment exceeding one year.  I |
| 12:11:50 | 16 | base that finding on the stipulation as well as the recorded |
| 12:11:55 | 17 | conversations involving Mr. Jean and his admission that he is a |
| 12:12:02 | 18 | convicted felon. |
| 12:12:03 | 19 | I also find that, on September 30th, 2014, the |
| 12:12:08 | 20 | defendant, Johnny Jean, not only possessed both the firearm, |
| 12:12:13 | 21 | the Hi-Point nine-millimeter handgun, which was manufactured in |
| 12:12:18 | 22 | Ohio and possessed by Mr. Jean in the Southern District of |
| 12:12:22 | 23 | Florida, and seven rounds of Winchester ammunition, which was |
| 12:12:28 | 24 | manufactured in Illinois or Mississippi -- it doesn't make any |
| 12:12:32 | 25 | difference which state it is -- and they were possessed by |

| | | |
|---|---|---|
| 12:12:36 | 1 | Mr. Jean in the Southern District of Florida on the date in |
| 12:12:38 | 2 | question. |
| 12:12:40 | 3 | Therefore, both the firearm and the seven rounds of |
| 12:12:43 | 4 | ammunition either traveled or were transported in interstate |
| 12:12:48 | 5 | commerce prior to his possession.  I base that on the testimony |
| 12:12:54 | 6 | of the expert, Mr. Ribas. |
| 12:12:59 | 7 | I find that the defendant, Mr. Jean, knowingly |
| 12:13:04 | 8 | possessed a firearm on the date in question, September 30th, |
| 12:13:11 | 9 | 2014.  I base that finding, to a great extent, upon his own |
| 12:13:16 | 10 | admissions. |
| 12:13:16 | 11 | On at least two occasions, he admitted to possessing a |
| 12:13:26 | 12 | firearm on September 20th, and it is also supported by the |
| 12:13:30 | 13 | eyewitness testimony of Detective Craig Catlin and Detective |
| 12:13:34 | 14 | George Festa. |
| 12:13:35 | 15 | In addition, if there is any need for any additional |
| 12:13:39 | 16 | evidence, which I don't think there is, the other evidence that |
| 12:13:43 | 17 | supports that finding is the defendant's own statements, his |
| 12:13:47 | 18 | texts and recorded phone calls to the victim and the victim's |
| 12:13:55 | 19 | family. |
| 12:13:56 | 20 | Therefore, I find that the defendant, Johnny Jean, has |
| 12:14:00 | 21 | committed the crime charged in the indictment.  He is a felon |
| 12:14:03 | 22 | in possession of a firearm and ammunition that traveled in and |
| 12:14:09 | 23 | affected interstate commerce. |
| 12:14:10 | 24 | Therefore, I adjudge the defendant, Johnny Jean, |
| 12:14:14 | 25 | guilty of the crime charged in the indictment, in violation of |

| | | |
|---|---|---|
| 12:14:19 | 1 | Title 18, United States Code, Section 922(g)(1) and 924(e)(1). |
| 12:14:24 | 2 | I will set the sentencing date at a later time, about |
| 12:14:31 | 3 | 70 days from today.  If there is a conflict for the date that |
| 12:14:36 | 4 | we set it for, just let us know and we will reschedule it for |
| | 5 | another date. |
| | 6 | Anything else at this time? |
| 12:14:39 | 7 | THE DEFENDANT:  All I want to say, Your Honor, is this |
| 12:14:42 | 8 | case has been sabotaged, and everybody knows that.  I was |
| 12:14:47 | 9 | supposed to be arrested for aggravated stalking.  The officer |
| 12:14:51 | 10 | took that case and threw it in the trash can and charged me |
| 12:14:56 | 11 | with possession of a firearm. |
| 12:14:58 | 12 | They went into my bag and searched my bad with no |
| 12:15:00 | 13 | probable cause or warrant or anything like that.  Due to the |
| 12:15:02 | 14 | fact that you found me guilty, I would like to waive my PSI and |
| 12:15:09 | 15 | you can sentence me right now. |
| 12:15:11 | 16 | THE COURT:  I think I need a pre-sentence |
| 12:15:13 | 17 | investigation report in this. |
| 12:15:15 | 18 | If the parties decide that you want to do an abridged |
| 12:15:20 | 19 | version, I will consider that as well.  I think we need some |
| 12:15:24 | 20 | form of pre-sentence investigation report.  Whether it's a full |
| 12:15:29 | 21 | report or a partial report, I will leave that to the parties to |
| 12:15:33 | 22 | discuss.  If you want to make that recommendation, I will |
| 12:15:36 | 23 | consider it. |
| 12:15:38 | 24 | THE DEFENDANT:  No, sentence me right now. |
| 12:15:40 | 25 | THE COURT:  No, I have to get some report.  You can |

| | | |
|---|---|---|
| 12:15:44 | 1 | discuss that with Mr. Wilcox.  I will need a full PSI or an |
| 12:15:51 | 2 | abridged version of that. |
| 12:15:52 | 3 | Anything else? |
| 12:15:54 | 4 | MR. WILCOX:  No, Your Honor. |
| 12:15:54 | 5 | MS. LONG:  No, Your Honor. |
| 12:15:56 | 6 | THE COURT:  Thank you. |
| 12:15:59 | 7 | Mr. Jean, I appreciate the fact that you have saved |
| 12:16:02 | 8 | the Court and everybody some time by waiving your right to a |
| 12:16:05 | 9 | trial by jury.  You preserved your right to challenge the |
| 12:16:15 | 10 | Court's earlier ruling with regard to the motion to suppress. |
| 12:16:18 | 11 | THE DEFENDANT:  So I can challenge the motion to |
| 12:16:26 | 12 | suppress? |
| 12:16:28 | 13 | THE COURT:  Yes, you have preserved your right to |
| 12:16:31 | 14 | challenge the motion to suppress. |
| 12:16:34 | 15 | THE DEFENDANT:  Thank you.  I appreciate it. |
| | 16 | THE COURT:  Thank you all. |
| 12:16:35 | 17 | [Proceedings concluded at 12:16 p.m.] |
| | 18 | |
| | 19 | |
| | 20 | |
| | 21 | |
| | 22 | |
| | 23 | |
| | 24 | |
| | 25 | |

C E R T I F I C A T E

I hereby certify that the foregoing is an accurate transcription of proceedings in the above-entitled matter.

/S/ ROBIN MARIE DISPENZIERI

_____        _____
    DATE                ROBIN MARIE DISPENZIERI, RPR
                        Official Federal Court Reporter
                        United States District Court
                        Wilkie D. Ferguson Federal Courthouse
                        400 N. Miami Avenue, Ste. 8S67
                        Miami, FL  33128 - 305.523.5659
                        Email:  Rdispenzieri@gmail.com

**A**

able 4:15,20 9:10 15:1,25 19:15 25:11
  28:9 32:14 45:23 68:20 71:19,23
  74:23
about 7:22 9:6,14 13:8 14:18 15:11,22
  20:17 27:1 32:13,24 33:18 36:22
  47:9 48:17 52:12 53:25 58:21 60:2
  61:7 65:4 73:13 75:22 82:2
above-entitled 84:3
abridged 82:18 83:2
accept 59:16
accuracy 18:22
accurate 17:10 19:6 26:16 49:20
  62:25 84:2
accurately 31:9
acknowledge 28:21
across 48:2
acting 33:14,20 34:3,5,9
actual 13:9 71:11
actually 9:21 13:15 15:9 16:5,7 22:8
  27:24 40:22 43:24 45:23 49:10 51:4
  68:15 71:23 78:1
addition 75:3 81:15
additional 45:22 55:25 59:14 81:15
address 21:23
adjudge 81:24
admission 80:17
admissions 81:10
admit 18:8 26:19 29:1 49:23 52:2
admits 10:8
admitted 9:19,20 31:13 33:11 39:4
  58:1 59:5,21,22 69:4 77:11,13
  81:11
admitting 44:6
adverse 5:18
advised 13:18 55:13 56:4 58:11
affect 5:22 6:14 67:1
affected 81:23
affirm 41:19
afraid 34:19,20 35:5,11
after 4:5 9:4,17 23:22 24:21 43:20
  45:19 54:22
again 23:12 73:10 78:6
agent 58:14,19,21,21 59:3,25 60:4,11
  60:13,16 63:10,10,25 64:5 65:2,10
  65:15,21,22,25 68:10 71:12 73:10
  76:18 77:1 79:3
aggravated 10:19,20 42:19 54:4 82:9
ago 78:15
agree 11:9 51:17
agreed 24:1 57:5
agreement 19:6 57:2
agrees 5:25
ahead 8:6 19:9 20:11 23:5 31:18 34:7
  44:20 76:14 78:12
ain't 8:3,7 19:10 21:1,3,3 33:15
alcohol 6:11
Alfonso 55:4
Allen 2:3 11:20 12:2,3
allow 10:22,22 51:12
allowed 7:16 14:11
allows 71:11,17
alone 5:7 54:9 63:25
along 13:18 17:8 24:11 31:18 47:14,22
  47:19 69:4
alternate 36:1
Amendment 4:14
America 1:4 51:16
ammunition 7:20 9:16 52:1 60:4 66:3
  66:4,23 67:1,17 68:5 70:6,24,25
  71:6,16,18 72:6,8,15,19,23,25 73:19
  73:20 76:17 80:23 81:4,22
amount 73:17
another 7:3 45:18,20 78:14 82:5
answer 8:24 15:9,13 40:25
answered 19:19
answering 8:9
anything 14:6 33:22 46:6 47:13,21
  50:13 55:23 58:14 74:13,22 75:16
  82:6,13 83:3
anywhere 29:15 35:12 54:22
apart 14:16
apologize 7:4 35:16 48:15
appeal 4:16,20,21 5:11,18,20,23 6:23
  6:24 10:25 79:14
APPEARANCES 1:12

appeared 55:15
appellate 5:11
applied 51:24
appreciate 5:24 83:7,15
apprehension 54:6
approach 16:9 18:14 46:16
approximately 12:13 55:8 66:21
area 11:7 24:2,25 26:2,6,16 27:5 33:6
  43:1,22 44:2 46:4 55:8,19 62:8
  67:24
argue 11:2,5
argument 79:23
arguments 57:1,3 75:19
armed 45:17 54:15 56:2
around 8:3 9:23 21:1,7,13 43:13
arrest 9:10,17 10:18,20 13:5,9 27:25
  46:19 50:25 51:2,4 53:8 54:4,7,9
  55:20,22 63:24 78:22 79:17,20,21
arrested 9:13 10:5 50:5 55:23 82:9
arresting 54:1
arrive 43:24 60:16
arrived 26:2 56:8
arriving 55:19
article 53:13
asked 15:13 32:12 42:15
asking 18:18 29:23
ass 8:5 20:1,21,21,22 21:6,7 78:13
assault 36:11
assert 79:24
assigned 12:10 54:25
assist 54:1 67:15
assistance 4:24
ATF 58:14 64:4 65:15,16,18,25 66:10
  66:11,17,18
attempt 24:1,3,5 56:13
attempting 25:10
attend 53:19
attended 66:10,19 73:12
Attorney's 1:15 64:11,14
audio 17:8,10 28:13 29:16
available 67:11
Avenue 1:24 27:2 43:25 44:13 55:10
  55:16 84:16
average 38:4
aware 23:25
away 26:4
A-L-L-E-N 12:2
A.F.P.D 1:18
a.m 1:7 38:14
A.U.S.A 1:14,14

