The Honorable Paul C. Huck
Senior United States District Court Judge
400 North Miami Avenue, Room 13-2
Miami, Florida 33128

Your Honor,

I accept responsibility for possessing a firearm after having been convicted of a felony. I requested a bench trial because I wanted to appeal the denial of my motion to suppress.

Sincerely,

*[signature]*
Johnny Jean

Exhibit 1