INCIDENT/INVESTIGATION REPORT  By: CCATLI,   09/30/2014 18:20
Page 2

North Miami Beach Police Department

Case# 2014-0930-14

Status Codes: L = Lost   S = Stolen   R = Recovered   D = Damaged   Z = Seized   B = Burned   C = Counterfeit / Forged   F = Found

| UCR | Status | Quantity | Type Measure | Suspected Type | Up to 3 types of activity |
|---|---|---|---|---|---|
| | | | | | |

D R U G S

**Assisting Officers**
FESTA, G.L. (96), DIAZ, L. (204), DOLCINE, J. (176), MARCIANTE, A. (121), MUNDY, M.J. (203), RANDAZZO, J.A. (0163), CAMACHO, N.O. (221), MARIN, J.A. (260), ALFONSO, A. (253)

Suspect Hate / Bias Motivated:

Page 2

**NARRATIVE**

On September 30, 2014 at 1115 hours, a meeting was conducted at North Miami Beach Police station involving Street Crimes Unit detectives, Special Response Team members and Detective Bureau reference an aggravated stalking case (NMBPD Case 2014-0929-23). Johnny Jean (CA#1) made numerous threats to kill his ex-girlfriend with a firearm and probable cause existed to arrest Jean. Detectives set up surveillance in the area of the victim's residence and Detective G. Festa and Officer L. Diaz identified Jean, holding a black book bag and plastic shopping bag, at the county bus stop located on the southwest corner of NE 151 Street and 12 Avenue. Jean was observed entering Miami-Dade county bus #2007 that was traveling south bound on NE 12 Avenue. Due to the safety of civilians, Jean was not approached until Jean exited the county bus. Several unmarked North Miami Beach police vehicles followed county bus 2007. At the intersection of NE 62 Street and NE 2 Avenue, Jean exited the county bus while carrying the same black book bag and plastic shopping bag. Jean entered the parking lot of Notre Dame de Hati, a church and child day care that is open, at 130 NE 62 Street. As police officers/detectives exited unmarked vehicles to apprehend Jean, Jean began to run. Verbal commands were given by Officer A. Aldo for Jean to get on the ground. Jean complied to the verbal commands and laid down on the ground. Officer J. Randazzo handcuffed Jean without further incident. Search incident to arrest, the listed loaded High Point 9mm firearm was located in the main compartment of the black book bag by Officer L. Diaz. The plastic shopping bag contained property owned by Jean's ex-girlfriend. Investigation revealed Jean committed a residential burglary of Jean's ex-girlfriend's residence within an hour of entering the county bus reference NMBPD case 2014-0930-11.

A records check revealed Jean has 15 felony convictions in Miami-Dade County.

As a Task Force Officer with ATF, contact was made with Agent K. Litras of ATF and AUSA I. Hosseini for federal prosecution.

Detective J. Romero and Detective A. Daise read Miranda per form to Jean. Jean waived his rights and signed Miranda form. (Audio/Video) Jean signed a Consent to Provide DNA Specimen for Laboratory Analysis. Jean admitted possession of the firearm.

Crime Scene Tech J. Pacheco obtained DNA sample from Jean at NMBPD.

Agent K. Litras responded to NMBPD and took possession of the firearem and DNA sample.

Jean was transported to NMBPD and then transported to Federal Detention Center.

Exhibit 2

Johnny Jean_00007