## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 20-cv-22174-BLOOM
### (Case No. 14-cr-20769-BLOOM)

JOHNNY JEAN,

      Movant,

v.

UNITED STATES OF AMERICA,

      Respondent.

_____/

### ORDER ON MOTION FOR APPOINTMENT OF COUNSEL

**THIS CAUSE** is before the Court on *pro se* Johnny Jean's ("Defendant") Motion for Appointment of Counsel, ECF No. [130] ("Motion"). Therein, Defendant requests that the Court appoint an attorney on his behalf to file a motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A) on the grounds that Defendant is not legally trained. *Id.* at 1. Defendant attaches a Request for Volunteer Counsel, *id.* at 2.

"[T]here is no federal constitutional right to postconviction counsel." *Barbour v. Haley*, 471 F.3d 1222, 1229 (11th Cir. 2006). "When a party does not have a constitutional, statutory, or rule-based right to counsel, the district court may exercise its discretion as to whether to appoint counsel." *United States v. Johnson*, 842 F. App'x 402, 405 (11th Cir. 2021). "The district court has broad discretion in making this decision and should appoint counsel only in exceptional circumstances." *Bass v. Perrin*, 170 F.3d 1312, 1320 (11th Cir. 1999) (internal citations omitted).

The Court has reviewed Defendant's case and concludes that exceptional circumstances are not present. Defendant's lack of legal training is not an exceptional circumstance. To be sure,

exceptional circumstances may be present where the facts and legal issues in a case are so novel or complex as to require the assistance of a trained practitioner. *Fowler v. Jones*, 899 F.2d 1088, 1096 (11th Cir. 1990). However, Defendant has not shown that the issues in his motion for compassionate release would be anything other than straightforward. Moreover, as the Request for Volunteer Counsel indicates, the Court may request an attorney to represent any person unable to afford counsel, 28 U.S.C. § 1915(e)(1), but Defendant has not set forth that he is unable to retain an attorney's services. *Id.* at 2.

Accordingly, it is **ORDERED AND ADJUDGED** that Defendant's Motion for Appointment of Counsel, **ECF No. [130]**, is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, on October 17, 2023.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

Johnny Jean Reg 05661-04 I1-Cell-126
USP Coleman 2
U.S. Penitentiary
P.O. Box 1034
Coleman, FL 33521