United States District Court,
Southern District of Florida

FILED BY ____ D.C.
JAN 16 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

United States of America

V.

Johnny Jean

Case No 14-20769-CR-Huck

Comes now, Johnny Jean, defendant pro, se/ in the above entitled/styled, and numbered action who would now submit this 3582(C)(2), for the following reasons to wit:

(1.) This court is the sentencing court and has lawful jurisdiction to hear this petition.

(2.) An 18 USC 3582(c)(2) motion is the proper vehicle to use, when a retroactive amendment is announced by the U.S. Sentencing Guidelines Commission in accordance with 28 USC 944 ex sey, and the fair sentencing act

(3.) Defendant received approx, mently 180 months by this court and is now eligible to receive a much lower sentence, due to the new amendment stipuleted, retro active November 1, 2023 by the U.S. Sentencing commission.

(4) Defendant has completed numerous programs in the Federal Bureau of Prisons while At USP Coleman 2

(5) Defendant is entitled to the same time cut/sentence reduction under the New USSG amendment, which also drastically lowers his sentence now to the lowest term and when released he will become a beneficial member of society upon his release.

Wherefore premisis considered, defendant would so move this court to grant this petition and reduce his sentence to the lowest term in accordance with 18 USC 3553(a)(2) and USC 944. Submitted on this Day of JAnuAry 9, 2024

Johnny Jean #Reg 05661-104
United States Penitentiary-2
P.O. Box 1034
Coleman FL 33521

Johnny Jean #Reg 05661-104
United States Penitentiary SAINT PETERSBURG FL
Coleman 2
P.O. Box 1034
Coleman FL 33521

TAMPA FL 335
10 JAN 2024 PM 4 L

Clerk of court
400 North Miami Avenue,
Miami Avenue,
Miami, FL 33128

33128-771656