UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-cr-20769-BLOOM

UNITED STATES OF AMERICA,

v.

JOHNNY JEAN,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court upon Defendant's Motion for Secured Party Credit ("Motion"), ECF No. [164], filed on January 8, 2026. The Court has reviewed the Motion, the record, and is otherwise fully advised. For the reasons stated below, Defendant's Motion, **ECF No. [164]**, is **DENIED.**

The Court holds *pro se* pleadings "to a less stringent standard than pleadings drafted by attorneys" and construes them liberally. *Tannenbaum v. United States*, 148 F.3d 1262, 1263 (11th Cir. 1998). This leniency, however, "does not give a court license to serve as *de facto* counsel for a party or to rewrite an otherwise deficient pleading in order to sustain an action." *Campbell v. Air Jamaica Ltd.*, 760 F.3d 1165, 1168-69 (11th Cir. 2014).

Defendant's Motion asks the Court to release Defendant from prison and to give Defendant his "Bid Bond back, in full settlement and closure of the accounting of what the total amount of the Bill is post settlement and closure of this account." ECF No. [164]. Defendant references his social security number as the "Autotris Tracking Identification" number for the account he requests to be settled. ECF No. [164].[1] Although it is unclear what account Defendant

---

[1] Defendant's Motion includes language similar to legal theories that courts have repeatedly deemed "frivolous and a waste of judicial resources." *See In re Hill*, No. 1:14-bk-15544-SDR, 2015 WL 5575499,

is referencing, the Court liberally construes Defendant's Motion as a post-conviction request for relief from his 2015 Judgment, which sentenced him to 108 months of incarceration and ordered him to pay a $100 penalty. *See* ECF No. [99]. However, Defendant's Motion fails to state any basis for granting the relief he seeks. Accordingly, it is **ORDERED AND ADJUDGED** that Defendant's Motion, **ECF No. [164]**, is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida on January 22, 2026.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

Johnny Jean
Reg. No. #05661-104
FCC-USP Coleman-2
P.O. Box 1034
Coleman, FL 33521

---

at *3 (Bankr. E.D. Tenn. Sept. 18, 2015) (quoting *In re Barnes*, No. 10-46482-399, 2010 WL 3895463 at *5 (Bankr. E.D. Miss. Sept. 29, 2010)).