**B**

B 18:8 39:2 48:11
Baby 33:20
bachelor's 66:16
back 7:2 11:15 28:8 60:15
background 13:7 66:13
backpack 7:18 9:13,14 10:6 46:9
  49:11 58:24
backup 46:11
back-up 11:2
bad 34:8 82:12
bag 10:23 46:7,7,8,8,9 47:14,14,20,21
  49:5,6,8,15,19 58:10,10,11,11 59:2
  59:3,4,9,24 60:1,13,14 79:19 82:12
barrels 73:25 74:1
base 80:16 81:5,9
based 15:12 24:4,16 56:25 70:13
  72:24 76:22 78:1 79:5
basically 74:22
battery 12:17
Beach 12:7,8 28:8 37:16,17 38:10
  41:20 52:22 53:3,20 60:14 62:8
  74:3
become 13:1 42:13
before 1:10 8:6 9:7 21:6,7 32:1,2
  39:14 40:5 46:4,6 50:15 58:14 63:8
  63:17 65:18 69:11 71:1 77:16 80:13
began 8:10 56:20 57:12,23 58:7
beginning 75:23
behind 25:24 27:19
being 6:22 9:25 16:23 24:19 33:2,16
  33:23 36:1 38:22 64:19 70:7 79:25
believe 10:19,24 43:5 47:16 68:18
  74:9
believes 10:16
belonged 47:24

belonging 47:22
bench 1:10 4:15 6:20,25 7:1 13:5
  79:13
best 10:21
Better 8:5,5 21:6
between 7:24 36:1
beyond 47:8 51:19 56:25 75:25 80:5
  80:11
big 34:5
binder 31:20
bit 71:13
bitch 20:21
black 9:15 45:7 46:7,8 47:14 49:5,11
  53:14 58:6 61:5
block 9:6 55:11
Bloom 4:24 10:24
Bloom's 79:15
book 73:13
bookbag 51:8 57:24 58:6,7,25 59:1
  60:9,21 61:5 78:23,24 79:2
books 47:23 67:14
both 4:16 13:19 23:25 80:20 81:3
bottle 63:11
bottom 4:3
Boulevard 1:19
box 59:24,25 60:1,19
boyfriend 8:20 13:20,23 14:7 24:20
  27:11
breaking 7:23
brief 35:22
briefing 24:11,21 42:22 53:19,24
  54:18,22,23
briefly 59:23 76:8
bring 8:5 21:6,6 60:13
brother's 9:22
brought 75:4
Broward 1:19 12:19
bullet 72:15
bullets 7:21 59:11 71:21 76:5 77:1,2,5
Bureau 33:25
burglaries 42:5
bus 9:6,7,8,9,12 24:25 25:1,4,11,12,25
  26:15 44:14,18,19,19 45:3,24 46:2
  46:3,5,6,10,11,12,15 55:25 56:3,5,5
  56:6,8,9,10,11,13,14,15,17,20 57:12
business 20:17
button-down 45:7
button-up 27:19

**C**

C 1:10 18:8 20:6 39:2 48:11 84:1,1
caliber 67:9 70:23 71:11,18
call 8:19 9:1 11:19,20 15:13,17 20:6
  20:21,22 32:22 38:20,24 39:8,12,14
  39:15,21,23 40:3,3 41:6 58:14 64:7
  65:1 77:25 78:1,1
called 8:17,19 46:11 53:23 54:11
  77:22
caller 78:4
calling 15:3,19 32:14
calls 8:23 10:3 14:13,20 15:12 32:20
  36:20 37:22,23,24 38:4,7,21 40:14
  41:7 42:23 52:9 65:2 77:19 81:18
Calm 34:9
came 4:19 15:1 23:19 28:2 34:6 46:2,4
  46:4 55:21 56:12 63:10
captain 25:17 46:18 55:20 56:12,21
car 27:24 45:18,20 46:24
care 10:13 50:13
carrying 9:20,23 46:6 49:5,15
cartridge 72:9
case 1:3 6:3 42:18,21,22 43:7 58:21
  64:10,12,12,13,14,15,19 65:24
  66:3 68:18 69:2 75:21,22 80:6 82:8
  82:10
cases 36:8 64:5,6
Catlin 2:13 47:2 49:9 51:9 52:10,17
  52:18 79:2 81:13
cause 10:19 54:3 79:16 82:13
CD 16:21 17:25 30:19
cell 14:10,11 29:17,19,23 30:8 32:13
  32:22 53:23 63:8
Certainly 44:17
Certificate 2:19
certified 66:18
certify 84:2
chain 70:5 72:11

challenge 83:9,11,14
chamber 7:21 70:6
chance 33:2 22:13 28:5 30:19 31:8
characterize 33:16,23 34:12
charge 36:11,12
charged 79:7 81:21,25 82:10
charges 9:24
check 76:15
checking 47:19
church 9:10 26:8,14,25 46:21,23 47:3
  48:25 49:1
Circuit 11:1
circumstances 5:17
City 12:7 37:7,16,17 38:10 41:20,23
  52:22
claim 40:22
class 73:12
classification 67:20 68:4
clause 80:5
clearing 13:15
clemency 51:25
client 35:14 48:16 50:3
client's 74:20
climb 8:18
clip 31:23
close-up 49:1
Closing 75:19
clothing 53:13
Cocoa 74:3
Code 82:1
colleague 75:23
collection 67:6,6,14,16 72:4
come 8:4,11 21:2 35:4 42:18 45:20
  55:23 78:5
comes 32:23 69:21
coming 8:6 14:16 15:12,13 32:20
  43:20 69:12 71:1 74:13
command 56:22
commands 57:22
commerce 66:5,6 67:2 74:19 75:5
  76:17,23 81:5,23
committed 81:21
communication 25:9,25
compare 18:3 22:20
compelled 66:25
components 72:9
concerned 64:18
concluded 83:17
condition 69:14 71:3
conditions 6:14
conduct 65:25
conducting 32:12
Conference 53:25
confers 35:14
confessed 77:15
confessions 4:20 77:11,13
confirm 45:21
confirms 62:1
conflict 82:3
consent 29:24
consider 82:19,23
considered 54:15
constant 56:14
constitutional 5:15 79:22
contact 23:24 32:4 35:1,18 63:25
contacted 13:2 24:9
contacts 15:7
contained 61:6
contains 19:2
CONTENTS 2:1
continue 56:9
continued 26:1 46:11
contracted 60:11
CONT'D 3:1
conversation 13:17 14:17,18 40:18
  50:9
conversations 80:17
convicted 7:15 9:25 36:13 51:21 58:18
  64:20 76:2,14 77:14 80:14,18
conviction 64:18
coordinator 13:2,14,18
copy 15:21 29:5,8 30:6 77:21
corner 22:5,11 44:13 46:21,22
correct 6:9 30:13 32:25 43:10 51:5,18
  57:22 59:2 64:20 74:3,4,6,14
Corrections 12:20
corresponds 22:7
counsel 4:5 35:14 51:17 59:12

**count** 9:25
**county** 56:5,6,8,10
**couple** 11:8 47:5
**course** 4:23 10:2 11:12 66:19,20 74:2
**courses** 66:25
**court** 1:1,22,23 4:3,9,11,18,22,23 5:2
5:6,7,10,14,17,22,25 6:2,8,11,14,17
6:21 7:7,14 8:13,15 10:12 11:8,10
11:15,17,19,21,25 13:6,10 14:2,4
16:10 18:9,11,15,18,21 19:5,22,24
22:22,24 23:3,14 26:20,22 27:22
29:4,9 30:2,4,6 31:13,18,22 32:8
35:15,23 36:6,11,15,17,21,25 37:13
37:19 38:2 39:2,4,11 40:8 41:4,6,9
41:13 44:8,17 45:10,12 47:9 48:5
48:11,17,19 49:24 50:3,7,11,12
51:12,13,21 52:4,11,15 53:17 57:2
59:12,15 60:23 62:18 63:20 64:24
65:1,3,7 67:19,23 68:6,8,24 71:1
73:7 74:16 75:13,16,19 76:9 78:15
79:9 80:7,10 82:16,25 83:6,8,13,16
84:15,15
**Courthouse** 1:23 84:16
**courtroom** 27:16 45:6 53:11
**Court's** 6:21 18:19 83:10
**cousin** 20:16
**Craig** 2:13 52:9,17,18 81:13
**crazy** 34:3,5
**crime** 11:3 24:11 51:21 80:14 81:21
81:25
**Crimes** 24:9 42:2,4 52:24,25 53:6 54:1
54:11,16 60:17
**cross** 26:9 32:8,10 40:8,9 50:19 63:21
66:7 73:8
**crossed** 11:4 46:3
**cross-examination** 2:5,9,12,15,18
63:20 73:7
**crusty** 20:17
**current** 12:8,16 41:21
**currently** 12:10 42:1 65:14
**custody** 25:10,19,21 26:1,3,7 27:4,11
27:13 56:22 57:20,21 58:10
**C-A-T-L-I-N** 52:17
**C9** 69:9

**D**

**D** 1:23 18:8 84:16
**Dade** 56:6
**Daise** 2:3 11:20 12:2,3 13:8 19:14 21:9
23:16,18 36:16 42:14 53:23 62:12
**dangerous** 54:15 56:2
**Dardon** 13:3
**dark** 27:19
**DARYL** 1:18
**Daryl_wilcox@fd.org** 1:20
**date** 80:2 81:1,8 82:2,3,5 84:14
**day** 8:5 9:23 12:23 13:15 21:3,10 32:5
36:17 38:5 42:14 43:19 49:21 50:16
54:6 77:17
**daycare/school** 56:21
**days** 82:3
**dealt** 42:19 66:25
**decide** 5:9 6:3,4,7 82:18
**decided** 25:12
**decision** 4:7 23:24
**decisions** 5:11,18 6:23
**defendant** 1:8,18 5:1,9,13,16,20,24
6:6,10,13,16 7:15,17,23,25 9:5,9,12
9:17,24 10:11 22:13 24:1,12,13,15
24:25 25:10,19 26:7 27:6,21 28:5
28:10,21 29:12,19 31:16 32:1,4
45:14 46:10,12,17,20 47:15 50:5,10
50:15 51:16,20,24 53:16 54:3,8,9
54:21 55:16,20 56:3,5,10,15,17,20
56:22 57:2,12,19,20,21,25 58:6,8
61:5 62:5,23 63:17 75:16 76:2,13
77:8,11,23 78:7,23 80:13,20 81:7
81:20,24 82:7,24 83:11,15
**defendant's** 8:25 10:7 28:19 29:17
30:8 51:17 54:25 77:10 79:6 81:17
**Defender's** 1:19
**defense** 35:14 75:18
**defined** 70:9,11 72:20,23
**degree** 66:15,16
**Department** 12:7,9 37:7,9 38:11
41:20,24 52:22
**depiction** 49:20

**Deputy** 65:19
**describe** 53:13
**description** 2:23 3:3 24:12 44:1
**designed** 66:22
**desire** 5:14
**detective** 11:20 12:11 19:14 21:9
23:16,18 25:15 36:16,17 41:7,22,23
42:14 47:2 49:9 50:15,23,24,25
51:9,9 52:9,24,25 53:23 54:16
55:14,19,21 56:4 62:12 78:21 79:2
81:13,13
**detectives** 24:18 47:5
**Detention** 53:24
**determine** 40:20 64:9 66:4 67:7,15
68:17 71:17,19,23 75:1
**determined** 64:16
**determining** 66:25
**Diaz** 55:14 58:9,24 59:2 78:25
**differ** 67:17
**difference** 44:19 80:25
**different** 30:25
**diploma** 47:22,24 48:2 49:19
**dire** 7:5 68:6,7
**direct** 2:4,8,11,14,17 12:4 37:4 41:17
52:19 63:23 65:12
**direction** 26:1
**directly** 34:20
**discs** 30:25
**discuss** 4:6 82:22 83:1
**discussed** 5:2 42:22 76:7
**discussion** 4:5
**disk** 17:16 30:24 31:6
**dispatcher** 37:10,21
**DISPENZIERI** 1:22 84:13,14
**dispute** 76:13
**distance** 26:3
**District** 1:1,1,11,23 80:22 81:1 84:15
**DIVISION** 1:2
**dog** 20:3
**doing** 5:10 19:12 47:17
**domestic** 12:16,17 42:19 43:8
**done** 20:16 40:20 73:16 75:1,24
**doubt** 47:7 51:19 75:25 80:12
**down** 9:8 11:13 29:18 34:9 35:12
43:25 44:15 47:19 57:24 58:7 79:18
**downstairs** 7:2
**driver's** 43:6
**driveway** 57:13,17
**driving** 43:25
**dropped** 57:24 58:6 61:5
**drove** 43:12
**drugs** 6:11
**Due** 15:12 82:13
**during** 8:2,16 14:12,17,20 15:20 29:12
35:1 38:6 42:24 54:18 63:9 71:9
**duties** 12:14 42:3 65:20
**D-A-I-S-E** 12:2
**D.A.V.I.D** 24:17

**E**

**E** 1:19 84:1,1
**each** 21:24 22:2 33:20 34:3 54:16
71:10,16
**earlier** 9:14 42:14 43:21 63:23 83:10
**east** 27:7
**easy** 77:9
**Eddington** 24:10
**educational** 66:13
**effect** 34:20
**eight** 37:16 53:2
**either** 50:9 81:4
**electronic** 67:6 72:4
**element** 76:12,15,16
**elements** 43:7 76:6,9
**Eleventh** 11:1
**ELLIOT** 1:18
**Elmo** 21:15 29:7 48:4 57:7 76:6 78:12
**email** 1:16,20,25 15:25 17:24 84:17
**emergency** 37:23 38:4
**Emery** 11:24 28,14 36:20 37:5,14,18
37:20 39:7,13,24 40:7 41:3 52:9,20
53:15,18 57:5,6 59:10,18,20 60:20
60:25 62:15,21 63:3,7,15,19 64:23
75:20 76:10 78:17
**employed** 52:21 65:14
**end** 10:10 72:16 78:12
**enforce** 65:22

**enforcement** 12:18 42:7
**enough** 11:12 18:18 45:17
**enter** 66:8
**entered** 47:3 56:6 57:16
**entire** 30:21,22,24
**entrance** 57:11,15
**erred** 10:24
**even** 19:11 80:1
**evening** 38:8
**events** 7:22
**ever** 23:6 32:1,4 34:19,19 40:5 50:15
50:25 62:5 63:16 67:19,23 68:1
**every** 18:16 68:12 70:4
**everybody** 13:7 82:8 83:8
**everyone** 63:24
**evidence** 2:22 3:2 5:8 18:13 23:3
26:23 28:2 29:10 30:5 31:14 33:11
39:6,10 44:9 48:22 50:2 52:8 59:19
59:22 60:11,19,24 62:16,20 69:5
75:18 79:6 81:16,16
**exactly** 40:19 43:7 64:7
**examination** 2:4,6,8,11,14,17 12:4
32:10,12 35:24 37:4 40:9 41:17
50:19 52:19 63:21,23 65:12 66:1,2
66:3 67:4 70:13 71:9 72:24 73:8
**examine** 67:5 68:10,13 69:11 70:25
**examined** 69:15 71:4,6,10 74:25
**example** 67:17 73:19,22 77:22
**exceeding** 80:15
**Except** 52:5
**Excuse** 50:11
**excused** 36:19 41:4,5 64:25 75:13,14
**exhibit** 3:4,5,6,7,9,12,14 19:22,23
21:17 23:12 26:10,19,23,25 28:15
29:1,5,10 30:1,5 31:11,14 33:7 34:1
38:16 44:5,7,9,11 48:7 49:13 51:14
52:2,8 57:7 58:2 59:6,11,11,22
60:20,24 61:1,8,9,23 69:5,6 70:19
72:19 76:19,25 77:22 78:4,10
**exhibits** 2:21,22,24 3:1,2,8,10,11,13
3:15 16:12 18:8,12 30:15 39:2,5
48:13,14,21 50:2 59:17,19 60:6
62:16,19 78:10
**existing** 80:6
**exit** 56:17
**exited** 56:10,20 57:12,20
**exits** 56:15
**expelled** 70:7
**experience** 12:18 36:4,8 42:7
**expert** 66:18 67:19,23 68:4 76:22 77:4
81:6
**expertise** 69:1
**explain** 32:18
**explosive** 70:5
**extensive** 73:16 74:2
**extent** 81:9
**eye** 43:23
**eyes** 16:7
**eyewitness** 81:13
**e-mail** 21:22,22
**e-mailed** 21:12
**e-mails** 22:2

**F**

**F** 84:1
**face** 8:12 78:19
**Facial** 45:11
**fact** 13:4 15:12 82:14 83:7
**facts** 51:18 80:12
**failed** 68:1
**fair** 17:10 26:16 33:8 36:1 49:20
**fairly** 31:8
**family** 8:16 35:18,19 81:19
**far** 25:24 73:15
**fashion** 79:12
**father** 35:19
**FEBRUARY** 1:7
**Federal** 1:19,22,23 11:3,6 64:9,13,14
64:15,19,21 65:22 67:19,23 70:12
72:20,23 80:3 84:15,16
**feet** 27:7 57:23
**felon** 7:15 9:25 36:13 58:18 64:20
76:3,14 77:14 80:18 81:21
**felony** 51:23 64:17 80:14
**Ferguson** 1:23 84:16
**Festa** 2:10 25:15 41:8,15,16,19,23

50:15,22,25 55:14,19,21 56:4 63:10
78:21 81:14
**few** 61:7
**field** 67:20
**final** 73:21
**find** 10:11 47:21,21 80:11,19 81:7,20
**finding** 6:21 80:16 81:9,17
**fingerprints** 58:17
**finish** 36:6
**fire** 73:25
**firearm** 4:21 7:18 10:1,5 11:3 36:12
58:12,13,15,16,18 59:4,9,24,25 60:5
60:13 61:6,15 62:3 64:8,17 66:3,4,7
67:4,7,12,15 68:10,13,15,16,19 69:1
69:18,22,23 70:8,12,14 74:5,18
75:1,4,7 76:4,16,19,23 77:8 79:25
80:2,4,20 81:3,8,12,22 82:11
**firearms** 52:1 64:9 66:9,11,23 67:1,21
68:5 69:24,25 73:22 74:24,25,25
**fired** 34:16
**firing** 70:6 72:11
**first** 4:6 11:19 13:1 20:10,12,12 38:22
42:13 46:21 47:1 75:6 78:25,25
80:13
**fit** 44:1
**five** 7:8
**FL** 1:16,20,24 84:17
**Florida** 1:1,6 66:8,14 68:22 70:1,15
72:6 73:1,23 74:14,19 75:2,5 76:22
77:3,6,6 80:1,4,23 81:1
**follow** 25:12,19
**followed** 9:8
**following** 25:24 46:11 51:18 80:12
**Force** 64:4
**foregoing** 84:2
**foreign** 66:5,6 67:2 76:17
**form** 28:13,16,21 29:6,24,25 62:12
82:20
**format** 21:24
**Fort** 1:20
**forward** 64:6
**found** 9:4,5 10:5 47:22 58:25 78:25
82:14
**four** 72:9
**four-door** 57:17
**frame** 68:13
**fraud** 64:12
**from** 9:6 10:4 14:10 17:25 19:18 21:19
21:22 22:1,2,12 23:22,24 30:17 31:5
32:14 38:24 58:14 59:24 60:4 62:2
66:14 68:15 69:21 73:20,24 74:13
75:16,18,22 77:5,10,19 78:8,11
80:1,4 82:3
**front** 59:21 75:8
**fuck** 20:21 78:13
**fucking** 21:1
**full** 11:25 36:25 41:13 52:15 65:7
82:20 83:1
**further** 32:7 35:21 36:16 40:20 41:2,3
50:18 51:10 63:19 64:22,23 67:5
68:23 73:6 75:11

**F'ing** 8:12 78:19
**F-E-S-T-A** 41:15

**G**

**game** 20:1,14
**games** 20:3,4
**gang** 42:5
**Gardens** 37:9
**gate** 8:18
**gave** 9:18 46:19 56:22 62:13,23
**general** 27:5 65:20
**George** 2:10 41:7,15,16 81:14
**gets** 32:22
**girlfriend** 8:1
**give** 5:15 11:11,22 36:22 41:10 46:18
52:12 65:4
**given** 13:4 54:18 57:22
**glove** 58:17
**gloves** 68:12
**go** 7:2 8:6 13:5 19:9 20:11 23:5 25:3
26:1,3 31:18 33:12 34:7 40:16 43:1
44:20 54:22 76:14 78:9,11
**God** 11:23 36:23 41:11 52:13 65:5
80:5
**goes** 39:9
**going** 6:4 8:4,4,6,7,11,11,13 10:2,3

19:9,10,11 20:1,2,3,5,6,8,11,12,18
20:18 21:1,2,3,3 24:8 25:17 27:2
34:21 35:4,5,11 39:8,21 44:23 46:2
54:23,24 63:12 64:6,13,21 76:7
77:24 78:5,5,9 80:11
**gone** 20:23 73:19
**gonna** 78:13,18
**good** 13:6 36:17 40:11,12 45:4,21
73:10,11
**gotten** 9:21
**government** 1:13 2:24 3:4,5,6,7,8,9,10
3:11,12,13,14,15 5:25 6:20 18:12
26:23 29:10 30:5 31:14 36:20 39:5
41:7 44:6,9 48:21 50:2 52:8 59:19
60:24 62:15,19 63:3 65:2 75:15,24
79:5,24 80:1
**Government's** 12:3 16:12 21:17 26:10
26:19,25 28:15 29:1 30:1,15 31:11
33:7 37:3 38:16 39:22 41:16 44:5
44:11 49:13 52:18 57:7 58:1 59:5
59:10,11,17,22 60:2,6,20 61:1,8,9
61:23 65:11 69:5 70:19 76:12,19,25
78:3
**graduated** 66:14
**granted** 10:25
**great** 81:9
**ground** 47:4,13 57:23,24 58:7,8
**guess** 20:11,18
**guilt** 5:8 79:7
**guilty** 10:11 79:7 81:25 82:14
**gun** 7:16 9:14,20,22,22 10:9,17 58:25
59:3 60:18,18 61:7 62:1 63:24
64:12 69:11 73:14 74:9,13,23 75:22
77:12,15,17 78:6,20,25 79:1,2
**guns** 7:23
**gunshot** 8:21

H

**hair** 45:11
**hand** 11:21 63:10 72:13 74:20
**handcuffed** 47:15 57:25 58:9
**handed** 16:12
**handgun** 80:21
**handing** 61:1,23 69:4 70:19
**handle** 4:23 58:19 64:8,13
**handled** 4:24
**hands** 50:4
**happen** 28:7 44:22 55:24
**happened** 24:21 27:25 31:9 45:19
46:1 55:12,18 56:3,19 57:14 58:8
60:12
**having** 6:3 13:20 14:17 19:20 48:15
51:19 77:11 79:13
**head** 71:10,16
**headed** 24:10 55:1,6,7
**hear** 10:3,3,4,7 15:17,18 20:23,25
33:22
**heard** 8:21,25 19:19 21:10 34:5 40:19
75:22 76:18 77:1,10,20
**held** 24:10 80:3
**help** 11:23 36:23 41:11 42:15 52:13
65:5 66:22
**helping** 42:17
**her** 8:2,16,20,24,24 9:6 13:20,23 14:2
14:7,10,11,13,18,23 15:7,13 16:3,5
21:22 22:1 24:6,19 25:2 27:11
32:12,19 35:1,5,11,18,19 60:18
64:7 77:20
**herself** 8:19
**Hey** 20:21
**highly** 11:7
**him** 4:3,14 8:18 9:4,7,11,13,13,14
10:18,20 22:15 23:25 24:5,19 25:10
25:19,25 26:4,5 27:6,16 28:9 29:23
45:4 46:19 47:19 50:13 53:13 57:22
58:13 62:10 63:10 78:23 79:18
**himself** 77:10
**history** 11:4
**hit** 70:6
**Hi-Point** 7:19 9:15 68:19 69:9,24,25
74:5,7,23 76:4,19,21 78:24 80:21
**ho** 20:1,18,21,22
**holding** 62:8
**home** 21:3,4
**Honor** 4:1,8,13 5:24 6:1,19 7:4 8:14
10:10,15 11:14,18 13:4,12 18:10,16
18:25 19:4 26:21 29:2,8 30:3 31:15

32:9 35:16,22 36:5,10,14 37:11,18
39:3,7 40:7 44:7 48:3,15,18 49:25
50:1,10 51:6 52:7 56:24 57:5 59:10
59:18 60:22 62:15 63:3,19 68:7,23
75:12,17,18,20,21 76:1,6,10,12 77:7
77:16,19,20,25 78:6,8,9,19 79:5,11
79:22 80:9 82:7 83:4,5
**HONORABLE** 1:10
**hopefully** 7:9 43:22
**hostage** 56:13
**hour** 14:19 78:15
**hours** 6:12
**house** 3:8,9 4:2,3,5,6,22 20:8,25 21:1
21:2,2,3 25:2,4 44:23 45:1 47:23
54:24 55:1,10 77:24 78:5,6,13
**HUCK** 1:10
**hurt** 33:21

I

**ID** 45:21
**identification** 2:22 3:2 16:13 24:17
26:10 27:9 30:1 38:15 44:4 49:13
49:18 51:15 67:20 68:4
**identified** 24:19 27:21 53:16 77:23
79:1
**identify** 40:13 48:4 66:22 71:11
**illegal** 10:18
**Illinois** 72:2 73:4 80:24
**immediate** 23:24
**impose** 4:22
**impounding** 62:3
**imprisonment** 51:22 80:15
**inaudible** 19:12 45:8 55:4 69:22
**incarcerated** 6:8
**incident** 79:20
**incidents** 42:6
**INDEX** 2:21 3:1
**indicate** 15:3 27:18
**indicated** 5:2,6
**indictment** 9:24 10:11 79:7 81:21,25
**individual** 21:24 22:2 54:4,5 55:15
**information** 24:16,23,24 40:16,17,23
43:3 68:17 75:8,9 78:2
**initial** 35:1
**initialed** 16:17 30:18
**initialling** 28:25
**initially** 13:19 32:19
**innocence** 5:8
**inside** 49:10,19 51:8 58:10,11,25 59:1
59:3,4,9,25 60:9,13,19 62:9 70:6
78:23 79:3
**instructed** 25:17
**instruction** 76:7
**instructions** 15:13
**insufficient** 11:5 79:23
**international** 66:8,14
**interstate** 11:5 66:1,2,5,6,18 67:1
76:17,23 79:23 81:4,23
**interview** 19:20 22:13 29:12 30:12,21
35:1 62:9 63:8,9
**interviewed** 9:17 22:15
**invalid** 79:21
**investigate** 42:5 69:1
**investigation** 12:23 40:20 42:11,13,18
82:17,20
**Investigations** 12:10
**investigative** 38:2
**involved** 12:23 13:1 42:11,13 54:7
78:22
**involvement** 65:23
**involving** 69:2 80:17
**issue** 6:22 10:25 11:2,9 14:6 47:7 80:8
**issues** 4:16 13:20
**items** 60:6,9

J

**J** 1:14
**Jasmine** 13:22 14:3
**Javier** 2:16 65:2,9,11
**Jean** 1:7 4:6,7,13,25 6:21 8:17 9:1,6
10:5,16 11:6 12:24 14:1 34:16,21
35:11 40:5 42:11 43:1,4,13,18 44:1
45:23 47:4,13 49:15 50:11,25 51:21
53:8,11 64:16 69:2 74:12 76:2
77:23 79:13,16,24,25 80:3,14,17,20
80:22 81:1,7,20,24 83:7
**Jean's** 32:18

**job** 40:23
**Johnny** 1:7 8:17 9:1,6 10:5 12:23 14:1
15:7 20:6 32:15,18,20 33:1,2 34:21
35:11 40:5 42:11 43:1,3,13,18 44:1
47:4 49:15 51:20 58:3,11 69:2 76:2
77:23 80:14,20 81:20,24
**Johnny's** 22:12
**Judge** 1:10 4:12,12,24,25 10:24 48:8
65:23 79:15
**Judges** 11:8
**jurisdiction** 11:6 79:24
**jury** 4:1,4 5:3,7,15,22 6:3,3,6,22 7:3
44:20 51:18 76:7 79:13 83:9
**just** 4:4 8:21 11:12 16:12 19:5,9 26:4
27:9 32:20 33:5 34:6,15 36:15 37:8
40:17 45:18 46:15 50:11,23 56:1
61:7 62:1 64:20 76:11,18 82:4
**Justices** 80:7

K

**keep** 13:10 36:15 50:7 56:14
**Kel-Tec** 73:23 74:3
**keys** 47:23
**kill** 8:7 19:9 77:24
**killed** 20:2,11,13
**kind** 20:14 46:8 66:15,17 67:8 73:18
**knew** 64:20,21 77:15,17
**know** 11:8 15:18 19:11 20:7,17,22
22:7 25:11 30:16 34:3,4 40:13
43:16 44:22 47:1,24 48:1 49:8 51:8
62:10 72:3 74:20 76:9 77:9 78:8,11
80:5,7 82:4
**knowing** 9:25 58:18
**knowingly** 76:3 77:8 81:7
**knowledge** 25:3
**knows** 80:5 82:8

L

**laid** 57:24 58:7
**last** 6:8,12 7:17,25 23:8 37:1 41:14
45:10 52:16 65:8
**later** 16:1 22:13 28:5 75:9 82:2
**Lauderdale** 1:20
**Lavette** 2:7 36:20 37:2,3
**law** 7:23 11:7 12:18 42:7 51:21 70:9
70:12 72:20,23 80:6
**lawyer** 50:12
**lay** 57:22
**leads** 70:7
**learn** 20:18,19
**least** 8:2 80:7 81:11
**leave** 25:17 43:21 63:24 82:21
**leaving** 55:13 56:8
**led** 7:22
**left** 8:2 9:22 22:11 71:13
**less** 14:19 75:22
**let** 23:10,23 30:16 33:15 82:4
**let's** 7:22 16:14 17:1 19:21 33:14,15
33:20,20,22 34:3,4,9 36:6 57:2
**license** 43:6
**lightening** 20:23
**like** 6:24 8:3,10 18:16 20:23 26:3
32:22 51:11 79:14 82:13,14
**limitations** 4:17 5:13,21
**Lina** 55:14 58:9,24 78:25
**line** 2:23,23 3:3,3 19:8,21,25 20:9,20
20:20,24 21:5 33:12,19 34:2
**lines** 11:4 21:13 66:7,8
**lineup** 43:5
**list** 16:17
**listen** 14:11 15:14 23:23
**listened** 8:25 19:14
**Litras** 58:14,19,21 59:3,25 60:4,11,13
60:16 63:10,25 64:5 65:25 79:3
**little** 71:13
**live** 50:8
**lived** 25:1
**loaded** 7:18,18,19 9:15,15 76:4 77:16
78:24
**locate** 24:1,5 54:14
**located** 55:9 73:14
**location** 43:12,14 44:22
**long** 1:14 2:4,6,11,17 6:1,18,19 7:4,11
7:15 8:14,16 10:12 11:14,18,20
12:5,12 13:8,12,13 14:5,18 16:9,11
18:8,14,16,19 19:3,7,13,23,25 21:4
21:15,16 22:25 23:15 26:19,24

27:20,23 29:1,6,11 30:7 31:11,15
31:20,23,25 32:7,12 35:22,25 36:7
36:14,16 41:7,18,23 44:10,15,21
45:9,13 47:12 48:3,6,9,23 49:23
50:14,18 51:11,14 52:25 53:3 65:2
65:13,16 66:20 68:3,25 73:6 74:15
75:12,15,23 83:5
**longer** 6:3
**long-sleeved** 53:14
**look** 9:1 17:1,12,20 17:13 30:16 31:8
45:4,21 49:10 52:5 59:1 68:13
73:13 74:25
**looked** 49:16 58:10 68:12 71:16 79:2
**looking** 32:17 43:18 61:20 67:8 71:10
**lot** 9:10 26:8,14 27:3,7 46:21,23,25
47:3 48:25 56:21 57:11,13,16 60:15
74:24
**love** 20:15,15
**Luger** 69:9

M

**mad** 34:10,10
**made** 4:19 5:11 6:23 23:24 35:1 47:10
64:5 71:24 72:9 73:20,24,25 74:1
78:1,1,20 79:3
**magazine** 7:21
**Magistrate** 4:25
**main** 6:22
**maintains** 79:16
**make** 5:10 10:13 11:3,5 23:25 24:1,3,5
27:10 35:15 44:19 52:5 54:5 55:22
58:19 60:18 61:18 64:6,6,7,11
68:10 72:6 79:22 80:24 82:22
**making** 34:5
**Mansfield** 69:21 74:7,10,13
**manufacture** 69:25
**manufactured** 67:7,15 68:18,19,21
69:20,23 70:14,18 71:21 72:25 73:4
74:18 75:2,4,7 76:20 77:2 80:21
80:24
**manufacturer** 67:9 68:16 71:17,19
**manufacturers** 73:14,22
**manufacturing** 76:21
**many** 14:15 38:4
**map** 44:22
**Marcianite** 46:18 55:21 56:12,22
**MARIE** 1:22 84:13,14
**marked** 2:22 3:2 38:15 44:4 51:14
**marking** 68:12
**markings** 67:5 68:20,21
**marks** 67:9
**Marshal** 65:19 66:11
**Massachusetts** 68:18
**material** 73:20
**matter** 84:3
**may** 4:22 7:13,14 16:9,10 18:14 27:20
29:18 35:22,23 51:18 53:15 66:7
68:8,24 75:13
**maybe** 23:21 38:6
**ma'am** 41:4 67:3,18,25 68:2 69:7,13
69:16 70:2,10,21 71:2,5,8,25 72:7
72:21 73:2
**mean** 15:15,15 54:2 66:6 68:11 74:22
79:12
**means** 24:24
**meet** 13:15
**meeting** 8:24 14:12
**member** 35:19
**memorialize** 35:8,10
**mental** 6:14
**mentioned** 30:12 63:23 67:11 74:3
**merely** 43:12
**mess** 58:17
**message** 19:7,14,16,21,25 20:9,20,24
21:5,24 32:17 33:12,18 34:2 78:11
78:18,19
**messages** 8:10,23 10:4 14:10,11,24
15:4,21 17:5,16,17,24,25 19:2 21:9
21:18 23:1,11,16,18 24:4 32:13,14
33:6,9 36:1 42:23 43:8
**met** 13:14 15:20 32:1 40:5 50:15
63:16
**Miami** 1:2,6,16,24,24 12:7,8 28:8 37:7
37:9,16,17 38:10 41:20,24 52:22
53:3,20 60:14 62:8 73:23 84:16,17
**microphone** 4:9 35:15 37:13 50:8
**middle** 30:10

might 13:5 64:9
mind 13:11 50:7
Mine 39:18
minute 4:6 71:12
minutes 7:9,12 9:4 14:16,19
Miranda 29:6 62:11
Mississippi 72:2 73:5 80:24
mistakes 64:5,7
model 67:9 69:9
moment 29:2 37:18 51:6 75:17
MONDAY 1:7
more 8:23,23 11:12 23:9 34:1 51:22
75:22
morning 7:24 39:25 40:11,12 73:10
75:24
most 79:17
mother 20:25
motion 4:16,16,23 5:12,18,20 10:25
47:10 57:1 79:14 83:10,11,14
moves 5:23 6:23 57:4
move 18:8 26:19 29:1 31:11 49:23
52:2 60:20 62:15 63:8
moved 46:19
multi-part 72:17
myself 63:10

N
N 1:24 84:16
name 8:18 11:25 13:21,23,25 14:2
24:16 32:18,20,23,23 36:25 37:1
41:13,14 48:2 50:21 52:15,16 65:7
65:8
named 8:18
nature 15:19 33:9 42:6
necessary 7:8
need 4:3 13:7 81:15 82:16,19 83:1
needed 35:4 53:25 55:20
neighborhood 43:2,13 55:2,7
never 20:16 21:3 34:15
next 20:9,24 33:6 34:1 41:6 55:18 56:3
56:7,19 57:14,18 58:8 60:12 65:1
nexus 11:5 66:1,2,18 79:23
night 7:24 38:6 42:19,24
nine-millimeter 7:19,20 9:15 69:9
70:23 76:4 78:24 80:21
non-emergency 37:23 38:4
normal 11:12
normally 25:2 58:17
North 12:7,8 28:8 37:17 38:10 41:20
41:24 52:22 53:3,20 60:14 62:8
northbound 46:2
Northeast 43:24 55:10 56:18
noted 47:9 63:4
nothing 8:8 11:23 19:10 20:17 35:21
36:23 41:2,3,11 51:10 52:13 63:19
64:22,23 65:5 75:22,22 79:25
notified 25:6,13,20
nowhere 8:4 21:1
number 22:12,16,18,20,21 29:13,17
30:8 32:17,21 61:9,12,14,15 62:2
67:9,10 68:14,21 69:17 75:3
numerous 14:21 74:25
N.E 1:15

O
object 47:7
objection 6:20 18:9,22 19:4 22:22,23
26:20,21 29:3,4 30:2 31:12 36:5,10
39:2 44:6,8 47:9 48:11,12,14,16,19
49:24,25 52:3 56:25 59:13,14 60:22
62:17 74:15
objections 47:10 57:3 59:15
obviously 78:6
occasions 81:11
occurred 39:25 42:24
off 4:9 9:9 35:14,15 46:12 50:9 68:20
69:17
offense 51:23 80:4
offensive 74:22
office 1:15,19 12:19 16:2,3 60:17
64:11,14
officer 8:24 34:13 40:24 45:18 50:21
50:23 54:17 55:4,4,8 56:1 58:9,9
58:24 59:2 78:25 82:9
officers 9:2,2,4,5,8,10,12,21 10:4,18
24:22 25:3 45:20,22 47:5 54:10
55:3 57:19,25

Official 1:22 84:15
often 14:15,16
Oh 23:9
Ohio 68:19 69:21 70:18 74:7,10,13,18
75:4 76:20 80:1,4,22
okay 7:7 22:24 23:5,6,7,9,14 29:9,23
31:22 52:7 76:10
once 18:18 24:23 26:2 28:8 52:6 58:8
64:16 75:3
one 4:4 7:21 8:5 21:3,18 22:3,20 23:8
25:11 29:2 34:1 37:18 38:22 50:12
51:6,22 75:17 76:16 77:25 80:15
only 24:24 40:16,23 57:23 79:17 80:20
open 59:2
opened 58:10
opening 7:7,9 10:13
operation 55:5
operator 39:19 77:23
operators 8:17 54:16 57:18
opinion 70:8,13,17 72:19,22,24 73:3
76:22 77:4
opportunity 16:21 17:6 62:22 69:11
70:25
order 24:8 66:8 74:19
ordered 10:18
orders 55:16
organize 54:23
Originally 23:20
origination 67:20 68:4,11
other 21:12 24:11,21 33:21 34:3 40:14
40:14 43:18 45:20 46:4 54:10 56:9
73:17,18 76:16 81:16
otherwise 51:25
out 4:9 8:4 9:1,4 20:8,13 21:2 25:3
27:24 34:15 42:15,17 43:12,18,20
44:16,25 78:13
outset 79:11
outside 8:5,6,11,18 21:6,7 68:21 70:14
72:25 75:2 77:2,5
Overruled 74:16
overwhelming 79:6
own 10:7 16:7 51:25 77:10 81:9,17

P
page 2:2,23,23 3:3,3 19:7,21,24,25
20:9,20,20,24 21:5 23:5,6,7 30:10
31:21 33:12,13,18 34:1,1 63:5,13
Pages 1:8
panel 7:2
Papa 69:19
pardon 51:24
parents 24:7
parking 9:10 26:8,14 27:3,7 46:21,23
46:25 47:3 48:25 56:21 57:11,13,16
60:15
part 23:4 45:10 63:8,12 73:16 76:16
partial 82:21
participate 53:8
particular 67:7 74:5,9
parties 82:18,21
partner 43:12
parts 62:22
passed 46:15
passenger 57:18
past 64:5 75:1
patted 79:18
pat-down 10:22
PAUL 1:10
people 40:13,21,22
per 28:13
perfectly 77:9
perform 51:4
period 14:21
permission 18:19
person 27:4,10,11,13 45:6 46:23 77:22
78:7
personal 67:14 79:24
personally 28:2
phone 8:9,24 14:10,11,20 15:1,3,9,15
15:16,17,18,19 19:20 22:1,12,12,15
22:18,20 29:13,17,20,23 30:8 32:13
32:17,19,19,21,22,23 33:1,2 34:10
37:23,24 39:12,23 42:23 62:23 73:3
81:18
phonetic 13:3 55:14
photo 24:13,15,17,17 43:5

photograph 43:9 54:18,20
Pick 15:18,19 34:9
pickup 57:17
picture 33:1 59:4,8
pice 73:24
pin 70:6 72:11
pistol 7:19 9:15 69:10 70:4
place 8:30 15:14
placed 15:17 59:25
plain 77:17
Plaintiff 1:5
plan 42:25 43:1
plant 69:21 72:6 74:7
plants 73:19 76:21
plastic 73:24
play 8:8,13 19:10 20:2,3,7 31:18,23
39:8,21 63:4
played 31:19,24 39:12,23 63:6,14
playing 20:1,14 31:16
please 11:21,25 17:12,20 21:15 23:1
27:18 30:16 33:14,15 34:4 36:25
41:13 52:15 65:7,23
point 5:14 11:4 25:11,11,20 29:12,19
39:8 44:15,25 46:1,14 47:8 56:25
police 7:18 8:22 10:21 12:7,8 20:21,22
28:8 35:4 37:7,9,10,21 38:10 41:20
41:24 50:5 52:22 53:20 55:13,21
56:4,12 60:14 62:8
portions 30:21,23 31:6
positive 27:9 45:21
positively 24:19
possess 7:16 51:25
possessed 76:3 77:8,17 80:20,22,25
81:8
possessing 81:11
possession 7:23 9:25 10:8 36:12 64:17
81:5,22 82:11
possibility 64:18,21
possibly 45:17
post-Miranda 9:18
potential 64:13
prefer 31:17
prepared 7:5
presence 63:9
present 63:9
preserve 5:11 6:23 79:21 80:8
preserved 47:7 83:9,13
preserving 59:15 79:14
pressure 73:25
pretty 24:5
previous 12:18 42:7
previously 5:12 76:2 77:14
pre-sentence 82:16,20
primarily 12:16
primary 12:14 42:3
primer 72:9,10
print-out 17:25
prior 24:18 37:15 51:20 55:19 59:15
62:10 63:16 64:17 66:10 76:14,23
77:4 81:5
private 50:8
probable 10:19 54:3 79:16 82:13
Probably 14:19
problem 31:15
proceed 4:15 7:1,13 11:17 68:8,24
proceeded 79:12,12
proceeding 10:16
proceedings 1:10 83:17 84:3
process 24:8 47:16 67:8,17
produce 10:17
produced 74:9
product 66:7 73:21
programmed 32:23
projectile 70:7 72:10,12,15
projectiles 72:14
propellant 72:10
property 61:16,18,20,23 62:2
prove 75:24 77:9
proved 51:19
proven 76:1
provide 15:21 24:13 75:9
provided 17:16,17 19:1,2 24:12,16,23
44:3,5,9
PSI 82:14 83:1
Public 1:19
publish 18:20
pull 57:14 70:4
pulled 24:17 57:18

punishable 51:22 80:15
purpose 47:6
purposes 38:2,2,3
pus 8:5 20:1,21,22 21:6,7
put 4:7 20:16 40:23 59:21 60:18 68:12
78:12
p.m 38:14 83:17
P1648457 69:17

Q
qualified 67:23
qualify 68:1
question 23:17 36:6 40:25 81:2,8
questions 6:17 32:7 36:16 50:18 61:7
68:23 73:6 75:11
quickly 7:10
quite 14:16

R
R 1:14 84:1
radio 25:9,25 55:14,21 56:4,12
raise 11:21
ran 57:23
raw 73:20
Rdispenzieri@gmail.com 1:25 84:17
reaction 70:5 72:11
read 19:5 23:1,3,10,14 28:10 30:6
31:18 51:11 62:10,22 69:17
ready 11:17
real 20:15,15 33:21 34:9,10,11
really 64:11 77:7
reason 33:4 79:12
reasonable 10:21 51:19 75:25 79:17
80:12
recall 55:8 75:8
receipt 61:16,18,20,23 62:2
receive 14:13,23 38:5
received 2:22 3:2 14:20 18:11,12
21:18 26:22,23 29:4,10 30:4,5
31:14 38:21 39:5 44:8,9 48:19,21
50:2 51:24 52:4,8 59:19 60:23,24
62:18,19
receiver 68:13
recess 4:10 11:11,16
recognize 16:14 17:2,13,21 19:15,18
26:11 28:18 30:17 31:2 38:17,19
39:14,17 40:3 49:14 57:8 58:3 59:7
60:3 61:2,12,13,14 69:6,8 70:20
recollection 61:21
recommendation 82:22
record 4:2,3,7 23:10 27:20 29:15,17
30:8 35:14 37:1 41:14 45:9 47:6
52:16 53:15 65:8
recorded 28:14 37:24 38:1 62:13 78:2
80:16 81:18
recording 38:20,24 63:12
recordings 38:21
recovered 58:24 60:7
redirect 2:6 35:22,24 75:12
refer 78:14
reference 13:19 14:6 42:21 67:6,6,16
72:4 73:13 76:11 78:20
referring 78:6
reflect 23:10 27:20 45:9 53:15
reflected 33:7 39:21
refresh 61:20
regard 5:12,18 51:19 83:10
regards 43:3
regulations 65:22
related 42:5 57:3
relevance 36:10 74:15
relevant 44:18 50:1
remember 16:23 22:18 26:9 43:6
61:19
removed 60:4
render 80:11
renew 56:24
repeat 23:17
report 35:8 71:7 82:17,20,21,21,25
REPORTED 1:21
Reporter 1:22 11:21,25 36:21,25 41:9
41:13 52:11,15 65:3,7 84:15
Reporter's 2:19
representation 17:10 26:16 62:25
represents 31:9
requested 53:24 65:25
reschedule 82:4

research 72:5 74:24 75:1
researching 67:5
residence 43:16 54:25 55:12
resources 67:11,13
respect 18:24 37:21,22 55:5 76:11,25 78:18 80:6
respond 40:24
responded 27:4
Response 54:12,13
responsibilities 12:14 42:3 55:5 65:20
responsible 80:3
rest 42:15
restored 51:25
rests 75:15
retrieval 38:2
review 16:21 17:6 30:19 61:18
reviewed 30:18,25 48:13
reviewing 32:13
Ribas 2:16 51:9 65:2,9,11 73:10 76:18 77:2 81:6
right 4:14,18 5:3,7,15,23 6:22,23 8:3 8:11 11:21 13:5 18:21 20:12,21 22:10 23:8,10 27:2,10 29:7 34:4 37:19 39:11 51:25 58:6,22 64:1 73:15 74:10,23 75:19 82:15,24 83:8 83:9,13
rights 5:11 28:10,22 62:11
right-hand 22:1
roadway 61:14
robberies 42:5
ROBERT 1:14
Robert.emery2@usdoj.gov 1:16
ROBIN 1:22 84:13,14
room 53:25 62:9
round 71:10,16
rounds 72:9 76:10 73:10 77:18,23 80:23 81:3
RPR 1:22 84:14
rule 5:7,8
ruling 79:15 83:10
run 57:23 58:7
R-I-B-A-S 65:9

S

S 84:13
sabotaged 82:8
safe 60:18 79:4
safety 54:17 56:1
same 16:18,23 17:17 18:4,6 19:19 20:9 21:5,13 22:21 33:18 61:17,19 62:1,1 67:18 69:14,14 71:3,3 76:25
satisfied 71:6
save 13:7
saved 83:7
saw 9:12 25:9 27:6 42:14 45:21 49:20 59:3 60:16 78:16,19,25 79:2
saying 8:3,10,19 15:18 20:7 64:16
says 39:19 74:23 78:12,18
scene 27:8,24 28:3 49:10 56:8 60:7
school 34:6 47:23 57:16
school/daycare 57:11
scope 80:5
screen 48:8 59:8,9
screenshot 22:2,9,21 33:2
screenshots 22:1,3
search 10:17,22,23 29:19,23,24 49:6 79:19,20
searched 9:13 49:8 82:12
seated 58:22
second 4:4 8:19 31:20,23 38:24 39:14 39:21 40:3 46:24 63:8,12 76:11 77:25 78:3
Secondly 79:22
Section 82:1
sections 18:20
see 10:4,7 11:15 14:13,23 15:1,19 16:5 16:7 18:3 20:5,8,10,14 24:1 25:19 27:4,16 28:2 31:8 32:14,17,18,20 32:21 34:6,8 42:15 43:1,12,22 45:6 46:12 47:3 48:9,24 53:11 68:15,20 68:20 71:14 78:13
seeing 29:8
seen 73:20,23,24 78:15
seller 75:6
semi-automatic 7:19 9:15 69:10 70:4
send 15:25 16:5 21:21,24
sending 9:19 15:4 16:3

sends 70:5
SENIOR 1:11
sent 9:1,2 10:4 16:18 17:24 21:12 22:2 22:8 43:8
sentence 4:21 5:21,23 6:24 82:15,24
sentencing 82:2
September 7:17,24,25 8:22 10:1,17 12:21 16:19,24 17:18 23:20,21 26:17 32:1 34:16,17 38:8,13,22,24 40:1 42:9 49:16 51:20 53:5,9,19 60:7 63:16 76:1,3,14,24 77:5,18 78:22 80:13,19 81:8,12
Sergeant 24:10
serial 61:9,12,14,15 62:1 67:9 68:14 68:21 69:17 75:3
Service 66:12
set 46:15 82:2,4
seven 7:20 9:16 65:17 70:23 80:23 81:3
several 6:9 14:20 64:4
share 80:7
shelf 73:24
shell 72:10
shelter 35:4
Sheriff's 12:19
shift 38:6,6,13 71:13
shirt 27:19 45:7 53:14
shit 20:15,17 21:7
shoot 8:11,20,24 24:6 34:21 35:5,11 78:5,13,19
shooting 8:6 21:7
shopping 46:7 47:14
short 4:10 11:16
shortly 43:20
shoulder 46:9 49:5
show 8:7 14:6,9 19:10 20:6,6 26:25 29:6 31:16 44:11 45:22
showed 23:22 24:18
showing 21:17 22:21 24:18 26:10 28:15 30:1,15 38:15 44:4 48:7 49:3 49:13,18 57:7 58:1 59:5
shown 14:10
shows 69:21
side 40:14 46:3 50:9 57:18,19 80:6
sidewalk 55:16
signal 46:18,19
signature 28:19,20 62:2
signed 28:13 29:24 61:16
signing 28:25
Silverado 57:17
simply 11:3
since 24:23 32:4 54:14 57:19
single 9:24 68:12
single-count 10:11
sir 5:1,5,16,20 6:6,10,13,16 35:20 51:1 51:3 52:21 53:7 57:9 58:23 59:21 61:22 64:2,24 74:4,11,24 75:9 80:10
sit 7:3
site 63:24
sitting 27:18,19 45:7
situation 23:25 56:14
six 7:20 12:19
Sixth 4:14
skip 8:15
slide 68:13
small 34:5
Smith 68:17
soft 37:11
sold 75:5
solemnly 11:22 36:21 41:9 52:11 65:3
some 9:1,2 11:4 13:7,20 21:9 24:11 25:20 29:12 46:16 47:22 67:11 74:19 75:5 80:4 82:19,25 83:8
somebody 11:13 20:2 32:22
someone 15:18 36:12 43:25 46:16
something 4:11 20:7 34:5
somewhere 29:17
sorry 15:16 23:17
south 46:3,15
southbound 15:16 56:10
southeast 44:13
Southern 1:1 80:22 81:4
southwest 46:22
speak 28:5,9 37:8,13 62:5
speaker 15:15,16,17
speaking 19:15 35:3 40:21 62:10
speaks 50:12

special 12:10,16 36:4,8 54:11,12 65:9 65:15,21,22,25 66:9 76:18 77:1
spell 11:25 36:25 52:15 65:7
spelling 41:13
spoke 4:13 13:19 14:19
spoken 37:11 59:3
spot 43:13 44:11
spotted 12:16,14 43:25 45:3 55:15
SRT 54:12,15 55:1,3 57:17,19
Stale 72:2
saluting 7:25 10:19,20 42:19 54:4 82:9
stamp 71:10,16
standing 27:7 56:24
stands 54:2
start 8:5,6 16:14 19:7 21:7 23:2 24:25 39:14 63:12
started 9:9 23:20 47:19 57:14
Starting 63:5
starts 72:11
state 4:3 11:4,25 36:25 41:13 52:15 65:7 66:7,8 68:22 69:25 70:14,18 72:25 73:4 74:18 75:2,5 76:20,22 77:3,6,6 80:25
stated 26:4 35:3 55:19 79:11
statement 10:8,13 62:13,23
statements 4:19 9:18,18 81:17
states 1:1,4,11,15,23 51:16 52:9 65:19 66:11 69:22 82:1 84:15
stating 29:24
station 28:9 35:4 42:14 53:20 55:13 60:14,18 62:9
statute 11:2
Stay 20:25,25 21:2
Ste 1:19;24 84:16
step 44:15
Stevens 2:7 36:20 37:2,3 39:25 40:11 40:13 77:19
still 15:12 19:12 20:5 24:2 34:1
stipulate 51:17
stipulation 51:11 76:13 80:16
stop 9:6 25:1,4 33:14,20 34:3,8 44:14 44:18,19 45:3,14,23,24 55:25 56:3 56:5,9,11,13 71:12
stopped 7:17 56:5
straightforward 75:21
street 1:15 9:8 24:9,11 26:8,9 27:2 42:2,4 43:15,24 44:3,13 52:24,25 53:5 54:1,11,16 55:10,17 56:18 60:17
struck 72:11
stupid 33:14,20,22 34:9
subject 11:16 13:17 54:14
submits 79:6
substantially 69:14 71:3
sufficient 6:19
suggest 13:5
suggesting 74:12
suggestion 13:6,11
supervisor 23:24
supported 81:12
supports 81:17
supposed 43:16 56:2 82:9
suppress 4:16,17,24 5:12,19,21 6:24 10:25 47:10 57:1,4 79:14 83:10,12 83:14
suppression 4:21
Supreme 11:8 80:7
sure 5:10 7:8 18:25 19:1 23:2 27:9,10 52:5 58:19 61:18 64:6,7,11
surrounded 47:4
surveillance 54:24,25 56:9,14
suspect 25:6,14,24 44:12 45:3
suspicion 10:21 79:18
Sustained 36:11
swear 11:22 36:21 41:9 52:11 65:3
switch 21:15
SWORN 12:3 37:3 41:16 52:18 65:11
System 64:15
S-T-E-V-E-N-S 37:2

T

T 84:1,1
TABLE 2:1
tad 37:8
take 7:8 17:1,12,20 25:2,10,18,19

27:13 30:16 33:1 37:23 40:23 50:13 56:22 57:20 64:15
takedown 27:4
taken 4:10 6:11 11:16 22:9 26:2 57:21 59:24 74:2
takes 74:24 77:7
taking 26:14 27:8
talk 7:22 33:14,15,15,15,20,22 34:4,7 34:9 50:3,11
talked 9:14 15:22
talking 27:1 32:24 47:9 58:21
taped 77:11
tapes 8:13
target 53:25 54:2
Task 64:4
Taurus 73:23
teach 20:2,3,5
Team 54:12,12,13
teams 43:18
technical 11:7
telephone 19:25 33:12,18 34:2 78:11
tell 4:11 15:11 22:15 29:12 50:13 58:16 61:25 63:23 70:3 72:8 74:23 75:7 80:1
telling 33:14
tells 57:23
ten 57:23
tender 68:3
term 51:22 58:11 80:15
test 73:25
testified 67:19 73:12 78:21
testify 77:2
testifying 13:8 74:17
testimony 11:22 36:21 41:10 47:8 52:11 56:25 65:3 76:18 77:20 78:21 81:5,13
testing 74:1
text 8:10,23 10:4 14:10,23 15:4,21 17:16,17,24,25 21:18,24 23:1,11,16 23:18 24:4 32:14,17 42:23 43:8 78:14,18,19
texts 9:19 23:22 81:18
thank 10:12 11:10,14,15 14:4 18:18 23:14 32:9 36:17 39:7 45:2 48:10 62:4 64:24 71:13 76:10 78:17 79:8 79:9 80:9,10 83:6,15,16
their 7:6 71:10
themselves 40:13
Theophil 13:22 14:12 34:15 35:10,18 77:25 78:4
Theophil's 32:13
theory 79:20
things 8:3,10 15:19 42:6,23 67:8
think 13:6 20:7 25:15 33:6 46:24 47:16 81:16 82:16,19
third 46:24
thought 4:1 24:4 46:2
threat 54:5
threatening 8:20 33:9,16,23 34:12 36:2,2,12
threats 24:6,6
threw 82:10
through 8:15 9:9 25:9,25 42:18 48:17 57:12 75:5 77:20 78:9
Throughout 10:2
time 4:9 8:2,10,16 10:14 11:12 13:7 14:12,17,20 15:8,20 16:1,3 18:17 19:11 20:22 22:5,8,8,9 23:16,18,25 24:9,10,24 26:1 27:14 45:4,18,25 46:14,20 47:15 50:18 55:24 56:21 57:24 58:13 63:3 68:3 70:4 73:6 75:15 82:2,6 83:8
title 12:8 41:21 82:1
today 34:8 45:6 53:11 69:12 71:1 82:3
told 4:14 8:17,24 9:21 25:9,25 34:15 35:10 55:21 58:13 59:2 60:13 63:1 63:24
tonight 8:17 19:9 20:2,18,19
TONYA 1:14
Tonya.long@usdoj.gov 1:17
top 22:11 23:2
touch 58:13,16
town 44:2
trace 68:15 75:3
training 66:9,10,11,17,22 73:16,17,18
transcribed 17:5 31:5
transcript 1:10 17:6 18:23,25 19:1,6 31:6 33:19 34:2 39:9,19,22 62:25

63:4 77:16 78:3
**transcription** 84:3
**transcripts** 62:23 77:21
**transferred** 79:3
**transit** 56:5
**transported** 28:8 60:14 79:25 81:4
**trash** 82:10
**travel** 24:24 25:2 67:1
**traveled** 66:4 74:18 76:17,23 77:5
  80:4 81:4,22
**trial** 1:10 4:14,15 5:3,7,15 6:3,20,22
  6:25 7:1,3 10:2,10,16 13:5 44:20
  75:23 79:13 83:9
**trigger** 70:5
**truck** 57:17,18 60:15
**true** 51:18
**truth** 11:22,23,23 36:22,22,23 41:10
  41:10,11 52:12,12,13 65:4,4,5
**try** 25:18 56:11 64:15
**trying** 8:18 33:21,21 54:14
**turn** 4:9 19:21 23:5,6,7 50:9,9
**twice** 8:17
**two** 4:19 9:18 14:16 30:25 38:21 55:1
  55:3 57:17,19 77:11 80:7 81:11
**type** 74:19 75:5
**typical** 36:9
**T-H-E-O-P-H-I-L-L** 14:3

**U**

**Um** 25:24
**under** 5:17 15:7,7 70:12
**understand** 5:4 6:2,5 11:7 73:12
**understanding** 6:15
**understood** 28:22
**unit** 12:15,16 24:9 42:1,2,4,15 47:1
  52:24 53:1,6 54:1,11
**United** 1:1,4,11,15,23 51:16 52:9
  65:19 66:11 82:1 84:15
**units** 22:11,14,24 46:4,11 55:1 56:1,9
**University** 66:14
**unmarked** 25:18 45:20
**until** 11:11 23:20 56:15 60:15
**upper** 22:5
**upstairs** 42:22 53:24
**urgent** 24:5
**use** 52:1 69:1
**used** 28:16
**U.S** 64:11,14

**V**

**valid** 79:20
**various** 57:4 66:10 73:19
**vehicle** 25:18 55:1 56:15 57:20
**vehicles** 54:16
**verbal** 57:22
**verdict** 80:11
**verified** 61:15
**version** 82:19 83:2
**very** 37:11
**via** 15:25 55:13
**victim** 8:9,16,19,22 13:2,15,17,18,20
  14:6 15:8,20 16:18 17:18 21:12,19
  23:22 24:19 25:1,18 26:4 27:8 36:8
  42:23 47:22,25 49:19 81:18
**victims** 12:10,16 36:4
**victim's** 9:3,5 13:21 25:3 43:17 44:23
  45:1 48:2 54:24 55:1,2,7,12 81:18
**video** 28:14 30:19,22,23 31:5,9,16,16
  31:19,20,24 63:6,14
**videotaped** 10:8 29:16 30:12
**view** 80:7
**violation** 81:25
**violence** 12:17 42:20 43:8
**voice** 8:25 14:11 17:5 19:15,19 21:9
  39:17 40:3,4,14
**voicemail** 15:14,15 18:24 19:2 33:6,8
**voicemails** 8:2 9:19 10:3 14:23 15:21
  16:17,18,23 17:8 18:20 21:12 23:23
  24:4 78:8
**voices** 39:15 40:14
**voir** 7:5 68:6,7
**vs** 1:6

**W**

**wait** 45:22
**waited** 60:15
**waiting**

**46**:18
**waive** 5:6 57:3 82:14
**waiving** 5:22 6:2 83:8
**walk** 9:9 56:20 57:12
**walked** 55:25 60:17
**walking** 43:13 55:16 56:23
**want** 5:6,10 6:6,7,17 7:7,8 10:25 13:10
  13:10,10 50:3,8,13 56:13 75:9
  79:21 82:7,18,22
**wanted** 5:9 24:25 34:8 43:22 52:5
  54:5,15 55:25 58:14,18,19 63:25
  64:7
**wants** 4:15,15,20
**warrant** 82:13
**wasn't** 45:17 55:23
**Watch** 20:8 78:12
**watched** 60:18
**water** 63:11
**way** 7:6 15:3 26:3 49:16 50:7 55:12
  67:18 74:12
**WCC** 7:20
**weapon** 34:16 70:3
**weapons** 67:14
**wearing** 53:14
**week** 66:21 73:13
**weeks** 6:9
**well** 4:18 48:20 55:25 66:10,12 67:16
  72:4 74:8 77:8 80:8,16 82:19
**went** 8:22 9:1,4,5 26:6 42:22 51:8
  82:12
**were** 4:1 7:4 9:10 10:4,18 12:21,23
  14:12,16,17 15:1,12 17:16,17,24
  19:14,20 21:12,25 22:1,1 24:6,11
  25:6,10,17,20,24 26:3 27:8 28:13
  31:6 32:14,20 33:9,10,12 35:3
  37:17 38:8 40:21,21 42:9,11,17
  43:3,5,7,8,9,18,20 44:23 45:23
  46:18,23 47:16 49:10 53:5 54:7,9
  54:10,14,18 55:3,6 57:22 64:18
  71:19,23,23 77:2 80:25 81:4
**weren't** 25:24
**Wesson** 68:18
**west** 46:3,22
**we're** 34:15 39:8,21 63:12
**while** 8:15 18:16 1:45:23 49:10
**white** 46:7 47:14,20,21
**whole** 11:23 36:22 41:10 52:12 65:4
  72:15
**Wilcox** 1:18 2:5,9,12,15,18 4:1,8,11,13
  4:19 5:2,5 10:13,15 11:10 13:4
  18:10,23,24 19:4 22:23 23:13 26:21
  29:2 30:3 31:12 32:9,11 35:16,17
  35:21 36:5,10 37:11 39:3 40:10
  41:2 44:6 47:6,11 48:8,10,12,18
  49:25 50:20 51:6,7,10 52:3,5 56:24
  59:14 60:22 62:17 63:20,22 64:22
  68:7,9,23 73:9,11 74:21 75:11,17
  79:10,11 83:1,4
**Wilcox's** 13:11
**Wilkie** 13:23 84:16
**Winchester** 7:20 9:16 70:23 71:22
  72:6 77:1 80:23
**witness** 7:9,11 11:19,24 12:2,3 13:2
  14:3 16:9 27:20 36:18,19,24 37:2,3
  37:12 41:5,6,12,15,16 44:15 45:11
  48:3 51:2 52:14,17,18 53:15 64:25
  65:1,6,9,11 68:3 74:17 75:14
**witnesses** 7:5
**word** 48:15
**words** 34:20 77:10
**work** 12:6 21:22 37:6 38:5,6 41:19
**worked** 12:12 41:23 64:4
**working** 12:21 36:4,8 37:17 38:8 42:9
  42:16 53:3,5
**works** 70:3 72:8
**wouldn't** 33:23 34:12
**write** 35:12
**wrote** 29:18

**Y**

**Yeah** 43:5
**year** 7:17,25 51:22 80:15
**years** 12:13,19 37:16 41:25 53:2,4
  65:17
**young** 20:5

**1**

**1** 1:8,19 63:5
**1A** 3:8 38:16 39:2,5
**1B** 3:8 39:5,9 77:22
**1C** 3:8 39:5,22 78:4
**10** 3:5,13 20:24 59:11,17,19 60:2,6
  70:19 72:19 77:1
**10:00** 11:11,15
**11A** 3:15 62:16,19 63:4
**11B** 3:15 62:16,19 63:4
**11:00** 23:21 38:14
**11:00** 1:19
**12** 2:24 20:20,20
**12th** 43:25 44:13 55:10,16
**12:00** 23:21
**12:16** 83:17
**1200** 55:11
**12030** 43:15,24
**13** 2:3,4 21:5
**13** 3:8 30:15 29:1,10
**14-20769-CR-PCH** 1:3
**15** 9:4 12:13 20:9
**15A** 30:15,18
**15B** 3:6 30:15 31:2,11,14
**151st** 44:3,13
**152nd** 43:15,24 55:10,17
**16** 3:7 30:1,2,5
**164-8457** 69:19
**18** 53:4 82:1
**19** 2:24 3:12,13,15 33:13 51:14 52:8
  76:12

**2**

**2** 3:11 19:7
**2A** 2:24 16:12,14 18:8,12,20
**2B** 2:24 16:12 17:1 18:12 19:23 34:1
  78:10
**2C** 2:24 16:12 17:12 18:1,12 23:14
**2D** 2:24 16:13 17:20,21 18:12 21:17
  21:23 33:7
**2nd** 27:2
**20** 38:6
**20th** 81:12
**2014** 7:17 10:1,17 12:21 26:17 38:8,13
  38:25 40:1 42:9 51:20 53:5,9,19
  60:7 63:16 76:2,3,14,24 77:5,18
  80:13,19 81:9
**2015** 1:7
**21** 3:10 63:13
**23** 1:7 3:4 33:19
**24** 3:14
**25** 7:11 34:2 41:25
**26** 33:18
**27** 3:4 33:12
**29th** 7:24 23:20 34:16 38:8,13,22

**3**

**3** 3:9 19:8,21,25 44:5,7,9,11
**30** 3:5 8:2 38:6
**30th** 7:17,25 8:22 10:1,17 12:21 16:19
  16:24 17:18 23:21 26:17 32:1 34:17
  38:24 40:1 42:9 49:16 51:20 53:5,9
  53:19 60:7 63:16 76:1,3,14,24 77:5
  77:18 78:22 80:13,19 81:8
**305.523.5659** 1:24 84:17
**305.961.9421** 1:16
**31** 3:7 20:9
**32** 3:6 19:21,25 78:11,12
**33** 2:5
**33128** 1:24 84:17
**33132** 1:16
**33301** 1:20
**36** 2:6 19:7
**38** 2:7,8

**4**

**4** 3:4 21:5 26:10,19,23,25 33:12
**4th** 1:15
**40** 3:8
**400** 1:24 84:16
**41** 2:9
**42** 2:10,11
**45** 3:9 14:19
**48** 6:12
**49** 3:10

**5**

**5** 3:7,8 19:21,25 20:24 34:2,2
**5A** 3:10 48:7,11,21 57:7
**5B** 3:10 48:21
**5C** 3:10 48:21
**51** 2:12 3:11
**52nd** 27:2
**53** 2:13,14 3:12
**55** 58:11

**6**

**6** 20:24
**6A** 3:10 48:17,21 49:3
**6D** 58:2
**6E** 3:10 48:17,21 59:6
**60** 3:13
**61** 3:14
**62nd** 9:8 56:18
**63** 3:15
**64** 2:15
**66** 2:16,17
**67th** 26:8

**7**

**7** 61:24
**7A** 3:11 49:13,23 50:2
**7B** 3:11 49:18,23 50:2
**7:00** 38:14
**70** 82:3
**74** 2:18

**8**

**8** 3:12,14 60:20,24 61:1
**8S67** 1:24 84:16
**84** 1:8
**85** 2:19

**9**

**9** 3:9,13 20:20,20,20 59:11,17,19,22
  60:6 61:8,9 69:5,6 76:19
**9:00** 1:7
**911** 8:17 10:3 37:22 38:20,21 39:8,14
  39:21 77:19
**922(g)(1)** 82:1
**924(e)(1)** 82:1
**954.356.7436** 1:20
**99** 1:15